IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DATE: 06/18/2020

| MAGISTRATE JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| **Christine A. Nowak** | COURTROOM DEPUTY: K. Lee |
| USA v. Daniel Austin Dunn | 4:20CR142-1 SDJ/KPJ |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Maureen Smith, AUSA | Temani Adams, Retained |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: DETENTION HEARING |
|---|---|
| 10:42 a.m. | Case called. Government persists in request to detain defendant. Defendant persists in request for full detention hearing. Parties have reviewed pretrial services report and have no objections. Parties agree this is not a presumption case. |
| 10:44 a.m. | Defendant calls witness - Jeffrey Brian Cotner. Witness placed under oath. Direct examination by Ms. Smith. |
| 10:54 a.m. | Cross examination by Ms. Adams. |
| 11:03 a.m. | Court addresses witness. Continued cross examination by Ms. Adams. |
| 11:05 a.m. | Witness steps down. Defense calls witness - Bailey Rae Decker. Witness placed under oath. |
| 11:08 a.m. | Court admonishes witness regarding right to remain silent. |
| 11:09 a.m. | Direct examination by Ms. Adams. |
| 11:17 a.m. | Cross examination by Ms. Smith. |
| 11:19 a.m. | Witness steps down. Defense moves to admit Exhibits 1-6. No objection by Government. Defense Exhibits 1-6 admitted. Defense calls next witness - Rick Dunn. Witness placed under oath. Direct examination by Ms. Adams. |
| 11:32 a.m. | Cross examination by Ms. Smith. |

| 11:34 a.m. | Redirect by Ms. Adams. |
|---|---|
| 11:35 a.m. | Witness steps down. Defense calls next witness - Judy Elaine Dunn. Witness placed under oath. Direct examination by Ms. Adams. Cross examination by Ms. Smith. |
| 11:43 a.m. | Witness steps down. Defense counsel proffers evidence. Government has no objection. Defense Exhibit 7 admitted. |
| 11:46 a.m. | Court hears argument by Ms. Smith. |
| 11:48 a.m. | Defense counsel proffers evidence. Government has no objection. Defense Exhibit 8 admitted. Court hears argument by Ms. Adams. |
| 11:54 a.m. | Court takes matter under advisement. Defense asked to provide identifying information for all proposed third party custodians to pretrial services. Upon receipt of further information from pretrial services, Court will review and make a decision. |
| 11:56 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: <u>Karen Lee</u>
Courtroom Deputy Clerk