# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:20CR142 |
| | § | |
| DANIEL AUSTIN DUNN (1) | § | |

## PROFFERED EVIDENCE AND WITNESSES RELATED TO DETENTION HEARING DATED 06/18/2020

GOVERNMENT WITNESS:

1. Jeffrey Brian Cotner

DEFENDANT WITNESSES:

1. Bailey Rae Decker

2. Rick Dunn

3. Judy Elaine Dunn

DEFENDANT EXHIBITS:

1. Social media post

2. Social media post

3. Social media post

4. Social media post

5. Social media post

6. Photograph

7. Court documents

8. Court documents