Austin Dunn

Single

💬 Message   •••

### Photos   See All



### Friends   See All
1,844 friends


**Ken O'Neill**


**Amy Sturges**
1 mutual friend


**Byron Knight**


**Cody Jarret Johnson**


**Corey Dodd**


**Mike Brown**


**Dustin Nelson**


**Kay-Dee Dimes**
22 mutual friends


**Ashley Null**
1 mutual friend

### Life Events   See All


**Started New Job at Stay At Home Astronaut**
November 29, 2018

---

 **Austin Dunn**
June 3 at 12:42 PM · 🌐

Start shooting back



**Mario H. Nguyên**
June 2 at 7:25 AM · 🌐

Dallas Police say that they HAD to use tear gas for the first time in 30 years. Watch this video of the exact moment the police threw it and ask yourself if yo... See More

18 Comments  1 Share

👍 Like      💬 Comment      ↗ Share

 **Mark Burton**
The cops didn't even shoot it
Like · Reply · 1w
  ↳ Mark Burton replied · 11 Replies

**Brandon Johnson**
Dude that came from that driver window in that white car!
Like · Reply · 1w        ❤ 2
  ↳ Brandon Johnson replied · 2 Replies

 **Justin Lubbers**
Nothing peaceful about being on a roadway blocking traffic.
Like · Reply · 1w        👍 1
  ↳ Austin Dunn replied · 1 Reply

 **Nathan Wagner**
Get out of the damn street
Like · Reply · 1w

Write a comment...


DEFENDANT'S EXHIBIT
