

## How People Reacted



**Andrew Aleman** No where. I have been part of many protests that were last min. And the police just sit there and redirect traffic.

See All Comments >

## Up Next



**Employee Missing for 10 Years Found in Supermarket**
The Infographics Show ⚫
3.8M Views



**Targeted by a Devil Worshipper?**
VICE ⚫
2.9M Views



**Stranded For 24 Hours In The Sea!** 🤙
Yes Theory ⚫
4M Views



**Kylie Jenner, Cardi B Show Hilarious Reality Of Being A Mum On...**
MTV UK ⚫
1.7M Views



**Army Cadet Uses White Power Symbol On Live TV**
TYT Network ⚫
8.5M Views

**Guy Has An Argument**

 Mario H. Nguyên

👍 Like    💬 Comment    ↗ Share    •••

😢🙁💀 1.7K        1.4K Comments        17K Shares

664K Views · about 2 weeks ago · 🌐

Dallas Police say that they HAD to use tear gas for the first time in 30 years. Watch this video of the exact mome    **Chat (564)**    📝 👥 ⚙

 Write a comment    😊 📷 GIF 🙂

DEFENDANT'S EXHIBIT 2