# Instagram

Search     Log In     Sign Up



### swingin_d_leather 

**82** posts     **160** followers     **348** following

Average turnaround times are currently 4-6 weeks

**POSTS**     **TAGGED**








**DEFENDANT'S EXHIBIT 3**