

**DEFENDANT'S EXHIBIT 7**

## Court Access System
## Case Events
Case: 2012436645

06/13/2020

| Sequence | Event Date | Court | Description | Notes |
|---|---|---|---|---|
| 1 | 10/15/2012 | | 15.17 HEARING HELD | |
| 2 | 02/08/2013 | | REQUEST FOR ATTY  NO | |
| 3 | 10/24/2012 | | CASE REPORT RECEIVED | |
| 4 | 10/31/2012 | | CASE FILED AS PRESNTD (ARR/NON | |
| 5 | 11/02/2012 | JP31 | FILING OF CASE | |
| 6 | 11/13/2012 | | SCHEDULED FOR GRAND JURY | |
| 7 | 11/14/2012 | JP31 | TRANSFER CASE | |
| 8 | 11/14/2012 | D364 | INDICTMENT FILED DIST COURT | |
| 9 | 11/14/2012 | D364 | CAPIAS ISSUED | |
| 10 | 11/15/2012 | D364 | CAPIAS RETURNED NOT SERVED | DEFENDANT ON BOND |
| 11 | 11/15/2012 | D364 | TRANSFER JP TO DC CASE | |
| 12 | 11/19/2012 | D364 | BOND ON FILE | |
| 13 | 01/22/2013 | D364 | STATUS CONFERENCE HEARING | |
| 14 | 11/26/2012 | D364 | APPEARANCE OF COUNSEL | |
| 15 | 12/21/2012 | D364 | ORDER OF ARRAIGNMENT / WAIVER | |
| 16 | 02/26/2013 | D364 | STATUS CONFERENCE HEARING | |
| 17 | 04/11/2013 | D364 | GUILTY PLEA DOCKET | |
| 18 | 03/19/2013 | D364 | LETTER | REQUEST FOR SETTING |
| 19 | 04/12/2013 | D364 | ORDER / SHERIFFS SLIP | 1 YR ISP AS COND. OF PB |
| 20 | 04/12/2013 | D364 | CAPIAS AND WARRANTS RECALLED | SEE SEQ 19 |
| 21 | 04/12/2013 | D364 | ADMONISHMENTS ON GUILTY PLEA | |
| 22 | 04/12/2013 | D364 | TRIAL CT CERT OF APPEAL | |
| 23 | 04/12/2013 | D364 | PLEA OF GUILTY W/INFO SHEET | CC: 219.00 |
| 24 | 04/12/2013 | D364 | G/P COURT-DEFERRED ADJUD. | |
| 25 | 04/12/2013 | D364 | PROBATION ORDER / SENTENCE | SEE SEQ 24 |
| 26 | 04/12/2013 | D364 | PAY THRU COLLECTION DEPT | |
| 27 | 04/12/2013 | D364 | ORDER FOR INTENSIVE SUPERVISN | |
| 28 | 05/02/2013 | D364 | MOTN/ORDR LEAVE LUBB COUNTY | GO TO DENTON COUNTY, TX |
| 29 | 05/31/2013 | D364 | MOTN/ORDR LEAVE LUBB COUNTY | GO TO DENTON COUNTY, TX |
| 30 | 04/28/2016 | D364 | MOTN/ORDR LEAVE LUBB COUNTY | GO TO BEXAR CO, TX |
| 31 | 07/14/2016 | D364 | MOTION TO PROCEED W/ADJUD | |
| 32 | 07/14/2016 | D364 | ORDER FOR CAPIAS TO ISSUE | |

MOPA - MOTION TO PROCEED W/ADJUD
Case No: 2012436645

CAUSE No. 2012-436645

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 364TH DISTRICT COURT** |
| **VS.** | § | **OF** |
| **Daniel Dunn** | § | **LUBBOCK COUNTY, TEXAS** |

### MOTION TO PROCEED WITH ADJUDICATION OF GUILT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW on this the 24th day of May, 2019, by the Attorney for the State of Texas of Lubbock County, Texas, hereinafter called Petitioner, would show the Court that heretofore on **04/11/13**, **Daniel Dunn** hereinafter called Defendant or Offender, pled to the offense of **Retaliation** committed on **10/13/2012**, and in accordance with the Code of Criminal Procedure, no judgment was entered and the Defendant was placed on community supervision in this cause under the terms and conditions of the Felony Community Supervision and Parole Laws for a period of **6 Years, Extended One (1) Year.**

Your Petitioner would show the Court that he/she has good reason to believe, and does believe and charges, that the said Defendant herein has violated the conditions of his Community Supervision in this, to-wit:

**A.** On or about **June 7, 2016**, in **Port Aransas, Nueces** County, State of **Texas**, and after having been placed on community supervision, the offender committed the offense of **Burglary of a Vehicle**.

