IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR142 |
| | § | Judge Jordan |
| DANIEL AUSTIN DUNN | § | |
| a/k/a Whiskey.Tango10 | § | |
| a/k/a Osama bin Drinkin | § | |
| a/k/a @SirAustinOfDunn | § | |

## OPPOSED MOTION TO REOPEN DETENTION HEARING

On June 18, 2020, the Court held a detention hearing as to the defendant.  While

the transcript of the hearing is not currently available, it is the government's

understanding that a thorough and accurate presentation of the defendant's relevant

criminal history and prior involvement with law enforcement and military authorities was

not presented for the Court's consideration.

Pursuant to a September 1, 2012 Lubbock Police report, the defendant fired his

weapon, a black Taurus pistol, at another person.  *See* Exhibit A.  The police also

believed the defendant lied to them about the incident and the defendant had staged a

scene to falsely claim self-defense.[1]  *Id*.  On May 6, 2020, the defendant retrieved a black

---

[1] In addition to lying to authorities, the defendant has lied to those close to him about his military service.  For example and according to his girlfriend, BD, – who previously told the FBI in a voluntary interview that the defendant "would smoke some of her marijuana" before changing her testimony under oath and testifying to the Court that the defendant has not smoked marijuana with her – the defendant had stated to BD that his service in the Marine Corps included deployments to "Afghanistan and Iraq, and during one of those deployments he was injured by an improvised explosive device (IED)…."  *See* Exhibit B, FBI 302 of BD dated June 12, 2020.  In fact, the defendant never deployed to Afghanistan, Iraq, or anywhere else.  Exhibit C.  Pursuant to his military records, the defendant served less than approximately two years before his unit commander and his commanding general notified the defendant of their intent to involuntarily and administratively discharge the defendant with an Under Other Than Honorable Conditions discharge characterization based on misconduct.  *Id*.  Ultimately, the defendant's discharge

Taurus pistol from Lubbock Police Department.  *Id*.  On June 9, 2020, FBI agents seized a Taurus .40 caliber pistol from the defendant's residence pursuant to a warrant.

On September 23, 2012, the defendant was arrested again, this time for stalking, obstruction or retaliation, public intoxication, and unlawfully carrying a weapon.  The defendant had an illegal knife on his person with a partial serrated edge and both edges sharpened, and the police recovered a camouflage .270 caliber rifle with three rounds in the magazine and one round in the chamber from the defendant's vehicle.  The police also recovered from the vehicle a black 9mm semiautomatic carbine with 15 rounds in an extended magazine and one round in the chamber.  The defendant had used his knife to stab five holes in the front left tire sidewall and one large stab hole in the back left tire sidewall of a victim's vehicle.

In an effort to ensure the Court has all of the relevant information related to the defendant, the government respectfully requests the Court reopen the detention hearing so the government can offer and admit the referenced Exhibits A, B and C for the Court's consideration.[2]

---

characterization was characterized as Honorable on his DD Form 214, but it is unclear at this time why and how the discharge characterization was upgraded.  *Id*.

[2] Due to the numerous references to various personal identifiers throughout the three Exhibits, the government has not attached the Exhibits to this motion. Rather and as stated above, if the Court grants the motion to reopen, the government will submit the referenced Exhibits for the Court's consideration.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY


*/s/*
CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma Bar No. 20197
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
chris.eason@usdoj.gov


## CERTIFICATE OF CONFERENCE

On June 24, 2020, I conferred with Temani Me'Chelle Adams regarding this matter and she is opposed.


*/s/*
CHRISTOPHER A. EASON


## CERTIFICATE OF SERVICE

This is to certify that on June 24, 2020, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of this document to be delivered to Counsel for Defendant via electronic mail.

*/s/*
CHRISTOPHER A. EASON