IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-142 |
| | § | Judge Jordan |
| DANIEL AUSTIN DUNN | § | |
| a/k/a Whiskey.Tango10 | § | |
| a/k/a Osama bin Drinkin | § | |
| a/k/a @SirAustinOfDunn | § | |

## DEFENDANT'S REQUEST FOR MEMORANDUM OPINION

Comes now, Defendant Daniel Austin, and files this Defendant's Request for Memorandum Opinion. In support thereof, Defendant shows the following:

## PROCEDURAL HISTORY

On June 9, 2020, Defendant was arrested. At his initial appearance, the Government moved for detention.  Defendant was placed into custody pending his detention hearing, which was scheduled for June 15, 2020. Prior to the June 15, 2020 hearing, federal officers interviewed Defendant's girlfriend Bailey Decker, and spoke with his parents Judy and Rickey Dunn. The June 15, 2020 hearing, was rescheduled to Thursday June 18, 2020, due to a miscommunication with the jail housing Defendant.

On June 18, 2020, Defendant's detention hearing was held. The Government and Defendant were represented by counsel and each party announced that it was ready to proceed. At the conclusion of the detention hearing, the Court stated that it would take the matter under advisement. On June 24, 2020, the Government filed an Opposed Motion to Reopen Detention Hearing (Dkt. 27). In their motion, the Government stated no legal basis that would allow the detention hearing to be reopened. On the same date, Defendant filed his Response (Dkt. 28),

citing 18 U.S.C. 3142(f) as it's basis for opposition. On June 26, 2020 the Court granted the Government's Opposed Motion to Reopen Detention Hearing (Dkt. 31).

## REQUEST FOR FINDINGS

Defendant requests that the Court issue a Memorandum Opinion, detailing the findings of facts and conclusions of law ("Findings") to support its June 26, 2020 Order.  Findings are needed in the event Defendant would like to appeal the Court's decision.

## CONCLUSION

Defendant requests that the Court provide the parties with Findings the Court's granting of the Government's Opposed Motion to Reopen Detention Hearing.

Respectfully Submitted,


 /s/ Temani M. Adams
Temani M. Adams
Attorney for Daniel Dunn
TX State Bar No: 24084778
NY State Bar No. 5753355
TEMANI ADAMS PLLC
3824 Cedar Springs Road, Suite 179
Dallas, TX 75219
(469) 288-0888 Phone
(469) 288-0888 Fax
Temani@TemaniAdamsLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System. A copy of this motion was forwarded by that system to counsel for all parties.


  /s/ Temani Adams
Temani M. Adams


## **CERTIFICATE OF CONFERENCE**

I hereby certify that on June 26, 2020, I conferred with opposing counsel, Chris Eason, in a good faith attempt to resolve this matter without court intervention. Mr. Eason is opposed.


Respectfully Submitted,

   /s/Temani Adams
Temani Adams