# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:20CR142 |
| DANIEL AUSTIN DUNN (1) | § | |

## PROFFERED EVIDENCE AND WITNESSES RELATED TO CONTINUATION OF DETENTION HEARING DATED 06/30/2020

GOVERNMENT WITNESS:

1. Jeffrey Brian Cotner

GOVERNMENT EXHIBITS:

A. Police Reports

B. FBI Report

C. Military records

DEFENDANT WITNESSES:

1. Bailey Rae Decker

DEFENDANT EXHIBITS:

1. Military records