# EXHIBIT B

**Government's**
**Exhibit No. B**
**4:20CR142**
**U.S. v Dunn**

FD-302 (Rev. 5-8-10)

- 1 of 2 -

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry      06/15/2020

  Bailey Rae Decker, date of birth (DOB) ▬▬▬▬, was interviewed at
324 Porter Rd, Bartonville, TX 76226. After being advised of the identity of
the interviewing Agents and the nature of the interview, Decker provided the
following information:

  Decker provided her full name, date of birth, and provided her cellular
telephone number as 253-241-1618. Decker further advised that she is not
returning to Washington State, and has moved to 324 Porter Rd, Bartonville,
TX permanently.

  Decker stated she met Austin Dunn (Dunn) about a year ago online. Decker
stated in the past year she has come to Texas to visit Dunn about five
times, for about a week each time. Decker stated she first came to visit in
September, 2019. Then later came back for a visit in November, December,
February, before moving down in April, 2020. Decker advised she has been
living with Dunn since driving down from Washington State at the end of
April.

  Decker knew Dunn had served in the U.S. Marine Corps (USMC) and was last
stationed at a USMC Reserve unit in Lubbock, Texas. Decker stated Dunn had
told her he had deployed to both Afghanistan and Iraq, and during one of
those deployments he was injured by an improvised explosive device (IED),
which he had lost some of his hearing. Decker also advised Dunn was in a car
accident about a year ago and suffered some injuries. Decker stated Dunn
advised the USMC Reserve unit in Lubbock was deploying to
Afghanistan. Dunn didn't have enough time on his contract to deploy and
stayed behind until he was discharged.

  Decker admitted the marijuana and "bong" on the table Tuesday morning
belonged to her. Decker stated she suffers from depression, and uses
marijuana to help her. Decker stated she did not have a prescription for it,

UNCLASSIFIED//FOUO

---

Investigation on  06/12/2020  at  Bartonville, Texas, United States (In Person)

File #  266H-DL-3275612                                                           Date drafted  06/12/2020

by  Allen G Goehring, Christopher Jancosko

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266H-DL-3275612

Continuation of FD-302 of (U//FOUO) Interview of Bailey Decker          , On  06/12/2020  , Page   2 of 2

advising marijuana was legal in Washington State. When asked if she ever witnessed Dunn taking any illegal drugs during the month they have been living together, Decker advised Dunn would smoke some of her marijuana, but did not see him use any other drugs or medication.

Decker stated Dunn has been working with a construction company called ADP, but since the Covid-19 pandemic, he has not been back to work, but is still considered employed with ADP. Decker stated she believes Dunn best friend is Zack Hoofard, who lives in Decatur, Texas and can be reached on cellular telephone number 972-951-0492.

Decker has not observed Dunn being anti-government or anti-law enforcement while she has been with him. Decker has been vocal to her about all the unrest happening across the country, but she has never heard him talk about using violence against anyone, to include the police.  Decker stated one of his good friends, named Brandi, is a Police Officer for Denton Police Department. Decker stated she does not believe Dunn is a member, or supporter, of Booglaloo, but has heard him mention them. Decker has not seen any Booglaloo things in Dunn's house. Decker has never seen Dunn use any encrypted communication applications. When Decker lived in Washington State, she advised they would communicate by calling, text messaging and Face time.

Bailey Decker is open to being re-contacted in the future for any follow up questions.