| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) DUNN DANIEL AUSTIN | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-K1 | 3. SOCIAL SECURITY NUMBER 594   96   1068 |
|---|---|---|

| 4a. GRADE, RATE OR RANK PFC | b. PAY GRADE E-2 | 5. DATE OF BIRTH (YYYYMMDD) 19900330 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20180607 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY DALLAS MEPS DALLAS TX 75202-4709 | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 165 LAKE TRAIL DR DOUBLE OAK TX 75077 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CNATTU, MATSG-33, NAS, OCEANA | b. STATION WHERE SEPARATED MATSG-33, NAS, OCEANA, VA (RUC 06116) |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED MAG-41, 4TH MAW, NAS FORT WORTH,  FORT WORTH TX | 10. SGLI COVERAGE  NONE  AMOUNT: $ 400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 6531 - Aircraft Ordinance Technician | a. DATE ENTERED AD THIS PERIOD | 2010 | 07 | 12 |
| 0 years 0 mos 0 days | b. SEPARATION DATE THIS PERIOD | 2011 | 03 | 17 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 00 | 08 | 06 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 01 | 04 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2011 | 01 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) National Defense Service Medal, Rifle Expert Badge | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) Aircraft Ordinance Technician 5 wks 02/11 F/A-18 Armorment System 4 wks 3/11 |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | x |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | x |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ____ ) | | x |

| 16. DAYS ACCRUED LEAVE PAID  1.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | x |

**18. REMARKS**
Not a final discharge.
Date detached separation activity: 20110316 1 day travel time.
While a member of the Marine Corps Reserve you will keep the CG, Marine Corps Reserve Support Command (toll free 1-800-255-5802) informed of any change of address, martial status, number of dependants, civilian employment, or physical standards. S/N: 06116-2011-0003

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 165 Lake Trail Drive Double Oak TX 75077-0000 | b. NEAREST RELATIVE (Name and address - Include Zip Code) Judy Dunn (Mother) 165 Lake Trail Drive Double Oak TX 75077-0000 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) TX | OFFICE OF VETERANS AFFAIRS | x YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | x YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) 20110309 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) Christopher L. Richardson CWO2 PERSO | b. DATE (YYYYMMDD) 20110310 |
|---|---|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION Released from IADT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY MARCORSEPMAN par 1005 | 26. SEPARATION CODE MBK2 | 27. REENTRY CODE RE-1A |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None. | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | SERVICE - 2 Adobe Designer 8.0 |
|---|---|---|

DEFENDANT'S EXHIBIT
J

| CAUTION  NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974  As Amended

| 1 NAME (Last First Middle) DUNN DANIEL AUSTIN | 2 DEPARTMENT, COMPONENT AND BRANCH USMC-K1 | 3 SOCIAL SECURITY NUMBER 594   96   1068 |

| 4a GRADE, RATE OR RANK PFC | b PAY GRADE E-2 | 5 DATE OF BIRTH (YYYYMMDD) 19900330 | 6 RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD)   20180607 |

| 7a PLACE OF ENTRY INTO ACTIVE DUTY DALLAS MEPS DALLAS TX 75202-4709 | b HOME OF RECORD AT TIME OF ENTRY (City and state  or complete address if known) 165 LAKE TRAIL DR DOUBLE OAK TX 75077 |

| 8a LAST DUTY ASSIGNMENT AND MAJOR COMMAND CNATTU, MATSG-33, NAS, OCEANA | b STATION WHERE SEPARATED MATSG-33, NAS, OCEANA, VA (RUC 06116) |

| 9  COMMAND TO WHICH TRANSFERRED MAG-41, 4TH MAW,  NAS FORT WORTH, FORT WORTH TX | 10 SGLI COVERAGE     NONE AMOUNT  $400 000 |

| 11 PRIMARY SPECIALTY (List number  title and years and months in specialty  List additional specialty numbers and titles involving periods of one or more years ) 6531 - Aircraft Ordinance Technician     0 years 0 mos 0 days | 12 RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a DATE ENTERED AD THIS PERIOD | 2010 | 07 | 12 |
| | b SEPARATION DATE THIS PERIOD | 2011 | 03 | 17 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 00 | 08 | 06 |
| | d TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f FOREIGN SERVICE | 00 | 00 | 00 |
| | g SEA SERVICE | 00 | 00 | 00 |
| | h INITIAL ENTRY TRAINING | 00 | 01 | 04 |
| | i EFFECTIVE DATE OF PAY GRADE | 2011 | 01 | 01 |

| 13 DECORATIONS MEDALS BADGES  CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) National Defense Service Medal, Rifle Expert Badge | 14 MILITARY EDUCATION (Course title  number of weeks  and month and year completed) Aircraft Ordinance Technician 5 wks 02/11 F/A 18 Armorment System 4 wks 3/11 |

| 15a COMMISSIONED THROUGH SERVICE ACADEMY | | YES | ✕ NO |
|---|---|---|---|
| b COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec  2107b) | | YES | ✕ NO |
| c ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap  109) (If yes  years of commitment _____ ) | | YES | ✕ NO |

| 16  DAYS ACCRUED LEAVE PAID      1 0 | 17 MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | ✕ |

| 18 REMARKS Not a final discharge Date detached separation activity  20110316 1 day travel time While a member of the Marine Corps Reserve you will keep the CG, Marine Corps Reserve Support Command (toll free 1-800 255-5802) informed of any change of address, martial status, number of dependants, civilian employment, or physical standards  S/N  06116-2011-0003 |

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non Federal agency for verification purposes and to determine eligibility for  and/or continued compliance with  the requirements of a Federal benefit program

| 19a MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 165 Lake Trail Drive Double Oak TX 75077-0000 | b  NEAREST RELATIVE (Name and address  Include Zip Code) Judy Dunn (Mother) 165 Lake Trail Drive Double Oak TX 75077-0000 |

| 20 MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)      TX | OFFICE OF VETERANS AFFAIRS | ✕ YES | NO |
|---|---|---|---|
| a MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | ✕ YES | NO |

| 21a MEMBER SIGNATURE | b DATE (YYYYMMDD) 20110309 | 22a OFFICIAL AUTHORIZED TO SIGN (Typed name  grade  title  signature) Christopher L  Richardson CWO2 VRSO | b DATE (YYYYMMDD) 20110310 |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|
| 23 TYPE OF SEPARATION Released from IADT | 24 CHARACTER OF SERVICE (Include upgrades) HONORABLE |
| 25 SEPARATION AUTHORITY MARCORSEPMAN par 1005 | 26 SEPARATION CODE MBK2 | 27 REENTRY CODE RE-1A |
| 28 NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
| 29 DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30 MEMBER REQUESTS COPY 4 (Initials) |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE | SERVICE - 7 Adobe Designer 8 0 |



**UNITED STATES MARINE CORPS**
Headquarters 4th Marine Logistics Group
2000 Opelousas Avenue, Building 1
NEW ORLEANS, LA 70146-0000

1910

04 Dec 12

SECOND ENDORSEMENT on INSPECTOR-INSTRUCTOR, B D/S Motor Transport Company, Sixth Motor Transport Battalion, Fourth Marine Logistic Group ltr 1910 of 28 Nov 12

From: Commanding General, 4th Marine Logistics Group, 2000 Opelousas Avenue, Building 1, NEW ORLEANS, LA 70146-0000
To:   COMMANDANT OF THE MARINE CORPS (MMSB-20), HEADQUARTERS, U.S. MARINE CORPS, QUANTICO, VA 22134-5002

Subj: RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF LANCE CORPORAL DANIEL A DUNN, USMCR

Ref:  (a) MCO P1900.16 (MARCORSEPMAN)

1. Readdressed and forwarded for filing in accordance with section 6311.6 of reference (a).

2. The recommendation that the respondent be administratively discharged from the United States Marine Corps Reserve is approved.  By copy of this letter, the Respondent's Commanding Officer is directed to take those administrative steps necessary to effect subject Marine's separation within 20 days from the date of receipt of this letter under the following criteria:

    a. Characterization of Service: Other Than Honorable

    b. Authority for Discharge:     MARCORSEPMAN, par.6210.6

    c. Separation Code:             HKQ1 - MISCONDUCT

    d. Reenlistment Code:           RE-4

    e. Suspension:                  None

3. The Respondent's command will also forward the closed-out service record book of subject Marine to the Commandant of the Marine Corps (MMSB-20) and, by separate correspondence, inform this Headquarters (SJA), of the date of separation.

                                    R. R. MACHUT



**UNITED STATES MARINE CORPS**
HEADQUARTERS 4TH MARINE LOGISTICS GROUP
2000 Opelousas Avenue, Building 1
NEW ORLEANS, LA 70146-0000

1910

01 Dec 12

MEMORANDUM OF REVIEW

From:   Staff Judge Advocate, 4th Marine Logistics Group, 2000 Opelousas
        Avenue, Building 1, NEW ORLEANS, LA 70146-0000
To:     Commanding General, 4th Marine Logistics Group, 2000 Opelousas Avenue,
        Building 1, NEW ORLEANS, LA 70146-0000

Subj:   RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF LANCE CORPORAL DANIEL A
        DUNN, USMCR

1.  SJA Opinion under paragraph 6308.1c of MCO P1900.16 (MARCORSEPMAN):  the
proceedings have been reviewed and found sufficient in law and in fact.

2.  Recommended basis for discharge: Misconduct / Commission of a Serious
                              Offense

3.  Recommended characterization of discharge: Other Than Honorable

4.  Suspension: None

5.  SJA Comments:  Legally and factually sufficient.  On 23 Sep 12, SNM was
arrested for two felonies and two misdemeanors.  The charge of Retaliation
carries a possible sentence of 2-10 years in prison and fines up to $10K. Due
to SNM's prior actions, command has a concern that he is a risk to other unit
members and has no potential for future service in the Marine Corps Reserve.
Per MARADMIN 328/10, SNM has not been mobilized or deployed and is exempt from
the required medical screening for PTSD or TBI. I recommend that LCpl Dunn be
separated from the Marine Corps with an Other Than Honorable Characterization
of service.

6.  The Respondent is a SMCR Marine with no combat service or deployment, and
no diagnosis of PTSD or TBI.  Therefore, Respondent is exempt from the medical
evaluation requirements of MARADMIN 328/10.

