| 27. NAME (Last, First, Middle Initial)<br>Dunn, Daniel Austin | 28. SOCIAL SECURITY NUMBER<br>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 |
|---|---|

## SECTION IV - CERTIFICATION

**29. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document; that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial)<br>Dunn, Daniel Austin | c. SIGNATURE | d. DATE SIGNED (YYYYMMDD)<br>20100524 |
|---|---|---|

**30. DATA VERIFICATION BY RECRUITER** (Enter description of the actual documents used to verify the following items.)

| a. NAME (X one) | | b. AGE (X one) | | c. CITIZENSHIP (X one) | |
|---|---|---|---|---|---|
| X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE |
| | (2) OTHER (Explain) | | (2) OTHER (Explain) | | (2) OTHER (Explain) |
| **d. SOCIAL SECURITY NUMBER (SSN) (X one)** | | **e. EDUCATION (X one)** | | **f. OTHER DOCUMENTS USED** | |
| X | (1) SSN CARD | X | (1) DIPLOMA | | |
| | (2) OTHER (Explain) | | (2) OTHER (Explain) | | |

**31. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial)<br>Ragan, Joshua Kyle | c. PAY GRADE<br>E5 | d. RECRUITER I.D.<br>464770259 | e. SIGNATURE | f. DATE SIGNED (YYYYMMDD)<br>20100524 |
|---|---|---|---|---|

**32. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Completed by Guidance Counselor, MEPS Liaison NCO, etc., as specified by sponsoring service.) (Use clear text English.)

K4 6x2 REOP 0151- Administrative Clerk    SEE 34.    QSN: 20100 712

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 32.a. above and annexes attached to my Enlistment/Reenlistment Document (DD Form 4).

c. APPLICANT'S INITIALS

**33. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States (Enter Branch of Service)

Marine Corps    and certify that I have not made any promises or guarantees other than those listed in Item 32.a.

above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME (Last, First, Middle Initial)<br>GYSGT KOLENC, M.J. | c. PAY GRADE<br>E7 | d. RECRUITER I.D. OR ORGANIZATION<br>X-1308 | e. SIGNATURE | f. DATE SIGNED (YYYYMMDD)<br>20100608 |
|---|---|---|---|---|

## SECTION V - RECERTIFICATION

**34. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 34" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| #18 o | 05 6531 |
| #18 u | 53B |
| #32 a | K4 6x2 REOP 6531 Aircraft Ordance Technician |
| | |
| | |
| | |

| d. APPLICANT | | e. WITNESS | | |
|---|---|---|---|---|
| (1) SIGNATURE | (2) DATE SIGNED (YYYYMMDD)<br>20100712 | (1) TYPED OR PRINTED NAME (Last, First, Middle Initial)<br>GySgt SCHOMERS, M.J. | (2) RANK/ GRADE | (3) SIGNATURE |

**DD FORM 1966/3, MAR 2007**

Page 3

3

| 35. NAME (Last, First, Middle Initial)<br>Dunn, Daniel Austin | 36. SOCIAL SECURITY NUMBER<br>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 |
|---|---|

## SECTION VI - REMARKS
(Specify item(s) being continued by item number.  Continue on separate pages if necessary.)

LEVEL WAIVER APPROVED ON

WAIVER #

_____
            MEPS LIAISON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PARTIAL IST PREPARED ON | PARTIAL IST PREPARED ON |
|---|---|
| PU/HANG      CRUNCHES | PU/HANG      CRUNCHES |
| _____<br>          MEPS LIAISON | _____<br>          MEPS LIAISON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"I HAVE REVIEWED THIS ENLISTMENT PACKAGE FOR ACCURACY AND COMPLETENESS.  I FIND THE APPLICANT QUALIFIED FOR PROCESSING AND ENLISTMENT INTO THE UNITED STATES MARINE CORPS."

SNCOIC

Authority to enlist/ship granted by

E-RS , 630470 , DAE
Waiver Type   Waiver Control #   Waiver Code

Authority to enlist/ship granted by

E-RS , 630490 , FBE
Waiver Type   Waiver Control #   Waiver Code

Authority to enlist/ship granted by

E-RS , 630472 , DCE
Waiver Type   Waiver Control #   Waiver Code

Applicant qualified IAW Maradmin 029/10 + Frost Call 008-10.

Reserve Interview Conducted on 20100708 .

| Add Remark | DD FORM 1966/5<br>ATTACHED? (X one) | YES |
|---|---|---|
| | | NO  X |

## SECTION VII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

**37. NAME CHANGE.**
  If the preferred enlistment name (name given in Item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

| a. NAME AS SHOWN ON BIRTH CERTIFICATE | b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD |
|---|---|
| | |

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of
_____ by which I am known in the community as a matter of convenience
and with no criminal intent.  I further state that I am the same person as the person whose name is shown in Item 2.

| d.  APPLICANT | |
|---|---|
| (1) SIGNATURE | (2) DATE SIGNED<br>(YYYYMMDD) |

| e.  WITNESS | | |
|---|---|---|
| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) PAY GRADE | (3) SIGNATURE |

DD FORM 1966/4, MAR 2007                                                                                  Page 4

ANNEX B

## STATEMENT OF UNDERSTANDING
### NO MISTAKES are permitted on this document

| APPLICANT | The applicant must fill out Blocks 1 through 31 (Blocks 1, 4, 4a, are excluded) in their own handwriting, initial each item to indicate understanding, and sign and date the agreement accordingly. Ensure you receive a copy of this document. |
|---|---|
| MEPS LN/ NCOIC | a) Certify the proper explanation of the agreement to the applicant, b) Certify applicant qualification, c) Certify that OPS MCRISS personnel have assigned a program in MCRISS, d) Ensure the applicant is given and parent/guardian, as applicable, a copy of this agreement at the time of completion. |

| NAME | 1 Last DUNN | 1a First DANIEL | 1b MI A | 1c SSN: XXX-XX-1068 | 1d Date 20100629 |

## AGREEMENT

| 2 | I understand that this statement of understanding represents the total agreement, and supersedes any other previous agreements, between myself and the United States Marine Corps concerning enlistment guarantees stated within. | 2a Initials DAD |
|---|---|---|
| 3 | I understand that I am enlisting in the Selected Marine Corps Reserve in the below stated enlistment incentive program listed in Para 4, and can be assigned and trained to serve in the MOS listed in the Occupational Field(s) specified in Para 4b below.  I have had the opportunity to review the MOS listed under this option and acknowledge THE SPECIFIC MOS is guaranteed to me under this enlistment option. | 3a DAD |

## MARINE CORPS RESERVE OPTIONAL ENLISTMENT PROGRAM (ROEP)

| Program Code: | | Program Description | Military Occupational Field(s) in Option |
|---|---|---|---|
| 4 **ZY** | 4a | **ROEP** | 4b MOS: 6531    SHORT TITLE: AIRCRAFT ORDNANCE TECHNICIAN<br>RUC: 01130<br>CITY/STATE: FORT WORTH , TX |

## INACTIVE DUTY TRAINING (IDT) TRAINING OBLIGATIONS

| 5a | I understand that I am enlisting in the Marine Corps Reserve, Reserve Optional Enlistment Program (ROEP) for a period of EIGHT (8) YEARS:  I understand that for the next ~~FOUR (4) YEARS [K0]~~ ~~[ SIX (6) YEARS (K0)]~~ (line out non applicable years, then circle  applicable years & initial selection) following assignment to Initial Active Duty Training (IADT) will be required to satisfactorily participate in drills. Satisfactory participation consists of attendance at and satisfactory performances of 48 scheduled Inactive Duty Training (IDT) periods (usually 1 weekend per month) and not less than 14 days (exclusive of travel time) of Active Duty Training (ADT) during each year of my contract.  My remaining obligation will be in an Individual Ready Reserve (IRR) status. | 5a Initials DAD |
|---|---|---|
| 5b | I will be required to attend IDT and ADT periods as prescribed, and I understand that failure to do so may result in my being ordered to active duty by the Commandant of the Marine Corps for a period of 2 years, less any period of active duty or ADT I may have already served.  I also understand that my failure to attend IDT and ADT periods could result in a less than honorable discharge.  I understand that while in the SMCR (IDT status), I will not be excused from ADT for the purpose of attending college. | 5b DAD |
| 6 | I acknowledge that the location of my Reserve Unit in block 4b is correct. | 6a DAD |
| 7 | I must request a waiver from the Commanding Officer/Site Commander of my initial Reserve Unit in order to transfer to a different unit prior to completing six consecutive months of IDT's at my initial Reserve Unit. | 7a DAD |
| 8 | I will report to my initial Reserve Unit for scheduled IDT's on the dates and at the times I am ordered to report. | 8a DAD |
| 9 | I must keep my Commanding Officer/Site Commander informed of my current address and phone number at all times. | 9a DAD |
| 10 | If I change my place of domicile, I must join another Marine Reserve unit located within the standard 100-mile radius from my new domicile . | 10a DAD |
| 11 | I realize that during the periods of ADT and during all my scheduled IDT drill periods, I will be subjected to the same disciplinary control and regulations as a member of the  Regular Marine Corps. | 11a DAD |
| 12 | I understand that I am expected to maintain the required acceptable standards of dress, hygiene, attitude, decorum, and effort during IDT and ADT periods. | 12a DAD |
| 13 | I was briefed on my future Reserve Unit by the Inspector-Instructor/Commanding Officer/Site Commander or by a command representative (Circle one).  Date Interview was conducted (see page 1966/4 for interview date): 20100708 | 13a DAD |

## INDIVIDUAL READY RESERVE (IRR) AND RECALL OBLIGATIONS

| 14 | I understand that I am eligible, upon request, for transfer from the SMCR (IDT status) to the IRR following satisfactory completion of  my ROEP 4 x 4 or 6 x 2 commitment, which commences on the date of departure from IADT . | 14a DAD |
|---|---|---|
| 15 | I realize that I will be liable for involuntary recall to active duty in case of national emergency declared by the President of the United States and I may be ordered to active duty (other than for training) for not more than 24 consecutive months.  Further, in time of national emergency or war declared by Congress, or when otherwise authorized by law, I may be ordered to active duty (other than training) for the duration of the national emergency or war and for 6 months thereafter. | 15a DAD |

## APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

I understand I must fill out this document truthfully and completely. I further understand that failure to complete any part of this form disqualifies me for a clearance and the incentive program. Finally, I understand that ANY promises made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| SIGNATURE | 16 Daniel Austin Dunn | 16a Date 100629 |
|---|---|---|
| PRINT NAME | 17 Print Name As It Appears in the Signature Block Above  Daniel Austin Dunn | |



# ANNEX B

## MARINE CORPS RESERVE OPTIONAL ENLISTMENT PROGRAM (ROEP) (Page 2)

| NAME | 1 | LAST DUNN | 1b FIRST DANIEL | 1b MI A | 1c SSN XXX-XX- 1068 | 1d | Date 20100629 |
|---|---|---|---|---|---|---|---|

