IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR142 |
| | § | Judge Jordan |
| | § | |
| DANIEL AUSTIN DUNN | § | |

**EXHIBIT LIST**

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 1 | | **Military Records** | | | |
| 2 | | **Lubbock Police Reports** | | | |
| 3 | | **Detention Hearing Transcript - June 18, 2020** | | | |
| 4 | | **Detention Hearing Transcript - June 30, 2020** | | | |
| 5 | | **Facebook Posts - drug use** | | | |
| 6 | | **FBI Interview of BD** | | | |
| 7 | | **Lubbock County motion regarding probation** | | | |
| 8 | | **Twitter Messages** | | | |
| 9 | | **Dunn Facebook Returns** | | | |
| 10 | | **Jail Call 16716102_376057_06-12-2020_14-01-30_1-253-241-1618_7108** | | | |
| 11A | | **Recording of Attempted Interview with Ms. Decker** | | | |
| 11B | | **Recording of Attempted Interview with Ms. Decker** | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 12 | | **ATF Firearm Trace - Savage** | | | |
| 13 | | **ATF Firearm Trace - Taurus** | | | |
| 14 | | **Defendant's Living Room Pictures from Search** | | | |
| 15 | | **Zig Zag Rolling Papers – Google Images** | | | |
| 16 | | **Marijuana Roller Raw – Google Images** | | | |
| 17 | | | | | |
| 18 | | | | | |

Respectfully submitted,

STEPHEN J. COX
United States Attorney

_____/s/_____
CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma Bar No. 20197
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
chris.eason@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on July 22, 2020.

____/s/_____
CHRISTOPHER A. EASON