AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF_____ Texas_____

## WITNESS  LIST

USA v. DANIEL AUSTIN DUNN

### CASE NO.        4:20cr142

| PRESIDING JUDGE Sean D. Jordan | GOVERNMENT'S ATTORNEY Christoper Eason, Tracey Batson | DEFENDANT'S ATTORNEY Temani Adams |
|---|---|---|
| Hearing date(s): 7/22/2020 | COURT REPORTER Gayle Wear | COURTROOM DEPUTY Bonnie Sanford |

| GOVT NO. | DEF. NO. | DESCRIPTION OF WITNESSES |
|---|---|---|
| 1 | | Jeff Cotner |
| | 1 | Rick Dunn |
| | 2 | Judy Dunn |
| 2 | | Christopher Jancosko |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |