IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:20CR142 |
| | § | Judge Jordan |
| DANIEL AUSTIN DUNN | § | |
| a.k.a. Whiskey.Tango10 | § | |
| a.k.a. Osama Bin Drinking | § | |
| a.k.a. @SirAustinofDunn | § | |

## UNITED STATES' ADDENDUM TO MOTION TO REVOKE PRETRIAL RELEASE ORDER

Pursuant to the detention hearing this Court held on July 22, 2020, please see the below and the additional Government exhibits attached.

At the end of the hearing, the Court asked both parties for clarification concerning the defendant's residential locations over the last ten years approximately. In response, the FBI created a timeline, attached at Government's Exhibit 17. This timeline is based on information provided to the FBI by the defendant's prior Denton County probation officer, and is consistent with the testimony provided by FBI SA Jeff Cotner. An additional source authority for the defendant's failed urinalysis tests includes Government's Exhibit 7, previously submitted to the Court. Because the timeline was created in a particular software program, it is difficult to print. However, it can easily be viewed electronically if the Court zooms in on the PDF document.

Last, and in response to the Court's offer to provide an addendum of any other evidence, and directly contrary to defense counsel's assertion that there were no Facebook responses agreeing with or supporting the defendant's threatening posts, please

see Government's Exhibits 18 and 19. Importantly, the Facebook responses are also consistent with FBI SA Jeff Cotner's testimony provided at last week's hearing.

        Respectfully submitted,

        STEPHEN J. COX
        UNITED STATES ATTORNEY

        */s/ Christopher A. Eason*
        Christopher A. Eason
        Anand Varadarajan
        G.R. Jackson
        Tracey Batson
        Assistant United States Attorneys

        Oklahoma Bar No. 20197
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        972-509-1201
        Fax: 972-509-1209
        Email:   chris.eason@usdoj.gov

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this Addendum was served on defense counsel by email on this 28th day of July 2020.

                                                                   */s/ Christopher A. Eason*
                                                                    Christopher A. Eason