# **EXHIBIT 17**

Probation Transfer & Relocation
Dunn's court ordered probation is transferred to Denton County. Dunn is residing with his parents at 165 Lake Trail, Lewisville, Texas.
Relocation
Dunn relocates to an unidentified address in South Texas.
Relocation
Dunn relocates to Denton County and resides with his parents at 324 Porter Road, Bartonville, Texas.
Dunn Continues to Reside with His Parents
Probation
Dunn completes his court ordered probation.
Daniel Austin Dunn
July 2013
11/04/14
THC Detection
April 2015
11/20/15
THC Detection
02/18/16
THC Detection
Burglary Arrest
06/07/16
September 2016
Failed to Submit to Drug Test
10/05/16
Failed to Submit to Drug Test
10/11/16
12/09/16
Cocaine Detection
Failed to Submit to Drug Test
12/15/16
Failed to Submit to Drug Test
01/10/17
Failed to Submit to Drug Test
01/20/17
Failed to Submit to Drug Test
03/02/17
03/03/17
Cocaine Detection
Failed to Submit to Drug Test
03/31/17
04/07/17
Cocaine Detection
04/19/17
Cocaine Detection
04/25/17
Cocaine Detection
Failed to Submit to Drug Test
06/30/17
07/27/17
THC Detection
07/27/17
Cocaine Detection
Failed to Submit to Drug Test
08/09/17
Failed to Submit to Drug Test
08/31/17
Failed to Submit to Drug Test
09/08/17
09/22/17
THC Detection
Failed to Submit to Drug Test
10/09/17
10/16/17
THC Detection
11/02/17
THC Detection
03/06/18
THC Detection
04/04/18
THC Detection
04/23/18
THC Detection
Failed to Submit to Drug Test
05/18/18
05/29/18
THC Detection
Cocaine Detection
06/04/18
06/04/18
THC Detection
Failed to Submit to Drug Test
06/18/18
Failed to Submit to Drug Test
07/10/18
Failed to Submit to Drug Test
07/30/18
Failed to Submit to Drug Test
08/10/18
Failed to Submit to Drug Test
08/14/18
08/23/18
THC Detection
Failed to Submit to Drug Test
09/10/18
Failed to Submit to Drug Test
09/26/18
Failed to Submit to Drug Test
10/01/18
Failed to Submit to Drug Test
10/12/18
11/02/18
THC Detection
Failed to Submit to Drug Test
11/27/18
Failed to Submit to Drug Test
11/30/18
Failed to Submit to Drug Test
12/14/18
Failed to Submit to Drug Test
12/18/18
01/18/19
THC Detection
Failed to Submit to Drug Test
01/23/19
Failed to Submit to Drug Test
01/24/19
Failed to Submit to Drug Test
02/08/19
Failed to Submit to Drug Test
02/14/19
03/01/19
THC Detection
Failed to Submit to Drug Test
03/18/19
Failed to Submit to Drug Test
04/03/19
Failed to Submit to Drug Test
04/05/19
April 2020

