# **EXHIBIT 18**



**Austin Dunn**
June 1 at 10:52 AM ·

Civil unrest is what's needed to start a revolution, and civil unrest is what these protests are turning into every night. I love it.

 9          7 Comments

👍 Like          💬 Comment          ➤ Share

 **Rick Baughman**



Like · Reply · 4d

**Byron Knight**
We need to organize. They got no plan.
👍 2
Like · Reply · 4d

**Austin Dunn**
**Byron Knight** if they were Hong Kong level organized, some shit would get done pretty quickly
Like · Reply · 4d

**Byron Knight**
Austin Dunn tonight at 6:30 we gonna be at the Dallas police station. We need help focusing people's rage away from the community and towards the proper location.
Like · Reply · 4d

Goat #1

Like · Reply · 4d

**Byron Knight**
We need to organize. They got no plan.

Like · Reply · 4d    👍 2

 **Austin Dunn**
**Byron Knight** if they were Hong Kong level organized, some shit would get done pretty quickly

Like · Reply · 4d

**Byron Knight**
**Austin Dunn** tonight at 6:30 we gonna be at the Dallas police station. We need help focusing people's rage away from the community and towards the proper location.

Like · Reply · 4d

**Byron Knight**
Redirect that energy

Like · Reply · 4d

**Justin Posey**
**Byron Knight** proper location is Washington. Start at the federal level and hold the states accountable. Fear motivates politicians. Surround their houses and demand change. Fear of getting hurt or fear of property damage or fear of getting voted out will make this all happen a lot quicker.

Like · Reply · 4d

· Cookies



RsG6iZ-dp5XSUq3vvnhaR4f_o5RgLrPBWcCRg2WCDiW_Ha1CBCYd-MByEQQ7eMRJKRKPV8e3kzmpdNnLNs9sAkEo

Goat#1

 **Justin Posey**
**Byron Knight** proper location is Washington. Start at the federal level and hold the states accountable. Fear motivates politicians. *Surround their houses and demand change. Fear of getting hurt or fear of property damage or fear of getting voted out will make this all happen a lot quicker.*

Like · Reply · 4d

Write a reply...

Press Enter to post.

 **Ken O'Neill**
The people most equipped to enact a revolution do not side with what's essentially a race riot that indescriminantly it destroying small businesses.

Women have been kidnapped, raped, and murdered in this chaos.

I'm not allying with people engaged in that type of behavior.

If comes to cops vs rioters, I know which side will be downrange of me.

Like · Reply · 4d · Edited

Write a comment...

Press Enter to post.

Austin Dunn

MDE1ODQ1MTI3Mzg4Njc3NA%3D%3D& cft [0]=AZUCRkL4GOwM3ROKIVG3pjbhXf_fCy0QSSURsG6iZ-dp