**G.** Offender failed to remain within Lubbock/Denton County, Texas, unless the Court consents in writing to a change of residence, to wit: The offender was arrested on June 7, 2016 in Port Aransas, Texas for Burglary of a Vehicle. He was outside Lubbock/Denton County without permission from his CSO.

**K1.** Offender failed to pay Community Supervision fees as directed by the Court. The amount owed to be current through this month is $54.00.

**M.** Offender failed to submit a urine specimen to be tested for alcohol, narcotics, dangerous drugs, or any other tests whenever instructed by the Court and/or the supervision officer to be paid by the defendant, to wit: 10/5/16, 10/11/16, 12/15/16, 1/10/17, 1/20/17, 3/2/17, 3/31/17, 6/30/17, 8/9/17, 8/31/17, 9/8/17, 10/9/17, 5/18/18, 6/18/18, 7/10/18, 7/30/18, 8/10/18, 8/14/18, 9/10/18, 9/26/18, 10/1/18, 10/12/18, 11/27/18, 11/30/18, 12/14/18, 12/18/18, 1/23/19, 1/24/19, 2/8/19, 2/14/19, 3/18/19, 4/3/19, and 4/5/19.

**Q.** Offender failed to maintain total abstinence from the use or possession of alcoholic beverages and any narcotics, substances not meant for human consumption, or dangerous drugs not prescribed by a physician, to wit: Marijuana (THC) was detected in urine specimens submitted by the offender on the following dates: 11/4/14, 11/20/15, 2/18/16, 7/27/17, 9/22/17, 10/16/17, 11/2/17, 3/6/18, 4/4/18, 4/23/18, 5/29/18, 6/4/18, 8/23/18, 11/2/18, 1/18/19, and 3/1/19. Cocaine was detected in urine specimens submitted by the offender on the following dates: 3/3/17, 4/7/17, 4/19/17, 4/25/17, 7/27/17, and 6/4/18. A hair follicle test conducted on 12/9/16 tested positive for cocaine.

**S.** Offender failed to abide by the curfew imposed every evening from 11:00pm and to 6:00am, during which time the defendant is to be at home or at a community based facility each night and remain there unless his/her work requires him/her to be elsewhere, to wit: On June 7, 2016, the offender was arrested in Port Aransas, Texas at 2:30am for Burglary of a Vehicle.

ISP

**ISP4.** Offender failed to maintain total abstinence from the possession or use of alcoholic beverages and any narcotics or dangerous drugs not prescribed by a physician and cooperate fully with the community supervision officer and any agency contracted therewith to achieve your rehabilitation, to wit:  On 9/22/17, 10/16/17, 11/2/17, 3/6/18, 4/4/18, 4/23/18, 5/29/18, 6/4/18, 8/23/18, marijuana was detected in the offender's urine. On 3/3/17, 4/7/17, 4/19/17, 4/25/17, 7/27/17, and 6/4/18, cocaine was detected in the offender's urine.  A hair follicle test conducted on 12/9/16 tested positive for cocaine.

**ISP5.** Offender failed to submit a urine specimen to be tested for alcohol, narcotics, dangerous drugs, or any other test whenever instructed by the Court and/or the Supervision Officer, to wit:  The offender failed to submit specimens for drug testing on the following dates:  10/5/16, 10/11/16, 12/15/16, 1/10/17, 1/20/17, 3/2/17, 3/31/17, 6/30/17, 8/9/17, 9/8/17, 10/9/17, 5/18/18, 6/18/18, 7/10/18, 7/30/18, 8/10/18, 8/14/18, and 9/10/18.

Your petitioner would show the Court that he has good reason to believe, and does believe and charge, that the said Defendant herein has willfully and intentionally violated the conditions of his community supervision as described above. That the said violations of the conditions of his community supervision as mentioned above, were committed while the said community supervision was in full force and effect.

WHEREFORE, PREMISES CONSIDERED, your Petitioner prays that capias issue, and, upon arrest, that the Defendant be brought before the Court so that the Court may determine whether or not the Judgment should be entered and sentence be executed as provided therein.

Respectfully submitted,

_____
Attorney for the State of Texas
Lubbock County, Texas
State Bar No. 24093390

| Defendant | PID | DOB | Jail | Description | Number | Type | Court | Status | File Date |
|---|---|---|---|---|---|---|---|---|---|
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | DISCHARGE FIREARM-METRO | 2012471805 | Case | CL02 | CLOSED | 10/8/2012 |
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | RETALIATION | 2012436645 | Case | D364 | CLOSED | 11/14/2012 |
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | TAMPER W/WITNESS | 3214101003 | Magistrate | | CLOSED | |
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | RETALIATION | 3213213001 | Magistrate | | CLOSED | |
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | UCW | 2012471807 | Case | CL02 | CLOSED | 10/8/2012 |
| DUNN, DANIEL | 220301 | 3/30/1990 | NO | STALKING | 3214101001 | Magistrate | | CLOSED | |