                                        _____
                                        A. J. CHARANZA JR



UNITED STATES MARINE CORPS



B D/S Motor Transport Company, Sixth Motor Transport Battalion, Fourth Marine
Logistic Group
301 E REGIS ST SUITE 1137
LUBBOCK, TX 79403-1137

IN REPLY REFER TO:
1910
S-1
02 Oct 12

From:   Commanding Officer, B D/S Motor Transport Company, Sixth Motor
        Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
        1137, LUBBOCK, TX  79403-1137

To:     Commanding General, 4th Marine Logistics Group, 2000 Opelousas Avenue,
        Building 1, NEW ORLEANS, LA  70146-0000

Subj:   RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF LANCE CORPORAL DANIEL A
        DUNN, USMCR

Ref:    (a) MCO P1900.16 (MARCORSEPMAN)
        (b) MARADMIN 328/10

Encl:   (1) Notification of Separation Proceedings
        (2) Acknowledgment of Rights
        (3) Purpose and Scope of BCNR and NDRB
        (4) Personal Receipt of Notification of Separation Proceedings
        (5) Supporting Documents

1.  I recommend that DANIEL A. DUNN be separated from the United States
Marine Corps Reserve with an Other Than Honorable characterization of
service.

2.  Per the references, the notification package (enclosures (1), (2), and
(3)) was delivered in person to the Marine.  See enclosure (4).

3.  Enclosure (5) includes pages from the service record book and
documentation supporting the basis for separation.  On 23 September 2012 on or
about 0230, Lance Corporal Daniel A. Dunn, was arrested by the Lubbock Police
Department.  He was charged with the following offenses:  Felony Charges (2) -
Retaliation and Stalking; Misdemeanor Charges (2) - Unlawful carry of a weapon
and public intoxication.  It is my recommendation that LCpl Dunn be separated
from the Marine Corps with an Other Than Honorable Characterization of
service.  LCpl Dunn's actions have tainted the Marine Corps' Image and of this
Unit and are detremental to our Esprit de Corps and Mobilization readiness.
LCpl Dunn has not deployed or participated in a combat operation during his
service.

4.  The Marine submitted no statement.

5.  I have reviewed the Respondent's records and certify that SNM has no
combat service or deployment and the Respondent was not diagnosed with Post-
Traumatic Stress Disorder or Traumatic Brain Injury.

6.  The Reserve Unit Commanding Officer or Officer in Charge is in agreement
with the recommendation.

E. M. PARDO

972-724-8181                                                    04:24:39 p.m.   10-16-2012        1/10



ORIGINAL

**UNITED STATES MARINE CORPS**
B D/S Motor Transport Company, Sixth Motor Transport Battalion, Fourth
Marine Logistic Group
301 E REGIS ST SUITE 1137
LUBBOCK, TX. 79403-1137

IN REPLY REFER TO:
1910
S-1
02 Oct 12

CERTIFIED # 7005 1160 0000 1093 7701

From:   Commanding Officer, B D/S Motor Transport Company, Sixth Motor
Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
1137, LUBBOCK, TX  79403-1137

To:     Lance Corporal DANIEL A. DUNN, USMCR

Subj:   NOTIFICATION OF SEPARATION PROCEEDINGS   (BOARD CASE)

Ref:    (a) MCO P1900.16 (MARCORSEPMAN)

Encl:   (1) Purpose and Scope of the BCNR and NDRB
        (2) Acknowledgement of Respondent's Rights

1.  You are hereby notified that I intend to recommend to the Commanding
General, 4th Marine Logistics Group that you be discharged from the U.S.
Marine Corps / U.S. Marine Corps Reserve in accordance with paragraph(s)
6210.6 of the reference by reason of:

    a.  Primary Basis
        (1) GENERAL BASIS:  Misconduct
        (2) SPECIFIC BASIS:  Commission of a Serious Offense
        (3) FACTUAL BASIS:  On 23 September 2012 on or about 0230, Lance
Corporal Dunn, Daniel A. was arrested by the Lubbock Police Department. He was
charged with the following offenses: Felony Charges (2) - retaliation and
stalking; Misdemeanor Charges (2) - unlawful carry of a weapon and public
intoxication.

2.  The least favorable characterization of service which you may receive is
Other Than Honorable.  Although the Commanding General, 4th Marine Logistics
Group will make the determination of characterization if you are separated, I
am recommending you receive an Other Than Honorable characterization of
service.

3.  You are advised that if a Marine serving in pay grade E-4 or above is
administratively separated under other than honorable characterization of
service, the Marine will be administratively reduced to pay grade E-3
effective upon separation in accordance with paragraph 6311.8 of the
reference.

4.  As a result of these separation proceedings, you have the following
rights:

    a.  You have the right to consult with qualified counsel prior to electing
or waiving any of your rights.  It is in your best interest to do so prior to
waiving any of your rights.

    b.  You have the right to request a hearing before an Administrative
Discharge Board in accordance with paragraph 6304 of the reference.

*ORIGINAL*

Subj: NOTIFICATION OF SEPARATION PROCEEDINGS   (BOARD CASE)

    c.   You have the right to present written statements to the Commanding General, 4th Marine Logistics Group, in rebuttal to this proposed separation, and in lieu of having a hearing.

    d.   You have the right to obtain copies of documents that will be forwarded to Commanding General, 4th Marine Logistics Group, supporting the basis of this proposed separation. Classified documents shall be summarized.

    e.   You may waive any of these rights after being afforded an opportunity to consult with counsel.

    f.   If you have a history of Combat Service or Deployment, as defined by MARADMIN 328/10, you are required to be screened for Post-Traumatic Stress Disorder (PTSD) and Traumatic Brain Injury (TBI). You are hereby directed to contact this command to schedule an appointment for medical evaluation within 45 days of receipt of this notification. Failure to complete this action will NOT delay these proceedings.

5.   Should you request a hearing before an Administrative Separation Board, you will be afforded the following rights:

    a.   To appear in person before such a board or be represented by counsel if you are confined by civil authorities.

    b.   To be represented by appointed military counsel, or military counsel of your choice if available.

    c.   To be represented by civilian counsel if you desire and at your own expense.

    d.   To challenge voting members of the board or the legal advisor, if any, for cause only.

    e.   To testify in your own behalf, subject to the provisions of Article 31, UCMJ (Compulsory Self-Incrimination Prohibited).

    f.   At any time during the proceedings, you or your counsel may submit written or recorded matter for consideration by the board.

    g.   You or your counsel may call witnesses on your behalf.

    h.   You or your counsel may question any witness who appears before the board.

    i.   You or your counsel may present argument prior to the board closing the hearing for deliberation on findings and recommendations.

    j.   Upon written request to the Convening Authority, to be provided a copy of the report of the board and the endorsement thereon.

    k.   Failure to appear at a hearing without good cause constitutes a waiver of your right to be present at the hearing.

    l.   You have the right to make a sworn or unsworn statement.

    m.   You have the right to examine evidence presented by the board, to cross examine witnesses appearing before the board, to submit evidence before the board, and to present final argument before the board.

2

ORIGINAL

Subj:  NOTIFICATION OF SEPARATION PROCEEDINGS   (BOARD CASE)

   n.  Failure to respond after being afforded a reasonable opportunity to consult with counsel constitutes waiver of the rights in paragraph 6304.1d to 6304.1m of the reference.

6.  Information on the Navy Discharge Review Board and the Board for Correction of Naval Records is provided to you as enclosure (1).

7.  You are directed to respond in writing to this notification by completing and returning enclosure (2) within the following timeframes after receiving notification:  two working days if you are on active duty and received it in person; or twenty days if you are a reservist not on active duty and received it in person or by mail.

8.  If you are separated before you complete an active duty service requirement incurred because you received advanced education assistance, bonuses, or special pays, you may be required to reimburse the U.S. Government on a pro rata basis for the unserved portion of the active service requirement.

E. M. PARDO
Inspector-Instructor

3

972-724-8181

04:29:16 p.m.   10-16-2012      10/10

# ORIGINAL



**UNITED STATES MARINE CORPS**
B D/S Motor Transport Company, Sixth Motor Transport Battalion, Fourth Marine
Logistic Group
301 E REGIS ST SUITE 1137
LUBBOCK, TX  79403-1137

IN REPLY REFER TO:
1900
SJA
02 Oct 12

From:   Lance Corporal DANIEL A. DUNN, USMCR

To:     Commanding Officer, B D/S Motor Transport Company, Sixth Motor
        Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
        1137, LUBBOCK, TX  79403-1137

Subj:   PERSONAL RECEIPT OF NOTIFICATION OF SEPARATION PROCEEDINGS

1.  On the __16__ day of __October__, at __1030__, I personally
received the original Notification of Separation Proceedings dated
__02 OCTOBER 2012__ and the Purpose and Scope of the BCNR and NDRB.


_____
Signature of Marine


_____ 121016
Witness

972-724-8181                                                      04:26:06 p.m.   10-16-2012        4/10



Purpose and Scope of Board of Correction of Naval Records (BCNR)
and the Naval Discharge Review Board (NDRB)

1.  The Board for Correction of Naval Records (BCNR), consisting of not less
than three members, was established pursuant to 10 U.S.C. 1552, and considers
all applications properly before it for the purpose of determining the
existence of an error or an injustice, and to make appropriate recommendations
to the Secretary of the Navy. Application may be made by the member or former
member, or such other persons as the board determines to be competent for such
purpose. The Board for Correction of Naval Records, unlike the Naval Discharge
Review Board (NDRB), may review discharges awarded by a general court-martial.
Other types of cases reviewed by the board include, but are not limited to:
those involving requests for physical disability retirement; the cancellation
of a physical disability discharge, and substituting, in lieu thereof,
retirement for disability; an increase in the percentage of physical
disability; the removal of derogatory material from an official record; the
review of nonjudicial punishment; and the restoration of rank, grade, or
rating. Also, this board will review the case of a person who is in a Reserve
component and who contends that the release from active duty should have been
honorable, rather than general (under honorable conditions).

The law requires that application be filed with the Board for Correction of
Naval Records within three years of the date of the discovery of the error or
injustice. However, the board is authorized to excuse the fact that the
application was filed at a later date, if it finds it to be in the interest of
justice to consider the application. The board is empowered to deny an
application without a hearing, if it determines that there is insufficient
evidence to indicate the existence of probable material error or injustice to
the applicant.

No application will be considered by the board until the applicant has
exhausted all other effective administrative remedies afforded by existing law
or regulations, and such other legal remedies as the board shall determine are
practical and appropriately available to the applicant.