### INITIAL TRAINING

| | | | |
|---|---|---|---|
| 18 | I understand that will be assigned to Marine Corps Recruit Depot training, Marine Corps Combat Training (MCT), and Military Occupational Specialty (MOS) formal schooling within 365 days of enlistment. | 18a | DAD |
| 19 | I will attend Marine Corps Recruit Depot training first, followed by MCT, and then my MOS formal school. | 19a | DAD |
| 20 | I understand that following Marine Corps Recruit Depot training, I may receive up to 10 days leave before commencing MCT and MOS formal schooling. The length of my leave may vary, dependent upon coordination of training phases. | 20a | DAD |
| 21 | The MOS for which I am enlisting for in block4b has been described to me, and I understand its prerequisite qualifications. | 21a | DAD |
| 22 | I also realize that after completion of my IADT period that the Marine Corps may assign me to a billet which involves responsibilities quite different from those for which I may receive training in the MOS designated above in block4b. | 22a | DAD |
| 23 | I understand that during IADT period of less than three months, I will not be eligible to start Electronic Funds Transfer (EFT) allotment for any financial reason. | 23a | DAD |
| 24 | I understand that during the IADT, I will be entitled only to pay and allowances which accrue while on IADT. I will not be eligible to receive any special payments or bonuses prior to completion of my initial training. | 24a | DAD |
| 25 | I realize that if I am disqualified from assignment to a billet requiring this MOS after enlistment, due to discovery of fraudulent enlistment, serious breach of discipline, punishment under the Uniform Code of Military Justice, failure to master the training, or by my failure to maintain necessary qualifications for my MOS, I may be discharged or reassigned another MOS which serves the needs and convenience of the Marine Corps. | 25a | DAD |

### INCENTIVES AND BONUSES

| | | | |
|---|---|---|---|
| 26 | I realize that I am only eligible for the Montgomery G.I. Bill Selected Reserve (MGIB-SR) entitlements (which provides for educational assistance) if I have agreed to serve at least 6 years (K4) in the SMCR (IDT status). | 26a | DAD |
| 27 | I understand that I am not eligible for the Command Recruiter Program and the Permissive Recruiter Assistant Program(PRASP). | 27a | DAD |
| 28 | I understand that there are no monetary promises being made to me in this Statement Of Understanding (SOU). Any monetary promises will be contained in a separate Statement of Understanding (SOU) entitled Z7 SRIP or Z8 Education Kicker. | 28a | DAD |
| 29 | I certify that I am NOT on the Incremental Initial Active Duty (IIADT or 92 DAY SPLIT Training ) program. | 29a | DAD |

### APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

This Statement of Understanding and my Application for Enlistment constitutes the entirety of my enlistment agreement with the Marine Corps. I realize that this "Statement of Understanding" will become an attachment to my enlistment contract. I understand that my subsequent changes to this agreement, as required by Executive Order, law, or other regulations, will have the same force and effect as the provisions contained herein. I certify that I have read and understand my duties, responsibilities, and obligations to the Marine Corps and , in consideration for the benefits I hope to derive from my enlistment agree to the terms outlined above. Finally, I understand that ANY promises made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| SIGNATURE | 30 | Daniel Austin Dunn | | Date 100629 |
|---|---|---|---|---|
| PRINT NAME | 31 | Daniel Austin Dunn | | |

### MEPS LIAISON CERTIFICATION

I understand that I am responsible for ensuring the applicant fully understands this Reserve Optional Enlistment Program (ROEP) SOU. I further acknowledge that as the MEPS Liaison I have screened this applicant for the program and is fully qualified IAW MCO 1130.53_ Encl 6 & Para 5 above, or a MCRC level Enlistment Incentive Option Criteria Waiver has been approved in MCRISS, and a valid MCROC program in MCRISS. Lastly, I have ensured that no other promises (written or verbal) have been made to this applicant other than that stated here in the SOU.

| PRINT NAME | 32 | LAST Shomers | 32a FIRST Michael | 32b MI J. | 32c SSN XXX-XX- 3223 | |
|---|---|---|---|---|---|---|
| SIGNATURE | 33 | | | | | Date 100629 |
| QUOTA SEQUENCE NUMBER | 34 | Quota Sequence Number Assigned (QSN) 201006761 | | 34a Name and Billet of person providing QSN Msgt. Comeaux OPS Chief | | |

STATEMENT OF UNDERSTANDING

MARINE CORPS POLICY CONCERNING ILLEGAL USE OF DRUGS

1.   Purpose.   The purpose of this document is to make sure that you completely understand the Marine Corps Policy on the illegal use of drugs.

2.   Policy.   The illegal distribution, possession or use of drugs is not tolerated in the United States Marine Corps.   Furthermore, each instance of illegal drug use by a Marine makes that Marine unfit for duty and a risk to the safety of fellow Marines.

3.   Certification.   I certify that I completely understand the Marine Corps policy on the illegal use of drugs.   I understand that I will be screened for alcohol and given a urinalysis test for drugs during my initial MEPS physical, and given a urinalysis test for drugs within 24 hours of my arrival at recruit training.   I understand that if I test positive for drugs or alcohol at the MEPS, I will be disqualified for enlistment.   I understand that if I test positive on the urinalysis at MCRD that I will be subject to an administrative discharge from the Marine Corps and possibly to courts-martial.   I understand that once I enlist into the Delayed Entry Program (or SMCR awaiting IADT) any illegal use of drugs may adversely affect my ability to commence active duty for training, to obtain an enlistment program, or bonus.

| | |
|---|---|
| _(Applicant's signature)_ | 20100525 |
| | _(Date)_ |
| Dunn, Daniel Austin | 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 |
| _(Applicant's Printed Name)_ | _(Social Security Number)_ |

4.   Recruiter Verification.   I certify that I have completely explained the Marine Corps policy on the illegal use of drugs to the above named applicant and advised _____ Dunn, Daniel Austin _____ to be thoroughly honest in completing the Drug Abuse Screening Form.

| | |
|---|---|
| _(Recruiter's Signature)_ | 20100525 |
| | _(Date)_ |

5.   MEPS Liaison Verification.   I certify that I have completely explained the Marine Corps policy on the illegal use of drugs to the above named applicant and advised _____ Dunn, Daniel Austin _____ to be thoroughly honest in completing the Drug Abuse Screening Form.

| | |
|---|---|
| _(MEPS Liaison's Signature)_ | 20100525 |
| | _(Date)_ |

# ANNEX A

# DATA REQUIRED BY THE PRIVACY ACT OF 1974
## (5 U. S. C. 552A)

### PART A GENERAL

The Marine Corps uses a variety of forms in administering matters related to the individual Marine. Forms are necessary for enlistment and reenlistment, evaluating performance, applying for training and assignments, granting leave, disciplinary action, administering pay, and other purposes. In some instances, these forms involve the collection of personal information from the individual Marine. Information such as home address and telephone number, names and other information on dependents, preference for duty, address on leave, and the individual's Social Security Number are illustrative of the information asked for on forms.

The Privacy Act of 1974 requires that you be informed of the authority, purposes, uses, and effects of not providing information when it is requested from you. In order to eliminate the need for issuing an individual statement each time information is requested from you about matters such as those described, this statement serves as a on-time Privacy Act Statement which is intended to satisfy the requirements of the Privacy Act when forms elated to your personnel and pay records are used. If you desire more information about a specific form when it is used, your commanding officer will provide such information upon request.

Pursuant to the Computer Matching and Privacy Protection Act of 1988 (P.L. 100-503), information furnished may or will be subject to verification by computer matching (internally or with another specific agency). The match may be necessary to verify accuracy of data, and to uncover waste, fraud, or abuse in Federal Programs.

## PART B - INFORMATION TO BE FURNISHED TO INDIVIDUAL

### 1. AUTHORITY

Title 5, U.S. Code, Section 301, is the basic authority for maintaining personnel and pay records. Use of Social Security Number as a means of personal identification is authorized by Executive Order 9397 of 23 November 1943.

### 2. PRINCIPAL PURPOSES

The basic purposes of personnel and pay records are to enable officials and employees of the Marine Corps to efficiently manage personnel resources; to administer pay and allowances; to screen and select individuals for promotion; to provide educational and training programs; to administer appeals, grievances, discipline, litigation, investigations, and adjudication of claims; to administer benefits and entitlements; and to manage retirement and veterans affairs programs. Further information about the purposes and uses of information being requested from can be obtained by consulting the applicable description for system such as the following:

| SYSTEM DESCRIPTION | SYSTEM NUMBER |
|---|---|
| Marine Corps Military Personnel Records System | MMN 00006 |
| Bond and Allotment System | MFD 00004 |
| Joint Uniform Military Pay System/Manpower Management System | MFD 00003 |

### 3. ROUTINE USES

Information included in personnel and pay records is used by officials and employees of the Marine Corps in the execution of their official duties. The information is also used under certain conditions by officials and employees elsewhere in the Department of Defense; by other Federal agencies such as the General Accounting Office; Office of Personnel Management; Veterans Administration; the Federal Bureau of Investigation and other Federal, and local law enforcement authorities; and the General Services Administration. Information is also furnished to Congressional sources. Your Social Security Number is used as a means of personal identification.

### 4. MANDATORY OR VOLUNTARY DISCLOSURE AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION

Disclosure of information required on forms related to personnel and pay records is mandatory. An individual may, at his or her option, elect not to apply for benefits and services to which entitled (leave, registration of allotments, etc.) but once the individual has made the decision to apply for such benefits the disclosure of information on related forms becomes a mandatory action. Failure to provide requested information could have the effect of denying certain benefits and would hamper the efficient management of an individual's career while in the Marine Corps. Disclosure of your Social Security Number if mandatory.

## PART C - STATEMENT OF UNDERSTANDING BY THE INDIVIDUAL

I have read and understand this statement. I understand that I may have the opportunity to review published systems notices and current Marine Corps directives which pertain to forms which I am asked to complete.

| 20100525 | | 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 |
|---|---|---|
| Date | Signature of the Individual | Social Security No. |

**PRIVACY ACT STATEMENT FOR MARINE CORPS PERSONNEL AND PAY RECORDS**
NAVMC 11000 (REV. 6-90) (EF)   SN: 0109-LF-064-8800

(15211)

*(File Original in OQR or SRB; Provide Copy to Individual)*

# DISCLOSURE ACCOUNTING FORM

### RECORD OF DISCLOSURE

### UNAUTHORIZED DISCLOSURE OF PERSONAL INFORMATION FROM
### THIS RECORD COULD SUBJECT THE DISCLOSURE TO CRIMINAL PENALTIES

1. This is to remain a permanent part of the record described below.
2. An entry must be made each time the record or any information from the record is viewed by, or furnished to any person or agency, except:
   a. Disclosure to DOD or DON personnel having a need to know in the performance of their official duties.
   b. Disclosure of items listed in paragraphs 13b(2)(e) and (f) of SECNAVINST 5211.5 series.

TITLE & DESCRIPTION OF RECORD

| DATE OF DISCLOSURE | METHOD OF DISCLOSURE | PURPOSE OF AUTHORITY | NAME & ADDRESS OF PERSON OR AGENCY TO WHOM DISCLOSED, WITH SIGNATURE IF MADE IN PERSON |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

OPNAV 5211/9 (MAR 1992)

Page 1 of 2 Pages



G

## ADMINISTRATIVE REMARKS (1070)

| DATE  20100712 | DATE |  |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. |  |
| X Daniel arth Dn | | |
| (Signature) | (Signature) |  |

| DUNN, DANIEL A. | 594 96 1068 |
|---|---|
| NAME (last, first, middle) | SSN |

NAVMC 118(11) (REV. 3-92) (EF) SN: 0109-LF-062-8400 U/I: SH

PREVIOUS EDITIONS WILL BE USED

11.