An application to the board for the correction of a record shall not operate
as a stay of any proceedings being taken with respect to the person involved.
The board will consider the applicant's case on the basis of all the material
before it, including but not limited to:  the application for correction filed
by the applicant, any documentary evidence filed in support of such
applications, any brief submitted by or in behalf of the applicant, and all
available pertinent records in the Department of the Navy.  The applicant's
service record is but one of the records which may be considered by the board.

In cases other than denied applications, the record of proceedings of the
board will be forwarded to the Secretary of the Navy, who will direct such
actions as determined to be appropriate.

In connection with review of executed discharges by the Board for Correction
of Naval Records, there is no law or regulation which provides that an
unfavorable discharge may be changed to a more favorable discharge solely
because of the expiration of a period of time after discharge during which the
respondent's behavior has been exemplary.  To permit relief, an error or
injustice must be found to have existed during the period of the enlistment in
question and the respondent's good conduct after discharge, in and of itself,
is not sufficient to warrant changing an unfavorable discharge to a

                                                            Enclosure (1)



more favorable type of discharge.

Applications for review and explanatory matter may be obtained by writing the
Board for Correction of Naval Records, Department of the Navy, Washington, DC
20370-5100.

2.   The Naval Discharge Review Board (NDRB), consisting of five members, was
established pursuant to 10 U.S.C. 1553, to review, on its own motion, or upon
the request of any former member of the Navy or Marine Corps; or in the case
of a deceased member of the Navy or Marine Corps, upon the request of the
surviving spouse, next of kin, or legal representative, or if incompetent by
the member's guardian; the type and nature of final discharge to determine
whether or not, under reasonable standards of naval law and discipline, the
type and nature of the discharge should be changed, corrected, or modified,
and if so, to decide what modification should be made.  The board may also
issue a new discharge in accordance with the facts presented to it.

The NDRB may review all final separations from the naval service, irrespective
of the manner evidenced or brought about, except a discharge awarded by a
general court-martial, or a discharge executed more than 15 years before date
of review application.  Such review is based on all available records of the
Department of the Navy pertaining to the former member and such evidence as
may be presented or obtained by the board.

NDRB has no authority to revoke any discharge; nor to reinstate any person in
the military service subsequent to discharge; nor to recall any person to
active duty; nor to waive prior disqualifying discharges to permit enlistment
in the naval service or any other branch of the Armed Forces; nor to cancel
enlistment contracts; nor to change the reason for discharge from or to
physical disability; nor to determine eligibility for veterans benefits.
Relevant and material facts germane to the former member concerned found by a
general or special court-martial, or by a court of inquiry or board of
investigation where the former member was in the status of a defendant or an
interested party, as approved by the reviewing authorities, shall be accepted
by the board as established facts in the absence of manifest error or unusual
circumstances clearly justifying a different conclusion.  Relevant and
material facts stated in a specification to which the former member concerned
pleaded guilty before a general or special court-martial, or where, upon being
confronted by such a specification, the former member elected to request
discharge for the good of the service, shall be accepted by the board as
established facts in the absence of manifest error or unusual circumstances
clearly justifying a different conclusion, or unless the former member shall
show to the board's satisfaction, or it shall otherwise appear, that arbitrary
or coercive action was taken against the member at the time, which action was
not apparent to the reviewing authority from the face of the record.

The evidence before the board which may be considered in connection with a
particular discharge document will normally be restricted to that which is
relevant and material to the former member's particular term of Marine Corps
service or during that term of Marine Corps service, or at the time of
separation.

To warrant a change, correction, or modification of the original document
evidencing separation from the Marine Corps, the former member concerned must
show to the satisfaction of the board, or it must otherwise satisfactorily
appear, that the original document was improperly or inequitably issued under
standards of naval law and discipline existing at the time of the former

2



member's original separation, or under such standards differing therefrom in the former member's favor which subsequent to separation, were made expressly retroactive to separations of the type and character had by the former member.

In connection with review of executed discharges by the NDRB, there is no law or regulation which provides that an unfavorable discharge may be changed to a more favorable discharge solely because of the expiration of a period of time after discharge during which the respondent's behavior has been exemplary.  To permit relief, an error or injustice must be found to have existed during the period of the enlistment in question and the respondent's good conduct after discharge, in and of itself, is not sufficient to warrant changing an unfavorable discharge.

Applications for review and general information may be obtained by writing to the Naval Discharge Review Board, 801 North Randolph Street, Arlington, VA 22203-1989.

3.  Statement of the Individual

I have been advised of the purpose and procedure for making application to the Board for Correction of Naval Records and the Naval Discharge Review Board.

I have also been advised that a discharge under other than honorable conditions resulting from a period of continuous unauthorized absence of 180 days or more, is a conditional bar to benefits administered by the Veterans Administration notwithstanding any action by the Naval Discharge Review Board.

| | 121016 | | 20121016 |
|---|---|---|---|
| Witness Signature | Date | Marine Signature | Date |

3

972-724-8181

04:27:55 p.m.   10-16-2012   7/10
S-1

From:  Lance Corporal, DANIEL A. DUNN, USMCR

To:  Commanding Officer, B D/S Motor Transport Company, Sixth Motor
Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
1137, LUBBOCK, TX  79403-1137

Subj:  ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
DISCHARGE PROCEEDINGS (BOARD CASE)

Ref:  (a) Yr ltr 1910 S-1 of 02 Oct 12
(b) MCO P1900.16 (MARCORSEPMAN)

1. _____ I acknowledge receipt of reference (a) notifying me that I am being
recommended for administrative separation from the U.S. Marine Corps / U.S.
Marine Corps Reserve in accordance with paragraph(s) 6210.6 of reference (b)
by reason of:

    a.  Primary Basis

       (1) GENERAL BASIS:  Misconduct

       (2) SPECIFIC BASIS:  Commission of a Serious Offense

       (3) FACTUAL BASIS:  On 23 September 2012 on or about 0230, Lance
Corporal Dunn, Daniel A. was arrested by the Lubbock Police Department. He was
charged with the following offenses: Felony Charges (2) - retaliation and
stalking; Misdemeanor Charges (2) - unlawful carry of a weapon and public
intoxication.

2. _____ I understand that I am being recommended for separation with an
Other Than Honorable characterization of service and that the least favorable
characterization of service which I may receive is Other Than Honorable.

3. _____ I understand that if I am serving in a pay grade E-4 or above and
administratively separated with other than honorable characterization of
service that I will be administratively reduced to pay grade E-3 effective
upon discharge in accordance with paragraph 6311.8 of reference (b).

4.  In view of the above, I choose to exercise the following rights by
initialing each choice.

    a. _____ I ____(have)/ _____ (have NOT) consulted with counsel.  I
understand it is in my best interests to do so before exercising or waiving
any of my rights. My counsel's name, grade, and Armed Force is:
N/A

    b. _____ I ____(do)/ _____(do NOT) request a hearing before an
administrative discharge board.

    c. _____ In lieu of a hearing, I ____(have)/ _____(have NOT) included
written statements in rebuttal to this proposed separation.

    d. _____ I ____(do)/ ____(do NOT) desire to obtain copies of documents
that will be forwarded to the Separation Authority, supporting this proposed
discharge.

    e. _____ I understand if I have a history of combat service/deployment, as

Enclosure (2)

ORIGINAL

Subj: ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
DISCHARGE PROCEEDINGS (BOARD CASE)

defined by MARADMIN 328/10, I must contact this command within 45 days to be
screened for PTSD or TBI.

5.   If I requested a hearing before an Administrative Separation Board, I
realize I have the following rights:

a. _____ To be present or represented by counsel if I am confined by civil
authorities.

b. _____ To be represented by appointed military counsel (or military
counsel of my choice, if available).

c. _____ To be represented by civilian counsel if I desire and at my own
expense.

d. _____ To challenge voting members of the board or the legal advisor, if
any, for cause only.

e. _____ To testify in my own behalf, subject to the provisions of Article
31, UCMJ (Compulsory Self-Incrimination Prohibited).

f. _____ At any time during the proceedings I or my counsel may submit
recorded matter for consideration by the board.

g. _____ I or my counsel may call witnesses on my behalf.

h. _____ I or my counsel may question any witnesses who appear before the
board.

i. _____ I or my counsel may present argument prior to the board's closing
the hearing for deliberations on findings and recommendations.

j. _____ Upon written request to the Convening Authority, to be provided
with a copy of the report of the board and the endorsement.

k. _____ Failure to appear without good cause at a hearing constitutes
waiver of rights to be present at the hearing.

l. _____ I have the right to make a sworn or unsworn statement.

m. _____ I have the right to examine evidence presented by the board, to
cross-examine witnesses appearing before the board, to submit evidence before
the board, and to present final argument before the board.

n. _____ Failure to respond after being afforded a reasonable opportunity
to consult with counsel constitutes waiver of the rights in paragraphs 6304.1d
to 1m of the reference.

6.   _____ I have read and fully understand the Purpose and Scope of the BCNR
and NDRB.

7.   _____ I understand that if I am separated before I complete an active duty
service requirement incurred because I received advanced education assistance,
bonuses, or special pays, I may be required to reimburse the U.S. Government
on a pro rata basis for the unserved portion of the active service

ORIGINAL

Subj:  ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
       DISCHARGE PROCEEDINGS (BOARD CASE)

requirement.

8.    ___ I SPECIFICALLY ACKNOWLEDGE THAT I UNDERSTAND THAT PROCESSING FOR
ADMINISTRATIVE SEPARATION DOES NOT RELIEVE ME FROM ANY OBLIGATION TO SERVE ON
ACTIVE AND/OR INACTIVE DUTY (INCLUDING ATTENDING RESERVE DRILLS) PENDING FINAL
DECISION ON MY DISCHARGE.  I MUST CONTINUE MY NORMAL ACTIVE AND/OR INACTIVE
DUTY UNLESS AND UNTIL MY COMMAND INFORMS ME IN WRITING THAT (1) I AM EXCUSED
FROM ACTIVE AND/OR INACTIVE DUTY OR (2) I AM DISCHARGED.

_____     12/0/6          _____     2012/016
Witness                      Date           Respondent                   Date

FOR COMMAND USE ONLY(When AOR is not returned or is returned but is unsigned
or improperly or incompletely executed):

The Marine (INITIAL ONE):

_____  did not return the AOR within the time limit indicated on the
notification letter to acknowledge receipt of the notification package.
_____  refused to acknowledge receipt of the notification package.
_____  returned the AOR but did not sign it.
_____  returned the AOR but did not make a selection of rights.