# ENLISTMENT/REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 U.S.C. 3331; 10 U.S.C. 113, 136, 502, 504, 505, 506, 507, 508, 509, 510, 513, 515, 516, 518, 519, 972, 978, 2107, 2107a, 3253, 3258, 3262, 5540, 8252, 8253, 8257, 8258, 12102, 12103, 12104, 12105, 12106, 12107, 12108, 12301, 12302, 12304, 12305, 12405; 14 USC 351, 632; 32 U.S.C. 301, 302, 303, 304; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSE(S):** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USE(S):** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

## A. ENLISTEE/REENLISTEE IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| DUNN | 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 |
| DANIEL AUSTIN | |

| 3. HOME OF RECORD (Street, City, County, State, Country, ZIP Code) | 4. PLACE OF ENLISTMENT/REENLISTMENT (Mil. Installation, City, State) |
|---|---|
| 165 LAKE TRAIL DR, DOUBLE OAK, | DALLAS MEPS |
| (DENTON), TX, US, 75077 | DALLAS, TX 75202-4709 |

| 5. DATE OF ENLISTMENT/ REENLISTMENT (YYYYMMDD) | 6. DATE OF BIRTH (YYYYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 20100608 | 19900330 | a. TOTAL ACTIVE MILITARY SERVICE | | | |
| | | b. TOTAL INACTIVE MILITARY SERVICE | | | |

## B. AGREEMENTS

**8.** I am enlisting/reenlisting in the United States *(list branch of service)* **MARINE CORPS RESERVE**
this date for **8** years and **0** weeks beginning in pay grade **E-1** of which
**0** years and **0** weeks is considered an Active Duty Obligation, and **6** years and
**0** weeks will be served in the Reserve Component of the Service in which I have enlisted. If this is an initial
enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate
authority. This eight-year service requirement is called the Military Service Obligation. The additional details of my enlistment/
reenlistment are in Section C and Annex(es) *(list name of Annex(es) and describe)*
**AB**

**a. FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP):**
I understand that I am joining the DEP. I understand that by joining the DEP I am enlisting in the Ready Reserve component of the
United States *(list branch of service)* _____ for a period not to exceed
365 days, unless this period of time is otherwise extended by the Secretary concerned. While in the DEP, I understand that I am in
a nonpay status and that I am not entitled to any benefits or privileges as a member of the Ready Reserve, to include, but not
limited to medical care, liability insurance, death benefits, education benefits, or disability retired pay if I incur a physical disability. I
understand that the period of time while I am in the DEP is NOT creditable for pay purposes upon entry into a pay status. However,
I also understand that the period of time while I am in the DEP is counted toward fulfillment of my military service obligation
described in paragraph 10, below. While in the DEP, I understand that I must maintain my current qualifications and keep my
recruiter informed of any changes in my physical or dependency status, qualifications, and mailing address. I understand that I
WILL be ordered to active duty unless I report to the place shown in item 4 above by *(list date (YYYYMMDD))* _____
for enlistment in the Regular component of the United States *(list branch of service)*
for not less than _____ years and _____ weeks.

**b. REMARKS:** *(if none, so state.)*  **NONE**

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE
ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.
*(Initials of Enlistee/Reenlistee)* **Biometrically Signed**

DD FORM 4/1, OCT 2007                    PREVIOUS EDITION IS OBSOLETE.

(Continued on Page 2)

 

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:**
I understand that many laws, regulations, and military customs will govern my conduct and require me to do things under this agreement that a civilian does not have to do. I also understand that various laws, some of which are listed in this agreement, directly affect this enlistment/reenlistment agreement. Some examples of how existing laws may affect this agreement are explained in paragraphs 10 and 11. I understand that I cannot change these laws but that Congress may change these laws, or pass new laws, at any time that may affect this agreement, and that I will be subject to those laws and any changes they make to this agreement. I further understand that:

**a.** My enlistment/reenlistment agreement is more than an employment agreement. It effects a change in status from civilian to military member of the Armed Forces. As a member of the Armed Forces of the United States, I will be:

**(1)** Required to obey all lawful orders and perform all assigned duties.

**(2)** Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

**(3)** Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

**(4)** Required upon order to serve in combat or other hazardous situations.

**(5)** Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

**b.** Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment/reenlistment document.

**10. MILITARY SERVICE OBLIGATION, SERVICE ON ACTIVE DUTY AND STOP-LOSS FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

**a. FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years, unless I am sooner discharged or otherwise extended by the appropriate authority. This eight year service requirement is called the Military Service Obligation. Any part of that service not served on active duty must be served in the Reserve Component of the service in which I have enlisted. If this is a reenlistment, I must serve the number of years specified in this agreement, unless I am sooner discharged or otherwise extended by the appropriate authority. Some laws that affect when I may be ordered to serve on active duty, the length of my service on active duty, and the length of my service in the Reserve Component, even beyond the eight years of my Military Service Obligation, are discussed in the following paragraphs.

**b.** I understand that I can be ordered to active duty at any time while I am a member of the DEP. In a time of war, my enlistment may be extended without my consent for the duration of the war and for six months after its end (10 U.S.C. 506, 12103(c)).

**c.** As a member of a Reserve Component of an Armed Force, in time of war or of national emergency declared by the Congress, I may, without my consent, be ordered to serve on active duty, for the entire period of the war or emergency and for six (6) months after its end (10 U.S.C. 12301(a)). My enlistment may be extended during this period without my consent (10 U.S.C. 12103(c)).

**d.** As a member of the Ready Reserve (to include Delayed Entry Program), in time of national emergency declared by the President, I may, without my consent, be ordered to serve on active duty, and my military service may be extended without my consent, for not more than 24 consecutive months (10 U.S.C. 12302). My enlistment may be extended during this period without my consent (see paragraph 10g).

**e.** As a member of the Ready Reserve, I may, at any time and without my consent, be ordered to active duty to complete a total of 24 months of active duty, and my enlistment may be extended so I can complete the total of 24 months of active duty, if:

**(1)** I am not assigned to, or participating unsatisfactorily in, a unit of the Ready Reserve; and

**(2)** I have not met my Reserve obligation; and

**(3)** I have not served on active duty for a total of 24 months (10 U.S.C. 12303).

**f.** As a member of the Selected Reserve or as a member of the Individual Ready Reserve mobilization category, when the President determines that it is necessary to augment the active forces for any operational mission or for certain emergencies, I may, without my consent, be ordered to active duty for not more than 365 days (10 U.S.C. 12304). My enlistment may be extended during this period without my consent (see paragraph 10g).

**g.** During any period members of a Reserve component are serving on active duty pursuant to an order to active duty under authority of 10 U.S.C. 12301, 12302, or 12304, the President may suspend any provision of law relating to my promotion, retirement, or separation from the Armed Forces if he or his designee determines I am essential to the national security of the United States. Such an action may result in an extension, without my consent, of the length of service specified in this agreement. Such an extension is often called a "stop-loss" extension (10 U.S.C. 12305).

**h.** I may, without my consent, be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserves, my enlistment may be extended until I perform that additional duty, but not for more than six months (10 U.S.C. 10148).

**11. FOR ENLISTEES/REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

*(Initials of Enlistee/Reenlistee)* **Biometrically Signed**

**DD FORM 4/1 (PAGE 2), OCT 2007**



| NAME OF ENLISTEE/REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| DUNN DANIEL AUSTIN | 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 |

## D.  CERTIFICATION AND ACCEPTANCE

**13a.**  My acceptance for enlistment is based on the information I have given in my application for enlistment.  If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I certify that I have carefully read this document, including the partial statement of existing United States laws in Section C and how they may affect this agreement.  Any questions I had were explained to my satisfaction.  I fully understand that only those agreements in Section B and Section C of this document or recorded on the attached annex(es) will be honored.  I also understand that any other promises or guarantees made to me by anyone that are not set forth in Section B or the attached annex(es) are not effective and will not be honored.

| **b.  SIGNATURE OF ENLISTEE/REENLISTEE** | **c.  DATE SIGNED** *(YYYYMMDD)* |
|---|---|
| Biometrically Signed  | 20100608 16:11:46 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**

**a.** On behalf of the United States *(list branch of service)*   MARINE CORPS                              ,
I accept this applicant for enlistment.  I have witnessed the signature in item 13b to this document.  I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.



| **b.  NAME** *(Last, First, Middle)* | **c.  PAY GRADE** | **d.  UNIT/COMMAND NAME** |
|---|---|---|
| KOLENC MICHAEL J | E-7 | USMC RS STATION FORT WORTH |

| **e.  SIGNATURE** | **f.  DATE SIGNED** *(YYYYMMDD)* | **g.  UNIT/COMMAND ADDRESS** *(City, State, ZIP Code)* |
|---|---|---|
| Biometrically Signed | 20100608 16:11:46 | PANTEGO<br>TX 76133 |

## E.  CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**

I, DANIEL AUSTIN DUNN                                            , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**

I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**

I do hereby acknowledge to have voluntarily enlisted/reenlisted this _____ day of _____ , _____
in the _____ National Guard and as a Reserve of the United States *(list branch of service)* _____ with membership in the _____
National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| **18.a. SIGNATURE OF ENLISTEE/REENLISTEE** | **b.  DATE SIGNED** *(YYYYMMDD)* |
|---|---|
| Biometrically Signed  | 20100608 16:41:54 |

**19. ENLISTMENT/REENLISTMENT OFFICER CERTIFICATION**

**a.** The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| **b.  NAME** *(Last, First, Middle)* | **c.  PAY GRADE** | **d.  UNIT/COMMAND NAME** |
|---|---|---|
| WHITE ANDREW E | O-3 | DALLAS MEPS |

| **e.  SIGNATURE** | **f.  DATE SIGNED** *(YYYYMMDD)* | **g.  UNIT/COMMAND ADDRESS** *(City, State, ZIP Code)* |
|---|---|---|
| Biometrically Signed | 20100608 16:41:54 | DALLAS<br>TX 75202-0000 |

*(Initials of Enlistee/Reenlistee)*   **Biometrically Signed**

**DD FORM 4/2, OCT 2007**          PREVIOUS EDITION IS OBSOLETE.





## RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES
(Read Privacy Act Statement and Instructions on back before completing this form.)

OMB No. 0704-0173
OMB approval expires
Mar 31, 2010

The public reporting burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services Directorate (0704-0173). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION.**

| A. SERVICE PROCESSING FOR | B. PRIOR SERVICE: | C. SELECTIVE SERVICE CLASSIFICATION | D. SELECTIVE SERVICE REGISTRATION NO. |
|---|---|---|---|
| DMV | YES  ☒ NO   NUMBER OF DAYS: 0 | | |

## SECTION I - PERSONAL DATA

**1. SOCIAL SECURITY NUMBER**  5 9 4 – 9 6 – 1 0 6 8
**2. NAME** (Last, First, Middle Name (and Maiden, if any), Jr., Sr., etc.)  Dunn, Daniel Austin

**3. CURRENT ADDRESS** (Street, City, County, State, Country, ZIP Code)
165 Lake Trail Dr.   DOUBLE OAK
DENTON   TX   UNITED STATES 75077

**4. HOME OF RECORD ADDRESS** (Street, City, County, State, Country, ZIP Code)
165 Lake Trail Dr.   DOUBLE OAK
DENTON   TX   UNITED STATES   75077

**5. CITIZENSHIP** (X one)
☒ a. U.S. AT BIRTH (If this box is marked, also X (1) or (2))
☒ (1) NATIVE BORN   ☐ (2) BORN ABROAD OF U.S. PARENT(S)
☐ b. U.S. NATURALIZED   ALIEN REGISTRATION NUMBER (if issued)
☐ c. U.S. NON-CITIZEN NATIONAL
☐ d. IMMIGRANT ALIEN (Specify)
☐ e. NON-IMMIGRANT FOREIGN NATIONAL (Specify)

**6. SEX** (X one)  ☒ a. MALE   ☐ b. FEMALE

**7.a. RACIAL CATEGORY** (X one or more)
(1) AMERICAN INDIAN/ALASKA NATIVE
(2) ASIAN
(3) BLACK OR AFRICAN AMERICAN
(4) NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER
X (6) WHITE

**7.b. ETHNIC CATEGORY**
(1) HISPANIC OR LATINO
X (2) NOT HISPANIC OR LATINO

**8. MARITAL STATUS** (Specify)  Single
**9. NUMBER OF DEPENDENTS**  0

**10. DATE OF BIRTH** (YYYYMMDD)  1 9 9 0 0 3 3 0
**11. RELIGIOUS PREFERENCE** (Optional)  BAPTIST
**12. EDUCATION** (Yrs/Highest Ed Gr Completed)  12  L
**13. PROFICIENT IN FOREIGN LANGUAGE** (If Yes, specify. If No, enter NONE.)  NONE   1st   2nd

**14. VALID DRIVER'S LICENSE** (X one)  ☒ YES   ☐ NO
(If Yes, list State, number, and expiration date)
TX   24072229   20120330
**15. PLACE OF BIRTH** (City, State and Country)  MIAMI   FL   UNITED STATES

## SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES
(FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - Go on to Page 2, Question 20.)