_____          _____
Signature of person initialing blank          Date

3

972-724-8181

04:27:56 p.m.   10-16-2012          7/10

S-1

From:   Lance Corporal, DANIEL A. DUNN, USMCR

To:     Commanding Officer, B D/S Motor Transport Company, Sixth Motor
        Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
        1137, LUBBOCK, TX   79403-1137

Subj:   ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
        DISCHARGE PROCEEDINGS (BOARD CASE)

Ref:    (a) Yr ltr 1910 S-1 of 02 Oct 12
        (b) MCO P1900.16 (MARCORSEPMAN)

1.    I acknowledge receipt of reference (a) notifying me that I am being
recommended for administrative separation from the U.S. Marine Corps / U.S.
Marine Corps Reserve in accordance with paragraph(s) 6210.6 of reference (b)
by reason of:

      a.  Primary Basis
          (1) GENERAL BASIS:  Misconduct
          (2) SPECIFIC BASIS:  Commission of a Serious Offense
          (3) FACTUAL BASIS:  On 23 September 2012 on or about 0230, Lance
Corporal Dunn, Daniel A. was arrested by the Lubbock Police Department. He was
charged with the following offenses: Felony Charges (2) - retaliation and
stalking; Misdemeanor Charges (2) - unlawful carry of a weapon and public
intoxication.

2.    I understand that I am being recommended for separation with an
Other Than Honorable characterization of service and that the least favorable
characterization of service which I may receive is Other Than Honorable.

3.    I understand that if I am serving in a pay grade E-4 or above and
administratively separated with other than honorable characterization of
service that I will be administratively reduced to pay grade E-3 effective
upon discharge in accordance with paragraph 6311.9 of reference (b).

4.  In view of the above, I choose to exercise the following rights by
initialing each choice.

      a.    I ____(have)/ ____(have NOT) consulted with counsel.  I
understand it is in my best interests to do so before exercising or waiving
any of my rights.  My counsel's name, grade, and Armed Force is:
N/A

      b.    I ____(do)/ ____(do NOT) request a hearing before an
administrative discharge board.

      c.    In lieu of a hearing, I ____(have)/ ____(have NOT) included
written statements in rebuttal to this proposed separation.

      d.    I ____(do)/ ____(do NOT) desire to obtain copies of documents
that will be forwarded to the Separation Authority, supporting this proposed
discharge.

      e.    I understand if I have a history of combat service/deployment, as

                                                          Enclosure (2)

ORIGINAL

Subj: ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
DISCHARGE PROCEEDINGS (BOARD CASE)

defined by MARADMIN 328/10, I must contact this command within 45 days to be
screened for PTSD or TBI.

5.   If I requested a hearing before an Administrative Separation Board, I
realize I have the following rights:

     a. _____ To be present or represented by counsel if I am confined by civil
authorities.

     b. _____ To be represented by appointed military counsel (or military
counsel of my choice, if available).

     c. _____ To be represented by civilian counsel if I desire and at my own
expense.

     d. _____ To challenge voting members of the board or the legal advisor, if
any, for cause only.

     e. _____ To testify in my own behalf, subject to the provisions of Article
31, UCMJ (Compulsory Self-Incrimination Prohibited).

     f. _____ At any time during the proceedings I or my counsel may submit
recorded matter for consideration by the board.

     g. _____ I or my counsel may call witnesses on my behalf.

     h. _____ I or my counsel may question any witnesses who appear before the
board.

     i. _____ I or my counsel may present argument prior to the board's closing
the hearing for deliberations on findings and recommendations.

     j. _____ Upon written request to the Convening Authority, to be provided
with a copy of the report of the board and the endorsement.

     k. _____ Failure to appear without good cause at a hearing constitutes
waiver of rights to be present at the hearing.

     l. _____ I have the right to make a sworn or unsworn statement.

     m. _____ I have the right to examine evidence presented by the board, to
cross-examine witnesses appearing before the board, to submit evidence before
the board, and to present final argument before the board.

     n. _____ Failure to respond after being afforded a reasonable opportunity
to consult with counsel constitutes waiver of the rights in paragraphs 6304.1d
to 1m of the reference.

6.   _____ I have read and fully understand the Purpose and Scope of the BCNR
and NDRB.

7.   _____ I understand that if I am separated before I complete an active duty
service requirement incurred because I received advanced education assistance,
bonuses, or special pays, I may be required to reimburse the U.S. Government
on a pro rata basis for the unserved portion of the active service

2

ORIGINAL

Subj:  ACKNOWLEDGEMENT OF RIGHTS TO BE EXERCISED OR WAIVED IN CONNECTION WITH
       DISCHARGE PROCEEDINGS (BOARD CASE)

requirement.

8.  ___  I SPECIFICALLY ACKNOWLEDGE THAT I UNDERSTAND THAT PROCESSING FOR
ADMINISTRATIVE SEPARATION DOES NOT RELIEVE ME FROM ANY OBLIGATION TO SERVE ON
ACTIVE AND/OR INACTIVE DUTY (INCLUDING ATTENDING RESERVE DRILLS) PENDING FINAL
DECISION ON MY DISCHARGE.  I MUST CONTINUE MY NORMAL ACTIVE AND/OR INACTIVE
DUTY UNLESS AND UNTIL MY COMMAND INFORMS ME IN WRITING THAT (1) I AM EXCUSED
FROM ACTIVE AND/OR INACTIVE DUTY OR (2) I AM DISCHARGED.

_____   12 10 16      _____   20 12 10 16
Witness                  Date          Respondent                Date

FOR COMMAND USE ONLY(When AOR is not returned or is returned but is unsigned
or improperly or incompletely executed):

The Marine (INITIAL ONE):

_____  did not return the AOR within the time limit indicated on the
notification letter to acknowledge receipt of the notification package.
_____  refused to acknowledge receipt of the notification package.
_____  returned the AOR but did not sign it.
_____  returned the AOR but did not make a selection of rights.


_____          _____
Signature of person initialing blank         Date


3



Purpose and Scope of Board of Correction of Naval Records (BCNR)
and the Naval Discharge Review Board (NDRB)

1.  The Board for Correction of Naval Records (BCNR), consisting of not less
than three members, was established pursuant to 10 U.S.C. 1552, and considers
all applications properly before it for the purpose of determining the
existence of an error or an injustice, and to make appropriate recommendations
to the Secretary of the Navy. Application may be made by the member or former
member, or such other persons as the board determines to be competent for such
purpose. The Board for Correction of Naval Records, unlike the Naval Discharge
Review Board (NDRB), may review discharges awarded by a general court-martial.
Other types of cases reviewed by the board include, but are not limited to:
those involving requests for physical disability retirement; the cancellation
of a physical disability discharge, and substituting, in lieu thereof,
retirement for disability; an increase in the percentage of physical
disability; the removal of derogatory material from an official record; the
review of nonjudicial punishment; and the restoration of rank, grade, or
rating. Also, this board will review the case of a person who is in a Reserve
component and who contends that the release from active duty should have been
honorable, rather than general (under honorable conditions).

The law requires that application be filed with the Board for Correction of
Naval Records within three years of the date of the discovery of the error or
injustice. However, the board is authorized to excuse the fact that the
application was filed at a later date, if it finds it to be in the interest of
justice to consider the application. The board is empowered to deny an
application without a hearing, if it determines that there is insufficient
evidence to indicate the existence of probable material error or injustice to
the applicant.

No application will be considered by the board until the applicant has
exhausted all other effective administrative remedies afforded by existing law
or regulations, and such other legal remedies as the board shall determine are
practical and appropriately available to the applicant.

An application to the board for the correction of a record shall not operate
as a stay of any proceedings being taken with respect to the person involved.
The board will consider the applicant's case on the basis of all the material
before it, including but not limited to:  the application for correction filed
by the applicant, any documentary evidence filed in support of such
applications, any brief submitted by or in behalf of the applicant, and all
available pertinent records in the Department of the Navy.  The applicant's
service record is but one of the records which may be considered by the board.

In cases other than denied applications, the record of proceedings of the
board will be forwarded to the Secretary of the Navy, who will direct such
actions as determined to be appropriate.

In connection with review of executed discharges by the Board for Correction
of Naval Records, there is no law or regulation which provides that an
unfavorable discharge may be changed to a more favorable discharge solely
because of the expiration of a period of time after discharge during which the
respondent's behavior has been exemplary.  To permit relief, an error or
injustice must be found to have existed during the period of the enlistment in
question and the respondent's good conduct after discharge, in and of itself,
is not sufficient to warrant changing an unfavorable discharge to a

Enclosure (1)



more favorable type of discharge.

Applications for review and explanatory matter may be obtained by writing the Board for Correction of Naval Records, Department of the Navy, Washington, DC 20370-5100.

2.   The Naval Discharge Review Board (NDRB), consisting of five members, was established pursuant to 10 U.S.C. 1553, to review, on its own motion, or upon the request of any former member of the Navy or Marine Corps, or in the case of a deceased member of the Navy or Marine Corps, upon the request of the surviving spouse, next of kin, or legal representative, or if incompetent by the member's guardian; the type and nature of final discharge to determine whether or not, under reasonable standards of naval law and discipline, the type and nature of the discharge should be changed, corrected, or modified, and if so, to decide what modification should be made.  The board may also issue a new discharge in accordance with the facts presented to it.

The NDRB may review all final separations from the naval service, irrespective of the manner evidenced or brought about, except a discharge awarded by a general court-martial, or a discharge executed more than 15 years before date of review application.  Such review is based on all available records of the Department of the Navy pertaining to the former member and such evidence as may be presented or obtained by the board.

NDRB has no authority to revoke any discharge; nor to reinstate any person in the military service subsequent to discharge; nor to recall any person to active duty; nor to waive prior disqualifying discharges to permit enlistment in the naval service or any other branch of the Armed Forces; nor to cancel enlistment contracts; nor to change the reason for discharge from or to physical disability; nor to determine eligibility for veterans benefits. Relevant and material facts germane to the former member concerned found by a general or special court-martial, or by a court of inquiry or board of investigation where the former member was in the status of a defendant or an interested party, as approved by the reviewing authorities, shall be accepted by the board as established facts in the absence of manifest error or unusual circumstances clearly justifying a different conclusion.  Relevant and material facts stated in a specification to which the former member concerned pleaded guilty before a general or special court-martial, or where, upon being confronted by such a specification, the former member elected to request discharge for the good of the service, shall be accepted by the board as established facts in the absence of manifest error or unusual circumstances clearly justifying a different conclusion, or unless the former member shall show to the board's satisfaction, or it shall otherwise appear, that arbitrary or coercive action was taken against the member at the time, which action was not apparent to the reviewing authority from the face of the record.