**16. APTITUDE TEST RESULTS**

| a. TEST ID | b. TEST SCORES | AFQT PERCENTILE | GS | AR | WK | PC | MK | EI | AS | MC | AO | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O7E | | 81 | 8 | 61 | 26 | 64 | 58 | 64 | 51 | 55 | 75 | 76 | 35 | 96 | 61 |

**17. DEP ENLISTMENT DATA**

| a. DATE OF ENLISTMENT - DEP (YYYYMMDD) | b. PROJ ACTIVE DUTY DATE (YYYYMMDD) | c. ES | d. RECRUITER IDENTIFICATION | e. STN ID | f. PEF |
|---|---|---|---|---|---|
| | | | 4 6 4 7 7 0 2 5 9 | 9 6 4 L E | |

| g. T-E MOS/AFS | h. WAIVER (1) (2) (3) (4) (5) (6) | i. PAY GRADE | j. SVC ANNEX CODES | k. MSO (YYYMM) | l. AD OBLIGA-TION (YYYMM) |
|---|---|---|---|---|---|

**18. ACCESSION DATA**

| a. DATE OF ENLISTMENT (YYYYMMDD) | b. ACTIVE DUTY SERVICE DATE (YYYYMMDD) | c. PAY ENTRY DATE (YYYYMMDD) | d. MSO (YYYMM) | e. AD/RC OBLIGATION (YYMMMMDD) |
|---|---|---|---|---|
| 2 0 1 0 0 6 0 8 | 2 0 1 0 0 7 1 2 | 2 0 1 0 0 7 1 2 | 0 8 0 0 | 6 0 0 0 0 0 0 0 |

| f. WAIVER (1) (2) (3) (4) (5) (6) | g. PAY GRADE | h. DATE OF GRADE (YYYYMMDD) | i. ES | j. YRS/HIGHEST ED GR COMPL |
|---|---|---|---|---|
| Y Y Y Y Y Y Y Y Y Y Y Y | 2 0 | 2 0 1 0 0 7 1 2 | | 1 2 L |

| k. RECRUITER IDENTIFICATION | l. STN ID | m. PEF | n. T-E MOS/AFS | o. PMOS/AFS | p. YOUTH | q. OA | r. STATE GUARD |
|---|---|---|---|---|---|---|---|
| 4 6 4 7 7 0 2 5 9 | 9 6 4 L E | Z Y | 8 1 0 0 | 0 1 SEE PA | Y Y 0 | Y Y | |

| s. SVC ANNEX CODES | t. REPLACES ANNEXES | u. TRANSFER TO (UIC) |
|---|---|---|
| A B | S I M S | SEE 34* |

**19. SERVICE REQUIRED CODES**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 4 | 9 | 6 | 4 | 0 | 1 | 3 | 0 | H | A | A | A | | | | | 3 | H | M | 3 | | | | |
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
| 2 | 9 | | | 2 | 2 | | 7 | 6 | | 2 | 4 | | | | | | | | | | | | | |
| 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 |
| 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 |

**DD FORM 1966/1, MAR 2007**   PREVIOUS EDITION IS OBSOLETE.   Adobe LiveCycle Designer I

| 20. NAME (Last, First, Middle Initial) | | | | 21. SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|
| Dunn, Daniel Austin | | | | 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 | |

## SECTION III - OTHER PERSONAL DATA

**22. EDUCATION**

a. List all high schools and colleges attended. (List dates in YYYYMM format.)

| (1) FROM | (2) TO | (3) NAME OF SCHOOL | (4) LOCATION | | (5) GRADUATE YES | NO |
|---|---|---|---|---|---|---|
| 200408 | 200806 | MARCUS HS | TX | FLOWER MOUND | X | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | YES | NO |
|---|---|---|
| b. Have you ever been enrolled in ROTC, Junior ROTC, Sea Cadet Program or Civil Air Patrol? | | X |

**23. MARITAL/DEPENDENCY STATUS AND FAMILY DATA** (If "Yes," explain in Section VI, "Remarks.")

| | | X |
|---|---|---|
| a. Is anyone dependent upon you for support? | | X |
| b. Is there any court order or judgment in effect that directs you to provide alimony or support for children? | | X |
| c. Do you have an immediate relative (father, mother, brother, or sister) who: (1) is now a prisoner of war or is missing in action (MIA); or (2) died or became 100% permanently disabled while serving in the Armed Services? | | X |
| d. Are you the only living child in your immediate family? | | X |

**24. PREVIOUS MILITARY SERVICE OR EMPLOYMENT WITH THE U.S. GOVERNMENT** (If "Yes," explain in Section VI, "Remarks.")

| | | X |
|---|---|---|
| a. Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or Air National Guard? | | X |
| b. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | X |
| c. Are you now or have you ever been a deserter from any branch of the Armed Forces of the United States? | | X |
| d. Have you ever been employed by the United States Government? | | X |
| e. Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from any agency of the government of the United States? | | X |

**25. ABILITY TO PERFORM MILITARY DUTIES** (If "Yes," explain in Section VI, "Remarks.")

| | | X |
|---|---|---|
| a. Are you now or have you ever been a conscientious objector? (That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious belief or training)? | | X |
| b. Have you ever been discharged by any branch of the Armed Forces of the United States for reasons pertaining to being a conscientious objector? | | X |
| c. Is there anything which would preclude you from performing military duties or participating in military activities whenever necessary (i.e., do you have any personal restrictions or religious practices which would restrict your availability)? | | X |

| 26. DRUG USE AND ABUSE (If "Yes," explain in Section VI, "Remarks.") Have you ever tried, used, sold, supplied, or possessed any narcotic (to include heroin or cocaine), depressant (to include quaaludes), stimulant, hallucinogen (to include LSD or PCP), or cannabis (to include marijuana or hashish), or any mind-altering substance (to include glue or paint), or anabolic steroid, except as prescribed by a licenced physician? | REFER DASF | TO |
|---|---|---|

**DD FORM 1966/2, MAR 2007**

| 27. NAME *(Last, First, Middle Initial)* | 28. SOCIAL SECURITY NUMBER |
|---|---|
| Dunn, Daniel Austin | 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 |

## SECTION IV - CERTIFICATION

**29. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document; that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| Dunn, Daniel Austin | | 20100524 |

**30. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME *(X one)* | | b. AGE *(X one)* | | c. CITIZENSHIP *(X one)* | |
|---|---|---|---|---|---|
| X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE | X | (1) BIRTH CERTIFICATE |
| | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* |
| **d. SOCIAL SECURITY NUMBER (SSN)** *(X one)* | | **e. EDUCATION** *(X one)* | | **f. OTHER DOCUMENTS USED** | |
| X | (1) SSN CARD | X | (1) DIPLOMA | | |
| | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* | | |

**31. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|---|---|
| Ragan, Joshua Kyle | E5 | 464770259 | | 20100524 |

**32. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liaison NCO, etc., as specified by sponsoring service.)* *(Use clear text English.)*

K4 6×2 REOP 0151~ Administrative Clerk ~ SEE 34~ QSN: 20100 712

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 32.a. above and annexes attached to my Enlistment/Reenlistment Document (DD Form 4).

| c. APPLICANT'S INITIALS |
|---|
| AD |

**33. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States *(Enter Branch of Service)*

Marine Corps and certify that I have not made any promises or guarantees other than those listed in Item 32.a. above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|---|---|
| GYSGT KOLENC, M.J. | E7 | X-1308 | | 20100608 |

## SECTION V - RECERTIFICATION

**34. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 34" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| ☒18 o | 0153 6531 |
| ☒18 a | 6531 |
| ☒32 a | K4 6×2 REOP 6531 Aircraft Ordance Technician |
| | |
| | |
| | |

| d. APPLICANT | | e. WITNESS | | |
|---|---|---|---|---|
| (1) SIGNATURE | (2) DATE SIGNED *(YYYYMMDD)* | (1) TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | (2) RANK/ GRADE | (3) SIGNATURE |
| Daniel Austin Dunn | 20100712 | GySgt SCHOMERS, M.I | | |

**DD FORM 1966/3, MAR 2007**

Page 3

| 35. NAME (Last, First, Middle Initial) | | 36. SOCIAL SECURITY NUMBER |
|---|---|---|
| Dunn, Daniel Austin | | 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 |

## SECTION VI - REMARKS

(Specify item(s) being continued by item number. Continue on separate pages if necessary.)

WAIVER #                    LEVEL WAIVER APPROVED ON

****************************************************************************************************

PARTIAL 1ST PREPARED ON        MEPS LIAISON        PARTIAL 1ST PREPARED ON        MEPS LIAISON
PU/HANG                                              PU/HANG
CRUNCHES                                             CRUNCHES

****************************************************************************************************

"I HAVE REVIEWED THIS ENLISTMENT PACKAGE FOR ACCURACY AND COMPLETENESS. I FIND THE APPLICANT QUALIFIED FOR
PROCESSING AND ENLISTMENT INTO THE UNITED STATES MARINE CORPS."

Authority to enlist/ship granted by              Authority to enlist/ship granted by

E-RS / 630470 / DAE                              E-RS / 630490 / FBE
Waiver Type  Waiver Control #  Waiver Code        Waiver Type  Waiver Control #  Waiver Code

Authority to enlist/ship granted by                                    SNCOIC

E-RS / 630472 / DCE
Waiver Type  Waiver Control #  Waiver Code

Applicant qualified IAW Maradmin 034/10 # Frost Call 008-10.