The evidence before the board which may be considered in connection with a particular discharge document will normally be restricted to that which is relevant and material to the former member's particular term of Marine Corps service or during that term of Marine Corps service, or at the time of separation.

To warrant a change, correction, or modification of the original document evidencing separation from the Marine Corps, the former member concerned must show to the satisfaction of the board, or it must otherwise satisfactorily appear, that the original document was improperly or inequitably issued under standards of naval law and discipline existing at the time of the former

972-724-8181                                              04:27:33 p.m.   10-16-2012        6/10



member's original separation, or under such standards differing therefrom in
the former member's favor which subsequent to separation, were made expressly
retroactive to separations of the type and character had by the former member.

In connection with review of executed discharges by the NDRB, there is no law
or regulation which provides that an unfavorable discharge may be changed to a
more favorable discharge solely because of the expiration of a period of time
after discharge during which the respondent's behavior has been exemplary.  To
permit relief, an error or injustice must be found to have existed during the
period of the enlistment in question and the respondent's good conduct after
discharge, in and of itself, is not sufficient to warrant changing an
unfavorable discharge.

Applications for review and general information may be obtained by writing to
the Naval Discharge Review Board, 801 North Randolph Street, Arlington, VA
22203-1989.

3.  Statement of the Individual

I have been advised of the purpose and procedure for making application to the
Board for Correction of Naval Records and the Naval Discharge Review Board.

I have also been advised that a discharge under other than honorable
conditions resulting from a period of continuous unauthorized absence of 180
days or more, is a conditional bar to benefits administered by the Veterans
Administration notwithstanding any action by the Naval Discharge Review Board.

_____   121016        _____   20121016
Witness Signature         Date          Marine Signature          Date

3

ORIGINAL

## AFFIDAVIT OF SERVICE

I certify that attempts to serve the Notification (dated 02 Oct 12), Acknowledgement of Rights, and BCNR/NDRB information on LCpl DANIEL A DUNN, USMCR were made as follows:

**SECTION I. SERVICE IN PERSON:**

WAS ATTEMPTED: See the attached PERSONAL RECEIPT OF NOTIFICATION OF SEPARATION PROCEEDINGS.

Address: 301 E. Regis Street Suite 1137, Lubbock, TX 79403-113

**SECTION II. SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

Date mailed:

Mailed from:

Mailed by:

Address mailed to:

IF DELIVERED, ATTACH ORIGINAL PS FORM 3800 (WHITE RECEIPT) AND PS FORM 3811 (GREEN CARD) SHOWING DELIVERY; IF NOT DELIVERED, ATTACH ENVELOPE SHOWING POSTAL STAMPS AND MARKING INDICATING REASON FOR NO DELIVERY.  IF DELIVERY NOT SUCCESSFUL, SERVE BY FIRST CLASS MAIL-SEE SECTION III.

**SECTION III.  RESULT OF SERVICE (IN PERSON OR MAIL):**

Marine DID return the Acknowledgement of Rights.

**SECTION IV.  CERTIFICATION SIGNED/SWORN BEFORE COMMISSIONED OFFICER**

Signature of person certifying information: _____
Misralyn O. Cardona

Grade: SSgt            Billet: Admin Chief

Command: I-I Staff, Lubbock TX 79403

SWORN AND SUBSCRIBED  before me on 2012/10/16

Signature of commissioned officer: _____
Eric M. Pardo

Grade: Capt            Billet: I-I

Command: I-I Staff, Lubbock TX 79403

972-724-8181

04:29:12 p.m.   10-16-2012      10/10

*ORIGINAL*



**UNITED STATES MARINE CORPS**
B D/S Motor Transport Company, Sixth Motor Transport Battalion, Fourth Marine
Logistic Group
301 E REGIS ST SUITE 1137
LUBBOCK, TX  79403-1137

IN REPLY REFER TO:
1900
SJA
02 Oct 12

From:  Lance Corporal DANIEL A. DUNN, USMCR

To:    Commanding Officer, B D/S Motor Transport Company, Sixth Motor
       Transport Battalion, Fourth Marine Logistic Group, 301 E REGIS ST SUITE
       1137, LUBBOCK, TX  79403-1137

Subj:  PERSONAL RECEIPT OF NOTIFICATION OF SEPARATION PROCEEDINGS

1.  On the __16__ day of __October__, at __1030__, I personally
received the original Notification of Separation Proceedings dated
__02 OCTOBER 2012__, and the Purpose and Scope of the BCNR and NDRB.


Signature of Marine


Witness                    12/10/16

G
(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRMARY DUTY | REMARKS |
|---|---|---|
| RECRUIT PERSONNEL SUPPORT BN RTR SAN DIEGO, CA RUC: 34022 MCC: 017 | BASIC MARINE W/ENL GUARANTEE 8011 (3) | 20100712 JOIN RUC 34022 MCC 017 RECRUIT |
| | | 20101008 TR MCC J9Y DU EDA 20101019 |
| SCHOOL OF INFANTRY (STUD PERS) CAMP PENDLETON, CA RUC: 33353 MCC: J9Y | | 20101020 JOIN RUC 33353 MCC J9Y GND ENTLEVEL STUD M92 |
| | | 20101116 TR MCC J9M DU EDA 20101117 |
| AVIATION A&C SCHOOL (STUD) PENSACOLA, FL RUC: 06050 MCC: J9M | | 20101119 JOIN RUC 06050 MCC J9M TEMINS AVNTRNG |
| | STUD | 20101122 CHPRIDU |
| | | 20110128 TR MCC JAM TEM AVNTRNG EDA 20110129 |
| CTR NAVAL AVN TECH TRNG (CNATT) (STUD PERS) VIRGINIA BEACH, VA RUC: 06116 MCC: JAM | AIRCRAFT ORDNANCE TECHNICIAN 6531 (2) | 20110130 JOIN RUC 06116 MCC JAM AVN ENTLEVEL STUD G3L |
| | STUDENT 6531 (2) | 20110201 CHPRIDU |
| | | 20110317 DROP SPD MBK2 H RE 1A ED 20110317 |
| VMFA-112 MAG-41 4THMAW FORT WORTH, TX RUC: 01130 MCC: S3C | AIRCRAFT ORDNANCE TECHNICIAN 6531 (12) | 20110318 JOIN RUC 01130 MCC S3C DU FR IADT IDT REQ 48 |
| | AVIATION ORDNANCE 6531 (12) | 20110322 CHPRIDU |
| | | 20110601 COMPL ACDUTRA 20110524 TO 20110531 TYPE D3 FLAG C |
| | | 20110607 COMPL ACDUTRA 20110601 TO 20110607 TYPE D3 FLAG C |
| | | 20110916 COMPL ACDUTRA 20110908 TO 20110916 TYPE A1 FLAG C |

| DUNN | DANIEL | A | 1068 | |
|---|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN (Last 4) | |

**NAVMC 118(3)** (REV. 5-74) (EF)
SN: 0109-LF-062-6700
(Previous editions are obsolete)

**G**
(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | 20110922 COMPL ACDUTRA 20110917 TO 20110921 TYPE A1 FLAG F |
| | | 20120313 TR RUC 01773 EDA 20120403 |
| HMLA-773 (-) MAG-49 4TH MAW ROBINS AFB GA RUC: 01773 MCC: S7F | AIRCRAFT ORDNANCE TECHNICIAN 6531 (4) | 20120314 JOIN RUC 01773 MCC S7F DU |
| | | 20120410 COMPL ACDUTRA 20120403 TO 20120410 TYPE D3 FLAG C |
| | | 20120417 COMPL ACDUTRA 20120411 TO 20120417 TYPE D3 FLAG C |
| | | 20120424 COMPL ACDUTRA 20120418 TO 20120424 TYPE D3 FLAG C |
| | | 20120429 COMPL ACDUTRA 20120425 TO 20120429 TYPE D3 FLAG F |
| | | 20120717 TR RUC 14652 EDA 20120804 |
| D/S MT CO B(-) 6TH MTBN 4TH MLG LUBBOCK, TX RUC: 14652 MCC: SY4 | AIRCRAFT ORDNANCE TECHNICIAN 6531 (2) | 20120723 JOIN RUC 14652 MCC SY4 DU |
| | MOTOR VEHICLE OPERATOR 3531 | 20120920 CHPRIDU |
| | MOTOR VECH OPR 3531 | 20120920 CHPRIDU |
| | END OF CHRONOLOGICAL RECORD | |

| DUNN | DANIEL | A | 1068 |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN (Last 4) |

**NAVMC 118(3)** (REV. 5-74) (EF)
SN: 0109-LF-062-6700
(Previous editions are obsolete)

G

## ADMINISTRATIVE REMARKS (1070)

| DATE 20100712 | DATE |
|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. |
| x _Daniel Austin Dunn_ (Signature) | (Signature) |

| DUNN, DANIEL A. | 594 96 1068 |
|---|---|
| NAME (last, first, middle) | SSN |

NAVMC 118(11) (REV. 3-82) (EF) SN: 0109-LF-062-8400 U/I: SH
PREVIOUS EDITIONS WILL BE USED

11.

G

**ADMINISTRATIVE REMARKS (1070)**

| DATE | DATE | |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. | |
| *(Signature)* | *(Signature)* | |

_____:Counseled this date concerning the following deficiencies: On 23 September 2012 you were arrested by the Lubbock Police Department for commiting the following offenses: Felony Charges (2) - retaliation and stalking; Misdemeanor Charges (2) - unlawful carrry of a weapon and public intoxication. Specific recommendations for corrective action are to insure you obey all rules, regulations, and orders under the UCMJ. Assistance is available through the chain of command. Failure to take corrective action and any further violations of the UCMJ may result in judicial or adverse administrative action, including but not limited to administrative separation. I was advised that within 5 working days after acknowledging this entry I may submit a written rebuttal which will be filed in my OMPF. I choose (to)(not to) make such a statement.