Reserve Interview Conducted on 20100708.

| Add Remark | | DD FORM 1966/6 ATTACHED? (X one) | YES | |
|---|---|---|---|---|
| | | | NO | X |

## SECTION VII - STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

37. NAME CHANGE.
   If the preferred enlistment name (name given in item 2) is not the same as on your birth certificate, and it has not been changed by legal procedure prescribed by state law, and it is the same as on your social security number card, complete the following:

a. NAME AS SHOWN ON BIRTH CERTIFICATE          b. NAME AS SHOWN ON SOCIAL SECURITY NUMBER CARD

c. I hereby state that I have not changed my name through any court or other legal procedure; that I prefer to use the name of _____ by which I am known in the community as a matter of convenience and with no criminal intent. I further state that I am the same person as the person whose name is shown in item 2.

d. APPLICANT

(1) SIGNATURE

e. WITNESS

| (1) TYPED OR PRINTED NAME (Last, First, Middle Initial) | (2) PAY GRADE | (3) SIGNATURE | (2) DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

DD FORM 1966/4, MAR 2007                                                              Page 4

**ANNEX B**

## STATEMENT OF UNDERSTANDING

### NO MISTAKES are permitted on this document

| APPLICANT | The applicant must fill out Blocks 1 through 31 (Blocks 1, 4, 4a, are excluded) in their own handwriting, initial each item to indicate understanding, and sign and date the agreement accordingly. Ensure you receive a copy of this document. |
|---|---|
| MEPS LN/ NCOIC | a) Certify the proper explanation of the agreement to the applicant, b) Certify applicant qualification, c) Certify that OPS MCRISS personnel have assigned a program in MCRISS, d) Ensure the applicant is given and parent/guardian, as applicable, a copy of this agreement at the time of completion. |

| NAME | 1 | Last DUNN | 1a First DANIEL | 1b MI A | 1c SSN: XXX-XX-1068 | 1d Date 20100629 |
|---|---|---|---|---|---|---|

## AGREEMENT

| 2 | I understand that this statement of understanding represents the total agreement, and supersedes any other previous agreements, between myself and the United States Marine Corps concerning enlistment guarantees stated within. | 2a Initials DAD |
|---|---|---|
| 3 | I understand that I am enlisting in the Selected Marine Corps Reserve in the below stated enlistment incentive program listed in Para 4, and can be assigned and trained to serve in the MOS listed in the Occupational Field(s) specified in Para 4b below.  I have had the opportunity to review the MOS listed under this option and acknowledge THE SPECIFIC MOS is guaranteed to me under this enlistment option. | 3a DAD |

### MARINE CORPS RESERVE OPTIONAL ENLISTMENT PROGRAM (ROEP)

| 4 | Program Code: **ZY** | 4a Program Description **ROEP** | 4b Military Occupational Field(s) in Option<br>MOS: 6531   SHORT TITLE: AIRCRAFT ORDNANCE TECHNICIAN<br>RUC: 01130<br>CITY/STATE: FORT WORTH, TX |
|---|---|---|---|

## INACTIVE DUTY TRAINING (IDT) TRAINING OBLIGATIONS

| | | Initials |
|---|---|---|
| 5a | I understand that I am enlisting in the Marine Corps Reserve, Reserve Optional Enlistment Program (ROEP) for a period of EIGHT (8) YEARS:  I understand that for the next ~~FOUR (4) YEARS [K9]~~ — [ SIX (6) YEARS [K9] ] ~~(line out non applicable years, then circle applicable years & initial selection)~~ following assignment to Initial Active Duty Training (IADT) will be required to satisfactorily participate in drills. Satisfactory participation consists of attendance at and satisfactory performances of 48 scheduled Inactive Duty Training (IDT) periods (usually 1 weekend per month) and not less than 14 days (exclusive of travel time) of Active Duty Training (ADT) during each year of my contract. My remaining obligation will be in an Individual Ready Reserve (IRR) status. | 5a DAD |
| 5b | I will be required to attend IDT and ADT periods as prescribed, and I understand that failure to do so may result in my being ordered to active duty by the Commandant of the Marine Corps for a period of 2 years, less any period of active duty or ADT I may have already served.  I also understand that my failure to attend IDT and ADT periods could result in a less than honorable discharge.  I understand that while in the SMCR (IDT status), I will not be excused from ADT for the purpose of attending college. | 5b DAD |
| 6 | I acknowledge that the location of my Reserve Unit in block 4b is correct. | 6a DAD |
| 7 | I must request a waiver from the Commanding Officer/Site Commander of my initial Reserve Unit in order to transfer to a different unit prior to completing six consecutive months of IDT's at my initial Reserve Unit. | 7a DAD |
| 8 | I will report to my initial Reserve Unit for scheduled IDT's on the dates and at the times I am ordered to report. | 8a DAD |
| 9 | I must keep my Commanding Officer/Site Commander informed of my current address and phone number at all times. | 9a DAD |
| 10 | If I change my place of domicile, I must join another Marine Reserve unit located within the standard 100-mile radius from my new domicile . | 10a DAD |
| 11 | I realize that during the periods of ADT and during all my scheduled IDT drill periods, I will be subjected to the same disciplinary control and regulations as a member of the  Regular Marine Corps. | 11a DAD |
| 12 | I understand that I am expected to maintain the required acceptable standards of dress, hygiene, attitude, decorum, and effort during IDT and ADT periods. | 12a DAD |
| 13 | I was briefed on my future Reserve Unit by the Inspector-Instructor/Commanding Officer/Site Commander or by (Circle one). Date Interview was conducted (see page DD 1966/4 for interview date):  20100708 | 13a DAD |

### INDIVIDUAL READY RESERVE (IRR) AND RECALL OBLIGATIONS

| 14 | I understand that I am eligible, upon request, for transfer from the SMCR (IDT status) to the IRR following satisfactory completion of  my ROEP 4 x 4 or 6 x 2 commitment, which commences on the date of departure from IADT . | 14a DAD |
|---|---|---|
| 15 | I realize that I will be liable for involuntary recall to active duty in case of national emergency declared by the President of the United States and I may be ordered to active duty (other than for training) for not more than 24 consecutive months.  Further, in time of national emergency or war declared by Congress, or when otherwise authorized by law, I may be ordered to active duty (other than for training) for the duration of the national emergency or war and for 6 months thereafter. | 15a DAD |

## APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

I understand I must fill out this document truthfully and completely. I further understand that failure to complete any part of this form disqualifies me for a clearance and the incentive program. Finally, I understand that ANY promises made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| SIGNATURE | 16 Daniel Austin Dunn | 16a Date 100629 |
|---|---|---|
| PRINT NAME | 17 Print Name As It Appears in the Signature Block Above Daniel Austin Dunn | |



# ANNEX B

## MARINE CORPS RESERVE OPTIONAL ENLISTMENT PROGRAM (ROEP) (Page 2)

| | NAME | 1 | LAST DUNN | 1a | FIRST DANIEL | 1b | MI A | 1c | SSN: XXX-XX- 1068 | 1d | Date 20100629 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### INITIAL TRAINING

| 18 | I understand that I will be assigned to Marine Corps Recruit Depot training, Marine Corps Combat Training (MCT), and Military Occupational Specialty (MOS) formal schooling within 365 days of enlistment. | 18a | DAD |
|---|---|---|---|
| 19 | I will attend Marine Corps Recruit Depot training first, followed by MCT, and then my MOS formal school. | 19a | DAD |
| 20 | I understand that following Marine Corps Recruit Depot training, I may receive up to 10 days leave before commencing MCT and MOS formal schooling. The length of my leave may vary, dependent upon coordination of training phases. | 20a | DAD |
| 21 | The MOS for which I am enlisting for in block4b has been described to me, and I understand its prerequisite qualifications. | 21a | DAD |
| 22 | I also realize that after completion of my IADT period that the Marine Corps may assign me to a billet which involves responsibilities quite different from those for which I may receive training in the MOS designated above in block4b. | 22a | DAD |
| 23 | I understand that during IADT period of less than three months, I will not be eligible to start Electronic Funds Transfer (EFT) allotment for any financial reason. | 23a | DAD |
| 24 | I understand that during the IADT, I will be entitled only to pay and allowances which accrue while on IADT. I will not be eligible to receive any special payments or bonuses prior to completion of my initial training. | 24a | DAD |
| 25 | I realize that if I am disqualified from assignment to a billet requiring this MOS after enlistment, due to discovery of fraudulent enlistment, serious breach of discipline, punishment under the Uniform Code of Military Justice, failure to master the training, or by my failure to maintain necessary qualifications for my MOS, I may be discharged or reassigned another MOS which serves the needs and convenience of the Marine Corps. | 25a | DAD |

### INCENTIVES AND BONUSES

| 26 | I realize that I am only eligible for the Montgomery G.I. Bill Selected Reserve (MGIB-SR) entitlements (which provides for educational assistance) if I have agreed to serve at least **6 years (K4)** in the SMCR (IDT status). | 26a | DAD |
|---|---|---|---|
| 27 | I understand that I am not eligible for the Command Recruiter Program and the Permissive Recruiter Assistant Program(PRASP). | 27a | DAD |
| 28 | I understand that there are no monetary promises being made to me in this Statement Of Understanding (SOU). Any monetary promises will be contained in a separate Statement of Understanding (SOU) entitledZ7 SRIP or Z8 Education Kicker. | 28a | DAD |
| 29 | I certify that I am NOT on the Incremental Initial Active Duty (IIADT or 92 DAY SPLIT Training ) program. | 29a | DAD |

### APPLICANT ACKNOWLEDGEMENT AND CERTIFICATION

This Statement of Understanding and my Application for Enlistment constitutes the entirety of my enlistment agreement with the Marine Corps. I realize that this "Statement of Understanding" will become an attachment to my enlistment contract. I understand that my subsequent changes to this agreement, as required by Executive Order, law, or other regulations, will have the same force and effect as the provisions contained herein. I certify that I have read and understand my duties, responsibilities, and obligations to the Marine Corps and , in consideration for the benefits I hope to derive from my enlistment agree to the terms outlined above. Finally, I understand that ANY promises made by my recruiter or anyone else, which are not contained in this written agreement are NOT binding on the Marine Corps.

| SIGNATURE | 30 | Daniel Austin Dunn | | Date 100629 |
|---|---|---|---|---|
| PRINT NAME | 31 | Daniel Austin Dunn | Print Name As It Appears In the Signature Block Above | |

### MEPS LIAISON CERTIFICATION

I understand that I am responsible for ensuring the applicant fully understands this Reserve Optional Enlistment Program (ROEP) SOU. I further acknowledge that as the MEPS Liaison I have screened this applicant for the program and is fully qualified IAW MCO 1130.53_ Encl 6 & Para 5 above, or a MCRC level Enlistment Incentive Option Criteria Waiver has been approved in MCRISS, and a valid MCROC program in MCRISS. Lastly, I have ensured that no other promises (written or verbal) have been made to this applicant other than that stated here in the SOU.

| PRINT NAME | 32 | LAST Schomers | 32a | FIRST Michael | 32b | MI J. | 32c | SSN: XXX-XX- 3223 |
|---|---|---|---|---|---|---|---|---|
| SIGNATURE | 33 | | | | | | | Date 100629 |
| QUOTA SEQUENCE NUMBER | 34 | Quota Sequence Number Assigned (QSN) 201006761 | | | 34a | Name and Billet of person providing QSN MSgt. Comeaux Ops Chief | | |

STATEMENT OF UNDERSTANDING

MARINE CORPS POLICY CONCERNING ILLEGAL USE OF DRUGS

1.   Purpose.  The purpose of this document is to make sure that you completely understand the Marine Corps Policy on the illegal use of drugs.

2.   Policy.  The illegal distribution, possession or use of drugs is not tolerated in the United States Marine Corps.  Furthermore, each instance of illegal drug use by a Marine makes that Marine unfit for duty and a risk to the safety of fellow Marines.