**SNM NOT AVAILABLE FOR SIGNATURE**

SNM                          CO

_____: Counseled this date concerning the following deficiencies: Commission of Serious Offense in that on 23 September 2012 you were arrested by the Lubbock Police Department for commiting the following offenses: Felony Charges (2) - retaliation and stalking; Misdemeanor Charges (2) - unlawful carrry of a weapon and public intoxication. I understand I am being processed for an "Other than Honorable" Administrative Separation. I was advised that within 5 working days after acknowledgment of this entry, a written rebuttal can be submitted and this rebuttal will be filed in my OMPF. I choose (to)(not to) make a rebuttal.

**SNM NOT AVAILABLE FOR SIGNATURE**

SNM                          CO

| DUNN, DANIEL A. | 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 |
|---|---|
| NAME (last, first, middle) | SSN |

NAMVC 118(11) (REV. 3-82) (EF)  SN: 0109-LF-062-8400  U/I: SH
PREVIOUS EDITIONS WILL BE USED





**UNITED STATES MARINE CORPS**
DIRECT SUPPORT MOTOR TRANSPORT COMPANY B (-)
6TH MOTOR TRANSPORT BATTALION, 4TH MARINE LOGISTICS GROUP
301 EAST REGIS STREET, SUITE 1137
LUBBOCK, TX 79403-1137

1900
S-1
17 Oct 12

From:   Medical Department, Direct Support Motor Transport
        Company B (-)
To:     Inspector-Instructor, Direct Support Motor Transport
        Company B(-), 6th Motor Transport Battalion, 4th Marine
        Logistics Group

Subj:   INVOLUNTARY ADMINISTRATIVE SEPERATION IN THE CASE OF
        LANCE CORPORAL DANIEL A DUNN 1068/3531 USMCR

Ref: MARADMIN 328/10

1.  Per the reference, LCpl Dunn is a member of the Selected
Marine Corps Reserve and does not have any history of combat
service or deployment. A screening of SNM's medical record has
been conducted.  Medical records indicate that there has been no
diagnosis of service or non-service related TBI or PTSD,
therefore; a medical evaluation is not required.

                        HM2(FMP) DARDEN, V.N
                V. N. DARDEN



**UNITED STATES MARINE CORPS**
DIRECT SUPPORT MOTOR TRANSPORT COMPANY B (-)
6TH MOTOR TRANSPORT BATTALION, 4TH MARINE LOGISTICS GROUP
301 EAST REGIS STREET, SUITE 1137
LUBBOCK, TEXAS 79403-1137

1900
S-1
15 Oct 12

From:  Inspector-Instructor, Direct Support Motor Transport Company B(-)
To:    Lance Corporal Daniel A. Dunn 1068/6531 USMCR

Subj:  UNSATISFACTORY PARTICIPATION IN THE SELECTIVE MARINE CORPS RESERVE

1.  This letter is a notification that you have been declared an
unsatisfactory participant in the Selective Marine Corps Reserve for the
following dates:

   a.  20121013(2), 20121014(2)

2.  You are hereby advised that should your unsatisfactory performance status
continue, you will be subject under conditions other than honorable.

   a.  Discharge from the Marine Corp Reserve with a possible
       characterization of service of under conditions other than honorable.

   b.  Administrative reduction to the next lower rank.

   c.  Termination of Reserve Montgomery GI Bill and Selective Marine Corps

   d.  Reserve Incentive Program Benefits.

   e.  Adverse conduct marks.

   f.  Derogatory comments entered into you official military personnel file.

3.  To correct your deficiencies, you must regain a satisfactory status. You
may do this through the performance of Equivalent Duty Periods. You may make
arrangements for this by reporting to the reserve center in person, calling
by phone, or writing a letter to me. These actions must be taken within 20
days from the date of this letter.

4.  You have the right and are encouraged to submit a statement on your
behalf. Your statement should include any hardship or medical problem that
you may precluded your attendance at scheduled IDT's. Any statement that you
make will be considered in determining the proper course of action.

5.  If you have any questions about this action, you may contact your Platoon
Sergeant or Staff Sergeant Cardona at (806)763-2853 ext 232 or at
misrayn.cardona@usmc.mil

M. O. CARDONA
By direction

```
TJGPR984            **** RESERVE ABSENCE 984 REMARKS ****           11/28/2012
ECUFO5 ENTER NEXT EDIPI: _____    ENTER CATG: ____   SEQ NBR: _____  14:29:58
  EDIPI: 1395439177    NAME: DUNN, DANIEL A
   RUC: 14652   COMPANY CODE: B  PRES-GRADE: E3    RECSTAT: E   COMP CODE:
                 PLT CODE: HQCO   TRNGRP: A   R-RECSTAT: O  RCOMP CODE: K4


        KILL                           TYPE     DEL FLAG    REASON   LES
  SEQ   DATE      DATE      NUMBER     CODE       CODE       CODE     CODE
  00004 201211    20121014    02       UN                    OO       N
                                          ADR  TYP-DOC#-YEAR-RUC-DPI-TTC   TCH DATE
                                          B: 1-99518-2012-14652-17-0843-20121028
                                          E: 1-99518-2012-14652-17-0843-20121028

        KILL                           TYPE     DEL FLAG    REASON   LES
  SEQ   DATE      DATE      NUMBER     CODE       CODE       CODE     CODE
  00003 201211    20121013    02       UN                    OO       N
                                          ADR  TYP-DOC#-YEAR-RUC-DPI-TTC   TCH DATE
                                          B: 1-99518-2012-14652-17-0843-20121028
                                          E: 1-99518-2012-14652-17-0843-20121028


        ********************  C O N T I N U E D   ********************
   PF1-HELP    PF3-EXIT    PF7/PF8-SCROLL BACK/FWD   PF9-TOGGLE ADR/RMK   PF12-PRINT
```

Please read the instructions before completing this form

# Servicemembers' Group Life Insurance Election and Certificate

| Use this form to  (check all that apply) | **Important**  This form is for use by Active Duty and Reserve members  This form does not apply to and cannot be used for any other Government Life Insurance |
|---|---|
| ☒ Name or update your beneficiary | |
| ☐ Reduce the amount of your insurance coverage | |
| ☐ Decline insurance coverage | |

| Last name | First name | Middle name | Rank, title or grade PVT/E-1 | Social Security Number |
|---|---|---|---|---|
| Dunn | Daniel | Austin | | 594961868 |

| Branch of Service (Do not abbreviate) UNITED STATES MARINE CORPS | Current Duty Location MARINE CORPS RECRUIT DEPOT, SAN DIEGO, CA |
|---|---|

## Amount of Insurance

By law, you are automatically insured for $400,000  *If you want $400,000 of insurance*, skip to *Beneficiary(ies) and Payment Options  If you want less than $400,000* of insurance, please check the appropriate block below and write the amount desired and your initials  Coverage is available in increments of $50,000  *If you do not want any insurance\**, check the appropriate block below and write (in your own handwriting) 'I do not want insurance at this time '
Declining SGLI coverage also cancels all family coverage and traumatic injury protection under the SGLI program

☐ I want coverage in the amount of $_____  Your initials_____

☐ _____

(Write "I do not want insurance at this time ")

*\*Note* Reduced or refused insurance can *only* be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements  Reduced or refused insurance will also affect the amount of Veterans  Group Life Insurance you can convert to upon separation from service

I HAVE BEEN COUNSELED ABOUT DESIGNATION OF UNUSUAL BENEFICIARY _____ DATE _____

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds  I understand that the principal beneficiary(ies) will receive payment upon my death  If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies)

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use % $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1 Judy Dunn 165 Lake Trail Drive Double Oak, TX, 75077 | UNDER 21 Y /(N) | Mother | 100% | Lump Sum |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| ☐ Additional Principals on page 4 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1 Rick Dunn 165 Lake Trail Drive Double Oak, TX, 75077 | UNDER 21 Y /(N) | Father | 100% | Lump Sum |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| ☐ Additional Contingents on page 4 (check if applicable) | | | | |

I HAVE READ AND UNDERSTAND the instructions on pages 2 and 3 of this form  I ALSO UNDERSTAND that

- *This form cancels any prior beneficiary or payment instructions*
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form  unless otherwise stated above
- If I have legal questions about this form  I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $400 000
- If I am married or If I get married after completing this form  *my spouse is automatically covered under Family SGLI  for which premiums will be deducted from my pay*  unless I decline Family SGLI coverage by completing SGLV 8286A  For Family SGLI premium deductions  my spouse MUST be registered in DEERS  Failure to do so will result in debts owed for unpaid premiums

| SIGN HERE IN INK ▷ *Daniel Austin Dunn* (Your signature  Do not print) | Date 20180712 |
|---|---|

| Do not write in space below  For official use only | | | |
|---|---|---|---|
| RECEIVED BY | RANK, TITLE OR GRADE GS- / E- | ORGANIZATION MCRD SAN DIEGO CA 92140 | DATE RECEIVED 20180712 |

SGLV 8286 May 2009        Copy 1 = Member's Official Personnel File        p 2

T7036SGB          ANNUAL RETIREMENT CREDIT RECORD          PAGE    1


DATE PRODUCED: 20110731 ANNIVERSARY: 20120608 CRUC: 01130  RECORD STATUS: 0
SSN: 1068  NAME: DUNN          DANIEL    A TRAINING GROUP: A
PEBD: 20100712  PRESGRD: E2  DEAF: 20100608  TSATYR: 01  TQUALSERV: 01-00-00

INACTIVE DUTY................................. ACTIVE DUTY.................
TYPE    DATE    POINTS TYPE    DATE    POINTS TYPE  INCLUSIVE DAYS  POINTS
P-REG   20110415 001  P-REG   20110416 002  P-D3 20110524-20110531  008
P-REG   20110417 002  P-REG   20110521 002  P-D3 20110601-20110607  007
P-REG   20110522 002

--------------------------------COMPLETED----------------------------------
THE SUMMARY TOTALS MAY NOT EQUAL THE SUM OF THE POINTS LISTED ABOVE DUE TO
ADJUSTMENTS MADE DURING THE ANNIVERSARY PERIOD
                    SUMMARY


INACTIVE DUTY POINTS CORRES...... 000  ACTIVE DUTY POINTS PAID.......... 264
INACTIVE DUTY POINTS PAID........ 009  ACTIVE DUTY POINTS NON-PAID...... 000
INACTIVE DUTY POINTS NON-PAID.... 000  TOTAL ACTIVE DUTY POINTS......... 264
MEMBERSHIP POINTS................ 15  TOTAL POINTS CREDIT THIS YEAR.... 288
FUNERAL HONORS DUTY............. 000  SATISFACTORY YEAR................ YES
TOTAL INACTIVE DUTY POINTS....... 0024
INACTIVE DUTY POINTS CREDIT-130MAX 024 (MAX DOES NOT INCLUDE FHD)
INACTIVE DUTY POINTS PAID CURRENT FISCAL YEAR TO DATE RECORD PRODUCED.... 013