3.   Certification.  I certify that I completely understand the Marine Corps policy on the illegal use of drugs.  I understand that I will be screened for alcohol and given a urinalysis test for drugs during my initial MEPS physical, and given a urinalysis test for drugs within 24 hours of my arrival at recruit training.  I understand that if I test positive for drugs or alcohol at the MEPS, I will be disqualified for enlistment.  I understand that if I test positive on the urinalysis at MCRD that I will be subject to an administrative discharge from the Marine Corps and possibly to courts-martial.  I understand that once I enlist into the Delayed Entry Program (or SMCR awaiting IADT) any illegal use of drugs may adversely affect my ability to commence active duty for training, to obtain an enlistment program, or bonus.

| _____ | 20100525 |
| (Applicant's signature) | (Date) |

| Dunn, Daniel Austin | 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 |
| (Applicant's Printed Name) | (Social Security Number) |

4.   Recruiter Verification.  I certify that I have completely explained the Marine Corps policy on the illegal use of drugs to the above named applicant and advised _____ Dunn, Daniel Austin _____ to be thoroughly honest in completing the Drug Abuse Screening Form.

| _____ | 20100525 |
| (Recruiter's Signature) | (Date) |

5.   MEPS Liaison Verification.  I certify that I have completely explained the Marine Corps policy on the illegal use of drugs to the above named applicant and advised _____ Dunn, Daniel Austin _____ to be thoroughly honest in completing the Drug Abuse Screening Form.

| _____ | 20100525 |
| (MEPS Liaison's Signature) | (Date) |

# ANNEX A



**UNITED STATES MARINE CORPS**
MARINE FIGHTER ATTACK SQUADRON 112
MARINE AIRCRAFT GROUP 41, 4TH MARINE AIRCRAFT WING
NAVAL AIR STATION/JOINT RESERVE BASE
FORT WORTH, TEXAS 76127-5000

IN REPLY REFER TO
1320
S-1
8 March 12

From:   Commanding Officer, Marine Fighter Attack Squadron 112
To:     Lance Corporal Daniel A. Dunn XXX XX 1068/6531 USMCR

Subj:   INTERUNIT TRANSFER ORDERS

Ref:    (a) MCO 1400.32 par. 4500.3

1.   In accordance with reference (a), effective 8 March 2012 you are transferred to the Commanding Officer, Marine Light Attack Helicopter Squadron 773, Marine Aviation Group 49 , Robins AFB, Marietta, GA. MCC S7F; RUC 01773. You are directed to report to the Commanding Officer of your new unit no later than 3 April 2012.

2.   Your attention is directed to the fact that you are required to participate in 100 percent of your scheduled drills. You performed your last satisfactory drill on 12 February 2012 with Marine Fighter Attack Squadron 112, NAS Fort Worth, TX. Your next drill with your new command is 3 April 2012.

3.   If as a result of this transfer, you have not attended regularly scheduled training you are directed to schedule an alternate annual training with your new command.

4.   If your MOS is not compatible with T/O billet of your new command, you will be required to retrain in an MOS rated by the gaining command.

5.   You have given your address as 165 Lake Dr., Double Oak, TX 75077, and your home phone number is (214)-850-3866.  Should you have a change in address or are unable to comply with the provisions contained in paragraph 1 above, you are directed to immediately notify the Commanding Officer of your gaining command.  Failure to report on the date designated without proper authority will classify you as an unsatisfactory participant and appropriate administrative action will be initiated against you.

6.   Any travel involved in the execution of these orders will be at no expense to the government.

Subj:  INTERUNIT TRANSFER ORDERS

7.  Point of contact at this command is Sgt Hoffman at (817) 782-2721.

D. A. FLORES
By direction

Copy to:
Files
SNM

RECEIVING ENDORSEMENT

1.  I received these orders at 20120308 on 1030. I understand that I am to report no later than _____ on _____ to the Commanding Officer, Marine Light Attack Helicopter Squadron 773, Marine Aviation Group 49, Robins AFB, Marietta, GA.  I further understand that failure to attend will classify me as an unsatisfactory participant and as such will result in appropriate administrative action being taken against me.

D. A. DUNN.

2

 **Prudential**

Office of Servicemembers'
Group Life Insurance

## Servicemembers' Group Life Insurance Election and Certificate

### 1. About You

DANIEL, AUSTIN, DUNN

Print Name (First, Middle, Last)

$400,000

Current Amount of SGLI Coverage

PFC

Rank, title or grade

NAS FORT WORTH

Duty Location

594961068

Social Security Number

USMC

Branch of Service

### 2. About Your Coverage

**I am completing this form to:** *(Check all that apply)*

☐ Name or update my SGLI beneficiary.

☐ Increase or restore my SGLI coverage to $ 400,000

☐ Reduce my SGLI coverage to $ 350,000 .

☐ Decline (cancel) SGLI coverage.

*You must complete sections 3 and 5.*

*You must complete sections 3, 4, & 5.*

*You must complete sections 3 & 5.*

*You must complete section 5.*

Coverage is available in increments of $50,000 up to a maximum of $400,000

### 3. About Your Beneficiaries

*Complete this section unless you are declining coverage.*

**Primary**
Name and Address

| | Social Security Number *(if available)* | Relationship to you | Share to each *(% or $ amounts)* | Payment Option *(Lump sum\* or 36 equal monthly payments)* |
|---|---|---|---|---|
| 1. JUDY ELAINE DUNN 165 LAKE TRAIL DRIVE DOUBLE OAK TX 75077 | | MOTHER | 100% | Lump sum |
| 2. | | | | Lump sum |
| 3. | | | | Lump sum |
| 4. | | | | Lump sum |

**Secondary**

| | Social Security Number | Relationship to you | Share to each | Payment Option |
|---|---|---|---|---|
| 1. RICK ANDREW DUNN 165 LAKE TRAIL DRIVE DOUBLE OAK TX 75077 | | FATHER | 100% | Lump sum |
| 2. | | | | Lump sum |
| 3. | | | | Lump sum |
| 4. | | | | Lump sum |

☐ **Have more beneficiaries?** Check the box and complete Supplemental SGLI Beneficiary Form, SGLV 8286S.

**If you do not name beneficiaries above, your insurance will be paid by law (see page 3).**

\* If the insured member elects a lump sum payment, the beneficiary(ies) will be given the option of receiving the lump sum payment either through the Prudential Alliance Account or by check. Alliance is not available for payments less than $5,000, payments to individuals residing outside the United States and its territories, and certain other payments. These will be paid by check.

Open Solutions Inc. is the Service Provider of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777.  Check clearing is provided by JPMorgan Chase Bank, N.A. and processing support is provided by First Data Payment Services (FDPS). **Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC).** Open Solutions Inc., JPMorgan Chase Bank, N.A., and First Data Payment Services are not Prudential Financial companies.

## 4. About Your Health

*Complete this section ONLY if you are restoring or increasing coverage.*

Your gender   ☐ Female
              ☐ Male

Your date of birth (MM, DD  YYYY)          Your weight          Your height

| Have you had, been treated for, or had known indications of: | Yes | No |
|---|---|---|
| a.  A heart condition? | ☐ | ☐ |
| b.  High blood pressure? | ☐ | ☐ |
| c.  A neurological disorder? | ☐ | ☐ |
| d.  Diabetes? | ☐ | ☐ |
| e.  Cancer or tumors? | ☐ | ☐ |
| f.  Have you ever been diagnosed as having a disease of the immune system? | ☐ | ☐ |
| g.  Do you have any known physical impairments, deformities, or ill health not covered above? | ☐ | ☐ |

**Did you answer "YES" to any question? If so, reference the question by letter and list date, duration and details below.**

## 5. Your Signature

*You must complete this section.*

**I have read the instructions and understand that**

■ This form cancels any prior beneficiary or payment instructions.

■ I can have SGLI and VGLI coverage at the same time, but the combined amount cannot be more than $400,000.

■ Reducing or **declining** SGLI coverage can affect the amount of my family coverage, traumatic injury coverage and post-separation coverage (see instructions for details).

■ If I am married or get married after completing this form and have not declined SGLI, Family SGLI automatically covers my spouse. I must register my spouse in DEERS so my branch of service can deduct premiums from my pay. *Failure to register my spouse in DEERS will result in my owing debts for unpaid premiums.* I can decline Family SGLI coverage by completing SGLV 8286A.

Service Member Signature

Social Security Number   594961068

Date (MM, DD, YYYY)   03, 17, 2011

### For Branch of Service Official Use Only

Received by Personnel Clerk   MDHernandez

Rank, title or grade   Sergeant

Organization   MAG-41

Date   20110317

Approve   Disapprove

OSGLI Representative

Date

```
        ****MCT  =RECORD OF EMERGENCY DATA**              05/24/2011
                                                          13:05:30
SSN: 0594961068        NAME: DUNN, DANIEL A
RUC: 01130     COMPANY CODE: M  PRES-GRADE: E2    RECSTAT: E    COMP CODE:
               PLT CODE: 0230   TRNGRP: A   R-RECSTAT: 0  RCOMP-CODE: K4
```

SPOUSE  NAME/ADDRESS
   SINGLE

CHILD  NR/NAME/DOB/ADDRESS
   NONE

GUARDIAN  NR/NAME/PHONE/RELATION/ADDRESS
   NONE

FATHER/MOTHER  NAME/ADDRESS
   RICK A DUNN                        165 LAKE TRAIL DR
                                      DOUBLE OAK TX 75077
   JUDY E DUNN                        SAME AS FATHER

DO NOT NOTIFY DUE TO ILL HEALTH  NR/NAME/RELATION/ADDRESS
   NOT NOTIFY 1 NOT GIVEN
   NOT NOTIFY 2 NOT GIVEN

MIA NOTIFY  NAME/RELATIONSHIP
   SEE NOK INFORMATION
MIA ADDRESS/DIRECTIONS
   SEE NOK INFORMATION

BENEFICIARY(IES) FOR DEATH GRATUITY  NR/RELATIONSHIP/PCT
01 JUDY E DUNN                    MO      100%
ADDR1    165 LAKE TRAIL DR
ADDR2    DOUBLE OAK TX 75077
TELE     817-430-9853

BENEFICIARY(IES) UNPAID PAY/ALLOWANCES   NR/NAME/RELATION/PCT/ADDRESS
1 JUDY E DUNN                     MO 100%  165 LAKE TRAIL DR
                                           DOUBLE OAK TX 75077
   PAY ARREARS 2 NOT GIVEN

PERSON AUTHORIZED DIRECT DISPOSITION  NAME/ADDRESS/TELEPHONE/RELATIONSHIP
NAME/RELATIONSHIP    JUDY E DUNN (M)
ADDR1                SAME AS FATHER      165 LAKE TR DR
ADDR2                                   DOUBLE OAK TX 75077
TELE                 817-430-9853

INSURANCE COMPANIES  NR/NAME/POLICY NUMBER
   NONE

NEXT OF KIN  NR/TELEPHONE NUMBER/RELATIONSHIP
        1 214-402-3819                    M
        2 817-430-9853                    F