CERTIFICATION:

AUDIT DATE:_____ MEMBER:_____ UNIT:_____

T7036SGB          ANNUAL RETIREMENT CREDIT RECORD          PAGE   1

DATE PRODUCED: 20120731 ANNIVERSARY: 20130608 CRUC: 14652 RECORD STATUS: 0
SSN: 1068 NAME: DUNN          DANIEL   A TRAINING GROUP: A
PEBD: 20100712 PRESGRD: E3   DEAF: 20100608 TSATYR: 02 TQUALSERV: 02-00-00

INACTIVE  DUTY................................ ACTIVE  DUTY................

| TYPE | DATE | POINTS | TYPE | DATE | POINTS | TYPE | INCLUSIVE DAYS | POINTS |
|------|------|--------|------|------|--------|------|----------------|--------|
| P-REG | 20110716 | 002 | P-REG | 20110717 | 002 | P-A1 | 20110908-20110916 | 009 |
| P-REG | 20110819 | 001 | P-REG | 20110820 | 002 | P-A1 | 20110917-20110921 | 005 |
| P-REG | 20110821 | 002 | P-REG | 20111015 | 002 | P-D3 | 20120403-20120410 | 008 |
| P-REG | 20111016 | 002 | P-REG | 20111104 | 001 | P-D3 | 20120411-20120417 | 007 |
| P-REG | 20111105 | 002 | P-REG | 20111106 | 001 | P-D3 | 20120418-20120424 | 007 |
| P-REG | 20120121 | 002 | P-REG | 20120122 | 002 | P-D3 | 20120425-20120429 | 005 |
| P-REG | 20120210 | 001 | P-REG | 20120211 | 002 | | | |
| P-REG | 20120212 | 002 | P-REG | 20120519 | 002 | | | |

---------------------------------COMPLETED---------------------------------
THE SUMMARY TOTALS MAY NOT EQUAL THE SUM OF THE POINTS LISTED ABOVE DUE TO
ADJUSTMENTS MADE DURING THE ANNIVERSARY PERIOD
                    SUMMARY


INACTIVE DUTY POINTS CORRES...... 003 ACTIVE DUTY POINTS PAID..........   041
INACTIVE DUTY POINTS PAID........ 028 ACTIVE DUTY POINTS NON-PAID......   000
INACTIVE DUTY POINTS NON-PAID.... 000 TOTAL ACTIVE DUTY POINTS.........   041
MEMBERSHIP POINTS................   15 TOTAL POINTS CREDIT THIS YEAR....   087
FUNERAL HONORS DUTY............. 000 SATISFACTORY YEAR................   YES
TOTAL INACTIVE DUTY POINTS....... 0046
INACTIVE DUTY POINTS CREDIT-130MAX 046 (MAX DOES NOT INCLUDE FHD)
INACTIVE DUTY POINTS PAID CURRENT FISCAL YEAR TO DATE RECORD PRODUCED....   031


CERTIFICATION:

AUDIT DATE:_____   MEMBER:_____   UNIT:_____



## ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 5540, 8252, 8253, 8257, 8258, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME *(Last, First, Middle)*<br>DUNN<br><br>DANIEL AUSTIN | 2. SOCIAL SECURITY NUMBER<br>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 | | | |
|---|---|---|---|---|
| 3. HOME OF RECORD *(Street, City, County, State, Country, ZIP Code)*<br>165 LAKE TRAIL DR, DOUBLE OAK,<br>(DENTON), TX, US, 75077 | 4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil. Installation, City, State)*<br>DALLAS MEPS<br>DALLAS, TX 75202-4709 | | | |

| 5. DATE OF ENLISTMENT/<br>REENLISTMENT *(YYYYMMDD)* | 6. DATE OF BIRTH *(YYYYMMDD)* | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 20100608 | 19900330 | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States *(list branch of service)*  **MARINE CORPS RESERVE**
this date for _____ **8** _____ years and _____ **0** _____ weeks beginning in pay grade _____ **E-1** _____ of which
_____ **0** _____ years and _____ **0** _____ weeks is considered an Active Duty Obligation, and _____ **6** _____ years and
_____ **0** _____ weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) *(list name of Annex(es) and describe)*
**AB** _____

a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the United States *(list branch of service)* _____ for a period not to exceed
365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I WILL be ordered to active duty unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* _____
for enlistment in the Regular component of the United States *(list branch of service)* _____
for not less than _____ years and _____ weeks.

b. REMARKS: *(If none, so state.)*  **NONE**

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
*(Initials of Enlistee/Reenlistee)*  **Biometrically Signed**

*(Continued on Page 2)*

**DD FORM 4/1, OCT 2007**          PREVIOUS EDITION IS OBSOLETE.

| NAME OF ENLISTEE/REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| DUNN DANIEL AUSTIN | 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 |

### D. CERTIFICATION AND ACCEPTANCE

13a.  My acceptance for enlistment is based on the information I have given in my application for enlistment.  If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I certify that I have carefully read this document, including the partial statement of existing United States laws in Section C and how they may affect this agreement.  Any questions I had were explained to my satisfaction.  I fully understand that only those agreements in Section B and Section C of this document or recorded on the attached annex(es) will be honored.  I also understand that any other promises or guarantees made to me by anyone that are not set forth in Section B or the attached annex(es) are not effective and will not be honored.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED (YYYYMMDD) |
|---|---|
| Biometrically Signed | 20100608 16:11:46 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**
a. On behalf of the United States (list branch of service)  MARINE CORPS                                        ,
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| KOLENC MICHAEL J | E-7 | USMC RS STATION FORT WORTH |
| **e. SIGNATURE** | **f. DATE SIGNED** (YYYYMMDD) | **g. UNIT/COMMAND ADDRESS** (City, State, ZIP Code) |
| Biometrically Signed | 20100608 16:11:46 | PANTEGO TX 76133 |

### E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
    I, <u>DANIEL AUSTIN DUNN</u>                                         , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
    I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
    I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____ , _____
in the _____ National Guard and as a Reserve of the United States (list branch of service) _____
                                                                              with membership in the _____
National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18.a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED (YYYYMMDD) |
|---|---|
| Biometrically Signed | 20100608 16:41:54 |

**19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION**
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| WHITE ANDREW E | O-3 | DALLAS MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED** (YYYYMMDD) | **g. UNIT/COMMAND ADDRESS** (City, State, ZIP Code) |
| Biometrically Signed | 20100608 16:41:54 | DALLAS TX 75202-0000 |

(Initials of Enlistee/Reenlistee)  Biometrically Signed

**DD FORM 4/2, OCT 2007**          PREVIOUS EDITION IS OBSOLETE.



CMC (MMSB-20)

## RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES
*(Read Privacy Act Statement and Instructions on back before completing this form.)*

OMB No. 0704-0173
OMB approval expires
Mar 31, 2010

The public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services Directorate (0704-0173). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR  FORM TO THE ABOVE ORGANIZATION.**

| A. SERVICE PROCESSING FOR | B. PRIOR SERVICE: | C. SELECTIVE SERVICE CLASSIFICATION | D. SELECTIVE SERVICE REGISTRATION NO. |
|---|---|---|---|
| DMV | YES  [X] NO — NUMBER OF DAYS: 0 | | |

### SECTION I - PERSONAL DATA

| 1. SOCIAL SECURITY NUMBER | 2. NAME *(Last, First, Middle Name (and Maiden, if any), Jr., Sr., etc.)* |
|---|---|
| 5 9 4 — 9 6 — 1 0 6 8 | Dunn, Daniel Austin |

**3. CURRENT ADDRESS** *(Street, City, County, State, Country, ZIP Code)*
DOUBLE OAK
165 Lake Trail Dr.
DENTON    TX    UNITED STATES 75077

**4. HOME OF RECORD ADDRESS** *(Street, City, County, State, Country, ZIP Code)*
DOUBLE OAK
165 Lake Trail Dr
DENTON    TX    UNITED STATES    75077

**5. CITIZENSHIP** *(X one)*
[X] a. U.S. AT BIRTH *(If this box is marked, also X (1) or (2))*
  [X] (1) NATIVE BORN    (2) BORN ABROAD OF U.S. PARENT(S)
b. U.S. NATURALIZED    ALIEN REGISTRATION NUMBER *(if issued)*
c. U.S. NON-CITIZEN NATIONAL
d. IMMIGRANT ALIEN *(Specify)*
e. NON-IMMIGRANT FOREIGN NATIONAL *(Specify)*

**6. SEX** *(X one)*
a. MALE
b. FEMALE

**7.a. RACIAL CATEGORY** *(X one or more)*
(1) AMERICAN INDIAN/ ALASKA NATIVE
(2) ASIAN
(3) BLACK OR AFRICAN AMERICAN
(4) NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER
X (5) WHITE

**7.b. ETHNIC CATEGORY**
(1) HISPANIC OR LATINO
X (2) NOT HISPANIC OR LATINO

**8. MARITAL STATUS** *(Specify)*
Single

**9. NUMBER OF DEPENDENTS**
0

| 10. DATE OF BIRTH *(YYYYMMDD)* | 11. RELIGIOUS PREFERENCE *(Optional)* | 12. EDUCATION *(Yrs/Highest Ed Gr Completed)* | 13. PROFICIENT IN FOREIGN LANGUAGE *(If Yes, specify. If No, enter NONE.)* | 1st | 2nd |
|---|---|---|---|---|---|
| | BAPTIST | 12    L | NONE | | |

**14. VALID DRIVER'S LICENSE** *(X one)* [X] YES  NO
*(If Yes, list State, number, and expiration date)*
TX    24072229    20120330

**15. PLACE OF BIRTH** *(City, State and Country)*
MIAMI    FL    UNITED STATES

### SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES
*(FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - Go on to Page 2, Question 20.)*

**16. APTITUDE TEST RESULTS**

| a. TEST ID | b. TEST SCORES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O7E | AFQT PERCENTILE 8 | 3 | GS 6 12 | AR 6 4 | WK 5 8 | PC 6 4 | MK 5 15 | EI 5 7 | AS 5 7 | MC 6 13 | AO 5 19 | VE 6 1 |