PRIMARY NEXT OF KIN DIRECTIONS
   NONE

MEMBER CERTIFICATION _____  REPORT ON UD NUMBER 00849-20110809

WITNESS CERTIFICATION _____  DATE CERTIFIED 20110524
          Sgt/USMC
                                                    PAGE 1 OF 2

```
          ****MCT    RECORD OF EMERGENCY DATA****              05/24/2011
                                                              13:05:30
SSN: 0594961068          NAME: DUNN, DANIEL A
RUC: 01130       COMPANY CODE: M  PRES-GRADE: E2     RECSTAT: E    COMP CODE:
                 PLT CODE: 0230     TRNGRP: A   R-RECSTAT: 0  RCOMP-CODE: K4

   DATE OF CERTIFICATION         20110317  20110524  X

                                              20110524

   SGLI MEMBER ELECTION          ELECTS   $400,000 COVERAGE
   SGLI MEMBER BENEFICIARY       MOTHER TO RECEIVE
   SGLI MEMBER PAY DESIGNATION   LUMP SUM
   SGLI MEMBER VA CERTIFY DATE   20110317  20110524  X
   SGLI SPOUSE ELECTION          NO SPOUSE
                                              20110524
```

```
MEMBER CERTIFICATION                      REPORT ON UD NUMBER 00849-20110809

WITNESS CERTIFICATION                     DATE CERTIFIED  20110524

                      SJ/USMV                             PAGE 2 OF 2
```

```
TDRPKY07-1                (MCTFS) DIARY RETRIEVAL SYSTEM            03/15/2012
EAW833  SSN: 0594961068              INIT: DDA      ENTER NEXT CYC:   08:23:51
------------------------------------------------------------------------------
 CYC TTC   DIARY/PAYROLL        EFF       ACT       MEC       CODES       ERROR
 NR        NUMBER    DATE       DATE      DATE      NR     CP/COR/TYP    POS F/E
------------------------------------------------------------------------------
 043 0140  00155 20120308      20111211  20120308  NONE      1
           RUC/DSSN: 46744   DPI: 00
           ENGLISH: 20120308 AWD CE DEV 0 FR 20111211 TO 20111211 ED 20111211
           ENCODED: CE02011121120111211
           HIST: NONE
           PREP-ID:  0566934575E C                    CERT-ID:  0525554839AAS
 046 0884  00161 20120313      20120313  20120313  NONE      1
           RUC/DSSN: 46744   DPI: 00
           ENGLISH: 20120313 TR RUC 01773 EDA 20120403
           ENCODED: 01773  20120403      00000000
           HIST:  MBR EXECUTING IUT ORDERS.
           PREP-ID:  0153843973SCH                    CERT-ID:  0574662787ACP
      * * * * * * * * * * * * * C O N T I N U E D * * * * * * * * * PAGE → 10
                            (PF-13 RESTART CYCLE)
```

```
            *** MCTFS RECORD OF EMERGENCY DATA ***              03/07/2012

SSN: 0594961068        NAME: DUNN, DANIEL A
RUC: 01130-    COMPANY CODE: M  PRES-GRADE: E3    RECSTAT: E   COMP CODE:
     01773          PLT CODE: 0230    TRNGRP: A  R-RECSTAT: 0 RCOMP-CODE: K4
                             ord'n

SPOUSE  NAME/ADDRESS
  SINGLE

CHILD  NR/NAME/DOB/ADDRESS
  NONE

GUARDIAN  NR/NAME/PHONE/RELATION/ADDRESS
  NONE


FATHER/MOTHER  NAME/ADDRESS
  RICK A DUNN                         165 LAKE TRAIL DR
                                      DOUBLE OAK TX 75077
  JUDY E DUNN                         SAME AS FATHER

DO NOT NOTIFY DUE TO ILL HEALTH  NR/NAME/RELATION/ADDRESS
  NOT NOTIFY 1 NOT GIVEN
  NOT NOTIFY 2 NOT GIVEN

MIA NOTIFY  NAME/RELATIONSHIP
  SEE NOK INFORMATION

MIA ADDRESS/DIRECTIONS
  SEE NOK INFORMATION

BENEFICIARY(IES) FOR DEATH GRATUITY  NR/RELATIONSHIP/PCT
01 JUDY E DUNN                        M0  .  100%
ADDR1    165 LAKE TRAIL DR
ADDR2    DOUBLE OAK TX 75077
TELE     817-430-9853


BENEFICIARY(IES) UNPAID PAY/ALLOWANCES   NR/NAME/RELATION/PCT/ADDRESS
1 JUDY E DUNN                      M0 100%  165 LAKE TRAIL DR
                                            DOUBLE OAK TX 75077

  PAY ARREARS 2 NOT GIVEN

PERSON AUTHORIZED DIRECT DISPOSITION  NAME/ADDRESS/TELEPHONE/RELATIONSHIP
  NAME/RELATIONSHIP    JUDY E DUNN (M)
  ADDR1                165 LAKE TRAIL DRIVE
  ADDR2                DOUBLE OAK TX 75077
  TELE                 817-430-9853

INSURANCE COMPANIES  NR/NAME/POLICY NUMBER
  NONE



MEMBER CERTIFICATION _____      REPORT ON UD NUMBER _026___

WITNESS CERTIFICATION _____     DATE CERTIFIED _20120307___

                                                        PAGE 1 OF 2
```

```
              *** MCTFS RECORD OF EMERGENCY DATA ***            03/07/2012

SSN: 0594961068          NAME: DUNN, DANIEL A
RUC: 01130       COMPANY CODE: M  PRES-GRADE: E3    RECSTAT: E   COMP CODE:
                 PLT CODE: 0230   TRNGRP: A   R-RECSTAT: 0   RCOMP-CODE: K4

NEXT OF KIN  NR/TELEPHONE NUMBER/RELATIONSHIP
      1 214-402-3819                    M
      2 817-430-9853                    F

PRIMARY NEXT OF KIN DIRECTIONS
   NONE

DATE OF CERTIFICATION          20110524 20120307

SGLI MEMBER ELECTION           ELECTS  $400,000 COVERAGE
SGLI MEMBER BENEFICIARY        MOTHER TO RECEIVE
SGLI MEMBER PAY DESIGNATION    LUMP SUM
SGLI MEMBER VA CERTIFY DATE    20110524
SGLI SPOUSE ELECTION           NO SPOUSE
```

MEMBER CERTIFICATION _____        REPORT ON UD NUMBER _026_____

WITNESS CERTIFICATION _____       DATE CERTIFIED _20120307_____

PAGE 2 OF 2

**DEPARTMENT OF DEFENSE**
**ACTIVE DUTY/RESERVE FORCES DENTAL EXAMINATION**

OMB No. 0720-0022
OMB approval expires
Jul 31, 2009

The public reporting burden for this collection of information is estimated to average 3 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Executive Services Directorate (0720-0022). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION.**

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Public Law 105-85, Sec. 765; DoD Directive 6490.2; E.O. 9397.

**ROUTINE USE(S):** None.

**PRINCIPAL PURPOSE(S):** An assessment by a dentist of the state of your dental health for the next 12 months is needed to determine your fitness for prolonged duty without ready access to dental care.

**DISCLOSURE:** Voluntary; however, failure to provide the information may result in delays in assessing your dental health needs for military service.

| 1. SERVICE MEMBER'S NAME (Last, First, Middle Initial) | 2. SOCIAL SECURITY NUMBER | 3. BRANCH OF SERVICE |
|---|---|---|
| Dunn, Daniel | 594 96 1868 | USMC |

| 4. UNIT OF ASSIGNMENT | 5. UNIT ADDRESS |
|---|---|
| VMFA-112 | |

**6. EXAMINATION RESULTS**

Dear Doctor,

The individual you are examining is an Active Duty/Guard/Reserve member of the United States Armed Forces. This member needs your assessment of his/her dental health for worldwide duty. Please mark (X) the block that best describes the condition of the member, using as a suggested minimum a clinical examination with mirror and probe, and bitewing radiographs. **This form is meant to determine fitness for prolonged duty without ready access to dental care and is not intended to address the member's comprehensive dental needs.**

(1) Patient has good oral health and is not expected to require dental treatment or reevaluation for 12 months.

✓ (2) Patient has some oral conditions, but you do not expect these conditions to result in dental emergencies within 12 months if not treated (i.e., requires prophylaxis (asymptomatic caries with minimal extension into dentin,) edentulous areas not requiring immediate prosthetic treatment).

(3) Patient has oral conditions that you do expect to result in dental emergencies within 12 months if not treated. Examples of such conditions are: (X the applicable block or specify in the space provided)

(a) **Infections:** Acute oral infections, pulpal or periapical pathology, chronic oral infections, or other pathologic lesions and lesions requiring biopsy or awaiting biopsy report.

(b) **Caries/Restorations:** Dental caries or fractures with moderate or advanced extension into dentin; defective restorations or temporary restorations that patients cannot maintain for 12 months.

(c) **Missing Teeth:** Edentulous areas requiring immediate prosthodontic treatment for adequate mastication, communication, or acceptable esthetics.

(d) **Periodontal Conditions:** Acute gingivitis or pericoronitis, active moderate to advanced periodontitis, periodontal abscess, progressive mucogingival condition, moderate to heavy subgingival calculus, or periodontal manifestations of systemic disease or hormonal disturbances.

(e) **Oral Surgery:** Unerupted, partially erupted, or malposed teeth with historical, clinical, or radiographic signs or symptoms of pathosis that are recommended for removal.

(f) **Other:** Temporomandibular disorders or myofascial pain dysfunction requiring active treatment.

(4) If you selected Block (3) above, please circle the condition(s) you identified in this patient if they appear above, or briefly describe the condition(s) below:

| (5) Were X-rays consulted? | ✓ YES | NO | IF YES, DATE X-RAY WAS TAKEN (YYYYMMDD) 2-13-2012 |
|---|---|---|---|

| 7. DENTIST'S NAME (Last, First, Middle Initial) | 8. DENTIST'S ADDRESS (Street, City, State, 9-digit ZIP Code) |
|---|---|
| Patel, Neil B. | 2460 Fm 407 Highland Village, TX 75077 |

| 9. DENTIST'S TELEPHONE NUMBER (Include Area Code) | |
|---|---|
| 972-966-1234 | |

| 10. DENTIST'S SIGNATURE/STATE LICENSE NUMBER | 11. DATE OF EXAMINATION (YYYYMMDD) |
|---|---|
| 22332 | 2-13-2012 |

**DD FORM 2813, SEP 2006**   PREVIOUS EDITION MAY BE USED.   Adobe Professional 7.0



## DATA REQUIRED BY THE PRIVACY ACT OF 1974
(5 U. S. C. 552A)

### PART A GENERAL

The Marine Corps uses a variety of forms in administering matters related to the individual Marine. Forms are necessary for enlistment and reenlistment, evaluating performance, applying for training and assignments, granting leave, disciplinary action, administering pay, and other purposes. In some instances, these forms involve the collection of personal information from the individual Marine. Information such as home address and telephone number, names and other information on dependents, preference for duty, address on leave, and the individual's Social Security Number are illustrative of the information asked for on forms.

The Privacy Act of 1974 requires that you be informed of the authority, purposes, uses, and effects of not providing information when it is requested from you. In order to eliminate the need for issuing an individual statement each time information is requested from you about matters such as those described, this statement serves as a on-time Privacy Act Statement which is intended to satisfy the requirements of the Privacy Act when forms elated to your personnel and pay records are used. If you desire more information about a specific form when it is used, your commanding officer will provide such information upon request.

Pursuant to the Computer Matching and Privacy Protection Act of 1988 (P.L. 100-503), information furnished may or will be subject to verification by computer matching (internally or with another specific agency). The match may be necessary to verify accuracy of data, and to uncover waste, fraud, or abuse in Federal Programs.

### PART B - INFORMATION TO BE FURNISHED TO INDIVIDUAL

**1.  AUTHORITY**

Title 5, U.S. Code, Section 301, is the basic authority for maintaining personnel and pay records. Use of Social Security Number as a means of personal identification is authorized by Executive Order 9397 of 23 November 1943.

**2.  PRINCIPAL PURPOSES**

The basic purposes of personnel and pay records are to enable officials and employees of the Marine Corps to efficiently manage personnel resources; to administer pay and allowances; to screen and select individuals for promotion; to provide educational and training programs; to administer appeals, grievances, discipline, litigation, investigations, and adjudication of claims; to administer benefits and entitlements; and to manage retirement and veterans affairs programs. Further information about the purposes and uses of information being requested from can be obtained by consulting the applicable description for system such as the following:

| SYSTEM DESCRIPTION | SYSTEM NUMBER |
|---|---|
| Marine Corps Military Personnel Records System | MMN 00006 |
| Bond and Allotment System | MFD 00004 |
| Joint Uniform Military Pay System/Manpower Management System | MFD 00003 |

**3.  ROUTINE USES**

Information included in personnel and pay records is used by officials and employees of the Marine Corps in the execution of their official duties. The information is also used under certain conditions by officials and employees elsewhere in the Department of Defense; by other Federal agencies such as the General Accounting Office; Office of Personnel Management; Veterans Administration; the Federal Bureau of Investigation and other Federal, state, and local law enforcement authorities; and the General Services Administration. Information is also furnished to Congressional sources. Your Social Security Number is used as a means of personal identification.