**17. DEP ENLISTMENT DATA**

| a. DATE OF ENLISTMENT - DEP *(YYYYMMDD)* | b. PROJ ACTIVE DUTY DATE *(YYYYMMDD)* | c. ES | d. RECRUITER IDENTIFICATION | | e. STN ID | | f. PEF |
|---|---|---|---|---|---|---|---|
| | | | 4 6 4 7 7 0 2 | 5 9 9 6 4 | L E | | |

| g. T-E MOS/AFS | h. WAIVER (2) (1) | (3) | (4) | (5) | (6) | i. PAY GRADE | j. SVC ANNEX CODES | k. MSO *(YYWW)* | l. AD OBLIGA-TION *(YYWW)* |
|---|---|---|---|---|---|---|---|---|---|

**18. ACCESSION DATA**

| a. DATE OF ENLISTMENT *(YYYYMMDD)* | b. ACTIVE DUTY SERVICE DATE *(YYYYMMDD)* | c. PAY ENTRY DATE *(YYYYMMDD)* | d. MSO *(YYWW)* | e. ADIRC OBLIGATION *(YYMMWWDD)* |
|---|---|---|---|---|
| 2 0 1 0 0 6 0 8 | 2 0 1 0 0 7 1 2 | 2 0 1 0 0 7 1 2 | 0 8 0 0 | 6 0 0 0 0 0 |

| f. WAIVER (2) (3) (4) (5) (6) | g. PAY GRADE | h. DATE OF GRADE *(YYYYMMDD)* | i. ES | j. YRS/HIGHEST ED GR COMPL |
|---|---|---|---|---|
| Y Y Y Y Y Y Y Y Y Y Y Y | E 0 1 | 2 0 1 0 0 7 1 2 | | 1 2 L |

| k. RECRUITER IDENTIFICATION | l. STN ID | m. PEF | n. T-E MOS/AFS | o. PMOS/AFS | p. YOUTH | q. OA | r. STATE GUARD |
|---|---|---|---|---|---|---|---|
| 4 6 4 7 7 0 2 5 9 9 6 4 | L E | Z Y | 8 0 1 1 1 | 0 1 1 05EP% | Y Y 0 Y Y | | |

| s. SVC ANNEX CODES | t. REPLACES ANNEXES | u. TRANSFER TO *(UIC)* |
|---|---|---|
| AIR | | S 1 M 3 |

**19. SERVICE REQUIRED CODES**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 4 | 9 | 6 | 4 | 0 | 1 | 3 | 5 | A | A | A | 2 | L | 3 | 9 | M | 3 | | | | | | | |
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
| 2 | 9 | | 1 | 2 | 2 | | 7 | 7 | | 2 | 4 | | | | | | | | | | | | | |
| 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 |
| 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 |

**DD FORM 1966/1, MAR 2007**    PREVIOUS EDITION IS OBSOLETE.    Adobe LiveCycle Designer

| 20. NAME (Last, First, Middle Initial) | | | | 21. SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|
| Dunn, Daniel Austin | | | | 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 | |

## SECTION III - OTHER PERSONAL DATA

**22. EDUCATION**

a. List all high schools and colleges attended. (List dates in YYYYMM format.)

| (1) FROM | (2) TO | (3) NAME OF SCHOOL | (4) LOCATION | (5) GRADUATE YES | NO |
|---|---|---|---|---|---|
| 200408 | 200806 | MARCUS HS | TX          FLOWER MOUND | X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | YES | NO |
|---|---|---|
| b. Have you ever been enrolled in ROTC, Junior ROTC, Sea Cadet Program or Civil Air Patrol? | | X |

**23. MARITAL/DEPENDENCY STATUS AND FAMILY DATA** (If "Yes," explain in Section VI, "Remarks.")

| | | |
|---|---|---|
| a. Is anyone dependent upon you for support? | | X |
| b. Is there any court order or judgment in effect that directs you to provide alimony or support for children? | | X |
| c. Do you have an immediate relative (father, mother, brother, or sister) who: (1) is now a prisoner of war or is missing in action (MIA); or (2) died or became 100% permanently disabled while serving in the Armed Services? | | X |
| d. Are you the only living child in your immediate family? | | X |

**24. PREVIOUS MILITARY SERVICE OR EMPLOYMENT WITH THE U.S. GOVERNMENT** (If "Yes," explain in Section VI, "Remarks.")

| | | |
|---|---|---|
| a. Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or Air National Guard? | | X |
| b. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | X |
| c. Are you now or have you ever been a deserter from any branch of the Armed Forces of the United States? | | X |
| d. Have you ever been employed by the United States Government? | | X |
| e. Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from any agency of the government of the United States? | | X |

**25. ABILITY TO PERFORM MILITARY DUTIES** (If "Yes," explain in Section VI, "Remarks.")

| | | |
|---|---|---|
| a. Are you now or have you ever been a conscientious objector?  (That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious belief or training?) | | X |
| b. Have you ever been discharged by any branch of the Armed Forces of the United States for reasons pertaining to being a conscientious objector? | | X |
| c. Is there anything which would preclude you from performing military duties or participating in military activities whenever necessary (i.e., do you have any personal restrictions or religious practices which would restrict your availability)? | | X |

| 26. DRUG USE AND ABUSE (If "Yes," explain in Section VI, "Remarks.") Have you ever tried, used, sold, supplied, or possessed any narcotic (to include heroin or cocaine), depressant (to include quaaludes), stimulant, hallucinogen (to include LSD or PCP), or cannabis (to include marijuana or hashish), or any mind-altering substance (to include glue or paint), or anabolic steroid, except as prescribed by a licenced physician? | REFER DASF | TO |
|---|---|---|

DD FORM 1966/2, MAR 2007    Page 2

| 27. NAME (Last, First, Middle Initial) | 28. SOCIAL SECURITY NUMBER |
|---|---|
| Dunn, Daniel Austin | 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 |

## SECTION IV - CERTIFICATION

**29. CERTIFICATION OF APPLICANT** (Your signature in this block must be witnessed by your recruiter.)

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document; that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. SIGNATURE | d. DATE SIGNED (YYYYMMDD) |
|---|---|---|
| Dunn, Daniel Austin | | 20100524 |

**30. DATA VERIFICATION BY RECRUITER** (Enter description of the actual documents used to verify the following items.)

| a. NAME (X one) | | b. AGE (X one) | | c. CITIZENSHIP (X one) | |
|---|---|---|---|---|---|
| X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE |
| | (2) OTHER (Explain) | | (2) OTHER (Explain) | | (2) OTHER (Explain) |
| **d. SOCIAL SECURITY NUMBER (SSN) (X one)** | | **e. EDUCATION (X one)** | | **f. OTHER DOCUMENTS USED** | |
| X | (1) SSN CARD | X | (1) DIPLOMA | | |
| | (2) OTHER (Explain) | | (2) OTHER (Explain) | | |

**31. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand that liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED (YYYYMMDD) |
|---|---|---|---|---|
| Ragan, Joshua Kyle | E5 | 464770259 | | 20100524 |

**32. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Completed by Guidance Counselor, MEPS Liaison NCO, etc., as specified by sponsoring service.) (Use clear text English.)

K4 6×2 REOP 0151- Administrative Clerk        SEE 34        QSN: 20100 712

| | c. APPLICANT'S INITIALS |
|---|---|
| b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 32a. above and annexes attached to my Enlistment/Reenlistment Document (DD Form 4). | AD |

**33. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed the information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States (Enter Branch of Service) **Marine Corps** and certify that I have not made any promises or guarantees other than those listed in Item 32a. above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial) | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED (YYYYMMDD) |
|---|---|---|---|---|
| GYSGT KOLENC, M.J. | E7 | X-1308 | | 20100608 |

## SECTION V - RECERTIFICATION

**34. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document on this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 34" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| *18 o | 6531 |
| *18 u | 6531 |
| *32 a | K4 6×2 REOP 6531 Aircraft Ordance Technician |
| | |
| | |
| | |

| d. APPLICANT | | e. WITNESS | | |
|---|---|---|---|---|
| (1) SIGNATURE | (2) DATE SIGNED (YYYYMMDD) | (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) RANK/ GRADE | (3) SIGNATURE |
| Daniel Austin Dunn | 20100712 | GySgt SCHOMERS M.J. | | |

**DD FORM 1966/3, MAR 2007**                                                                                   Page 3

| 35. NAME (Last, First, Middle Initial)<br>Dunn, Daniel Austin | 36. SOCIAL SECURITY NUMBER<br>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 |
|---|---|

## SECTION VI - REMARKS
*(Specify item(s) being continued by item number.  Continue on separate pages if necessary.)*

LEVEL WAIVER APPROVED ON

WAIVER #

MEPS LIAISON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PARTIAL IST PREPARED ON | PARTIAL IST PREPARED ON |
|---|---|
| PU/HANG        CRUNCHES | PU/HANG        CRUNCHES |
| MEPS LIAISON | MEPS LIAISON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"I HAVE REVIEWED THIS ENLISTMENT PACKAGE FOR ACCURACY AND COMPLETENESS. I FIND THE APPLICANT QUALIFIED FOR PROCESSING AND ENLISTMENT INTO THE UNITED STATES MARINE CORPS."

Authority to enlist/ship granted by

E-RS , 630470 , DAE
Waiver Type    Waiver Control #   Waiver Code

SNCOIC

Authority to enlist/ship granted by

E-RS , 630490 , FBE
Waiver Type   Waiver Control #   Waiver Code

Authority to enlist/ship granted by

E-RS , 630472 , DCE
Waiver Type    Waiver Control #   Waiver Code

Applicant qualified IAW Maradmin 029/10 & Frost Call 008-10.

Reserve Interview Conducted on 20100708.

| Add Remark | DD FORM 1966/5<br>ATTACHED? (X one) | YES | |
|---|---|---|---|
| | | NO | X |

## SECTION VII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**37. NAME CHANGE.**
If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| | |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of _____ by which I am known in the community as a matter of convenience and with no criminal intent. I further state that I am the same person as the person whose name is shown in Item 2.

**d.  APPLICANT**

| (1) SIGNATURE | (2) DATE SIGNED<br>(YYYYMMDD) |
|---|---|
| | |

**e. WITNESS**

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) PAY GRADE | (3) SIGNATURE |
|---|---|---|
| | | |

**DD FORM 1966/4, MAR 2007**

Page 4