**4.  MANDATORY OR VOLUNTARY DISCLOSURE AND EFFECT ON INDIVIDUAL OF NOT PROVIDING INFORMATION**

Disclosure of information required on forms related to personnel and pay records is mandatory. An individual may, at his or her option, elect not to apply for benefits and services to which entitled (leave, registration of allotments, etc.) but once the individual has made the decision to apply for such benefits the disclosure of information on related forms becomes a mandatory action. Failure to provide requested information could have the effect of denying certain benefits and would hamper the efficient management of an individual's career while in the Marine Corps. Disclosure of your Social Security Number if mandatory.

### PACT C - STATEMENT OF UNDERSTANDING BY THE INDIVIDUAL

I have read and understand this statement, I understand that I may have the opportunity to review published systems notices and current Marine Corps directives which pertain to forms which I am asked to complete.

| 20100525 | | 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 |
|---|---|---|
| Date | Signature of the Individual | Social Security No. |

**PRIVACY ACT STATEMENT FOR MARINE CORPS PERSONNEL AND PAY RECORDS**    (5211)
NAVMC 11000 (REV. 5-90) (EF)  SN: 0109-LF-084-8800

*(File Original in OQR or SRB; Provide Copy to Individual)*

# DISCLOSURE ACCOUNTING FORM

RECORD OF DISCLOSURE

## UNAUTHORIZED DISCLOSURE OF PERSONAL INFORMATION FROM
## THIS RECORD COULD SUBJECT THE DISCLOSURE TO CRIMINAL PENALTIES

1.  This is to remain a permanent part of the record described below.
2.  An entry must be made each time the record or any information from the record is viewed by, or furnished to any person or agency, except:
    a.  Disclosure to DOD or DON personnel having a need to know in the performance of their official duties.
    b.  Disclosure of items listed in paragraphs 13b(2)(e) and (f) of SECNAVINST 5211.5 series.

TITLE & DESCRIPTION OF RECORD

| DATE OF DISCLOSURE | METHOD OF DISCLOSURE | PURPOSE OF AUTHORITY | NAME & ADDRESS OF PERSON OR AGENCY TO WHOM DISCLOSED, WITH SIGNATURE IF MADE IN PERSON |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

OPNAV 5211/9 (MAR 1992)

| DATE OF DISCLOSURE | METHOD OF DISCLOSURE | PURPOSE OF AUTHORITY | NAME & ADDRESS OF PERSON OR AGENCY TO WHOM DISCLOSED, WITH SIGNATURE IF MADE IN PERSON |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OPNAV 5211/9 (MAR 1992)**

INDIVIDUAL SEPARATION INFORMATION
1 OF 7

SSN: 0594961068                    NAME: DUNN, DANIEL A.
PRES-GRADE: E3                     DATE: 20130314

PAY ENTRY DATE: 20100712           DATE OF ENL / ACCEPT: 20100712
ACTIVE DUTY DATE:                  TOTAL COMM SVC: 000000

ORIG ENTRY DATE: 20100608

DISCHARGE DATE: 20121205           DCTB: 20110129

END OBLIG SVC: 20180607            GEODCTB: 00
                                   OVERSEAS CONTROL DATE: 20090312
REENLISTMENT ID: 04
SEPARATION CODE: HKQ1              RETIREMENT GRADE:
                                   EFFECTIVE DATE:
CSB ELECT DATE:                    HIGHEST GRADE HELD:
CSB ELECT CD/DESC:

ACTIVE SVC: 000000                 CONSTRUCTIVE SVC: 0
INACTIVE SVC: 000000               RETIREMENT PAY MULT SVC:
TOTAL ACT CONSEC SVC: 0            CAREER SVC PAY: 0
TOTAL CONSEC SVC: 0                INACDU POINTS:
TOTAL SVC: 0                       INACDU POINTS EQ: 000000
TOTAL QUAL SVC: 2-05-28            PLAN RETIREMENT REQ:

MAND REMOVAL DATE:                 TOTAL RETIREMENT POINTS: 400
ANNIV DATE: 20130608               TOTAL QUAL SERVICE: 2-05-28
DATE ELIG TO RET:                  TOTAL SATISFACTORY YEARS: 2
CRCR CERT DATE: 201105
RCSBP DATE:                        COMBAT SERVICE CODE: 0
RCSBP OPTION                       COMBAT DSBL
RCSBP TYPE CVG                     LAST COMBAT TOUR
RCSBP LEVEL                        HEROISM: 0
RCSBP AMT CVG: 0

Case 4:20-cr-00142-SDJ-KPJ  Document 39-6  Filed 07/02/20  Page 33 of 39 PageID #: 377

```
SSN: 0594961068                        NAME: DUNN, DANIEL A.
PRES-GRADE: E3                         DATE: 20130314


HOME OF RECORD STATE: DENTON  TX          COUNTRY OF ORIGIN: US
RELIGION: 13 CHRISTIAN - NO DENOMINATIONAL PREFERENCE


PHONE: 214-850-3866
STREET ADDRESS: 3703 30TH APT A
CITY: LUBBOCK                     STATE: TX   ZIP CODE: 794100000

ACTIVE DUTY MGIB STATUS:

PMOS: 6531                     ADMOS1:
JMOS:                         ADMOS2:
JMOS DATE:                    ADMOS3:
                              ADMOS4:

                              PROFICENCY      CONDUCT
AVERAGE MARKS IN GRADE:           3.6           3.6
AVERAGE MARKS IN SERVICE:         3.9           4.0
AVERAGE MARKS IN ENLISTMENT:      3.9           4.0


                         TIME LOST
SEQ   EFF DATE      TERM DATE     NR DAYS       REASON      CMP CDE
00001                                0
```

INDIVIDUAL SEPARATION INFORMATION
3 OF 7

```
SSN: 0594961068                     NAME: DUNN, DANIEL A.
PRES-GRADE: E3                      DATE: 20130314


RIFLE QUAL DATE: 20100827           PISTOL QUAL DATE: 000000
RIFLE SCORE: 315                    PISTOL SCORE:
RIFLE CLASS: E                      PISTOL CLASS:
EXPERT RIFLE QUAL: 1                EXPERT PISTOL QUAL: 0


                                    SECRTY COMP:
SECURITY ELIGIBILITY:               SECRTY ELIG:
CODE:                               DATE:


CODE            COMPL DATE          RECERT DATE      DESC
MMB             20100915                             TAN BELT

CLAS/ASGN TEST-TYPE:                ASVAB TEST
DATE: 20100301   GT/GCT: 0          AFQT: 88
                 RV: 0              GT: 129
                 AR: 0              MM: 124
                 AC: 0              EL: 122
                 PA: 0              CL: 117


DLAB SCORE: 0
DATE:



CODE     SCHOOLS/SPECIAL SKILLS                ST      DATE
M92      MARINE COMBAT TRAINING                PA      2010
808      RECRUIT TRAINING, MALE                PA      2010
G3L      AIRCRAFT ORDNANCE TECHNICIAN          PA      2011
```

INDIVIDUAL SEPARATION INFORMATION
4 OF 7

```
SSN: 0594961068                    NAME: DUNN, DANIEL A.
PRES-GRADE: E3                     DATE: 20130314


FROM      TO        COMBAT OP LOC          COMBAT OP DESC



FROM      TO        VESSEL NAME                    NET SEA DAYS
```

INDIVIDUAL SEPARATION INFORMATION

5 OF 7

SSN: 0594961068                          NAME: DUNN, DANIEL A.
PRES-GRADE: E3                           DATE: 20130314

AWARDS

```
FROM      TO        TYPE  CODE  ENGLISH
20100712 20101008 2       NN    NATIONAL DEFENSE SERVICE MEDAL
20110415 20110417 4       CE    CERTIFICATE OF APPRECIATION
20111210 20111210 4       CE    CERTIFICATE OF APPRECIATION
20111211 20111211 4       CE    CERTIFICATE OF APPRECIATION
```

GOOD CONDUCT MEDAL DATE:
SMCR MEDAL DATE: 20100712
ARMED FORCES RESERVE MEDAL DATE: 2010-07-12

INDIVIDUAL SEPARATION INFORMATION

6 OF 7

```
SSN: 0594961068                    NAME: DUNN, DANIEL A.
PRES-GRADE: E3                     DATE: 20130314


VA CODE    EFFECTIVE DATE     VA CODE    EFFECTIVE DATE      VA CODE   EFFECTIVE DATE
0
```

INDIVIDUAL SEPARATION INFORMATION
7 OF 7

```
SSN: 0594961068                      NAME: DUNN, DANIEL A.
PRES-GRADE: E3                       DATE: 20130314


     Unit Organization            Primary Duty                    Remarks
------------------------------------------------------------------------------------

D/S MT CO B(-) 6THMTBN 4TH   AIRCRAFT ORDNANCE TECHNICIAN  20120723 JOIN RUC 14652 MCC
MLG                          6531                           SY4 DU
LUBBOCK
14652

                             MOTOR VEHICLE OPERATOR         20120920 CHPRIDU
                             3531

                             MOTOR VECH OPR                 20120920 CHPRIDU
                             3531

                                                            20121205 DROP SPD HKQ1 C RE
                                                            04 ED 20121205
```

INDIVIDUAL SEPARATION INFORMATION
7 OF 7

SSN: 0594961068                    NAME: DUNN, DANIEL A.
PRES-GRADE: E3                     DATE: 20130314

RUC: 00000                 COMPANY CODE:              RECSTAT: E
COMP CODE:                 PLT CODE:                  TRNGRP: A
R-RECSTAT: 9               RCOMP CODE: K4

| Unit Organization | Primary Duty | Remarks |
|---|---|---|
| RECRUIT PERSONNEL SUPPORT BN<br>RTR<br>SAN DIEGO<br>34022 | BASIC MARINE W/ENL GUARANTEE<br>8011 | 20100712 JOIN RUC 34022 MCC<br>017 RECRUIT |
|  |  | 20101008 TR MCC J9Y DU EDA<br>20101019 |
| SCHOOL OF INFANTRY (STUD<br>PERS)<br>CAMP PENDLETON<br>33353 |  | 20101020 JOIN RUC 33353 MCC<br>J9Y GND ENTLEVEL STUD M92 |
|  |  | 20101116 TR MCC J9M DU EDA<br>20101117 |
| AVIATION A&C SCHOOL (STUD)<br>PENSACOLA<br>06050 |  | 20101119 JOIN RUC 06050 MCC<br>J9M TEMINS AVNTRNG |
|  | STUD | 20101122 CHPRIDU |
|  |  | 20110128 TR MCC JAM TEM<br>AVNTRNG EDA 20110129 |
| CTR NAVAL AVN TECH TRNG<br>(CNATT) (STUD PERS)<br>VIRGINIA BEACH<br>06116 | AIRCRAFT ORDNANCE TECHNICIAN<br>6531 | 20110130 JOIN RUC 06116 MCC<br>JAM AVN ENTLEVEL STUD G3L |
|  | STUDENT<br>6531 | 20110201 CHPRIDU |
|  |  | 20110317 DROP SPD MBK2 H RE<br>1A ED 20110317 |
| VMFA-112 MAG-41 4THMAW<br>FORT WORTH<br>01130 | AIRCRAFT ORDNANCE TECHNICIAN<br>6531 | 20110318 JOIN RUC 01130 MCC<br>S3C DU FR IADT IDT REQ 48 |