# EXHIBIT 19

**Austin Dunn**
June 3 at 10:58 AM

So far I've seen people shot in the head and eye with rubber bullets, directly and not from a ricochet or bounce, tear gas canisters shot directly at people from point blank range, and children being maced and tear gassed

Why aren't more cops being shot? Why aren't people actually fighting back? You want cops to stop doing this shit, but you roll over immediatley and let them. The cops won't use a peaceful protest to get us to stop doing something they don't like, they'll tear gas, mace, and shoot you instead. Time for us to do the same. If you're a cop and don't like that I suggest you find a new profession, one where you don't get to escalate force because you felt like it, because I don't fucking care

👍❤ 18          14 Comments

👍 Like     💬 Comment     ➤ Share

**Augustus Blackmer**
I concur.

Like · Reply · 6d

**Augustus Blackmer**

When you're Reba McEntired of everyone's bullshit.

McEntired of everyone's bullshit.



Like · Reply · 6d

 Dustin Nelson



Like · Reply · 6d

**Byron Knight**
Hmu if help is needed

Like · Reply · 6d

**Jake Relapse**
I've thought about going out in some of my hockey gear but fear the message it might send/make me a target. But for real I'm sure they would love for someone to shoot at them so that they'd be justified in using more lethal force

Like · Reply · 6d


**Byron Knight**
Hmu if help is needed

Like · Reply · 6d


**Jake Relapse**
I've thought about going out in some of my hockey gear but fear the message it might send/make me a target. But for real I'm sure they would love for someone to shoot at them so that they'd be justified in using more lethal force.

Like · Reply · 6d


**Austin Dunn**
**Jake Relapse** the only thing keeping the police in power and the rest of us under their thumb is the lack of organization in us. They use lethal force, that's running the risk of a lot more people than them using that same force back.

👍 3

Like · Reply · 6d


**Byron Knight**
**Austin Dunn** organize. Target the stations and court houses.

👍 2

Like · Reply · 6d

↪ View 1 more reply


**Ken O'Neill**
In the last 96 hours...

-A Las Vegas Metropolitan Police Officer was shot in the back of the head while struggling with a rioter... See More

More ·

👍❤ 2



**Byron Knight**
Austin Dunn organize. Target the stations and court houses.

Like · Reply · 6d    2

↪ View 1 more reply

**Ken O'Neill**
In the last 96 hours...

-A Las Vegas Metropolitan Police Officer was shot in the back of the head while struggling with a rioter... **See More**

Like · Reply · 6d    2

**Ken O'Neill**
The escalation is already under way.

Like · Reply · 6d    1

**Austin Dunn**
Ken O'Neill I want MORE. We were promised a body count with COVID and it never happened. Here's our second chance.

Like · Reply · 6d    1

**Ken O'Neill**
Austin Dunn they LPD was lined up on main street last night.... so....

Like · Reply · 6d

**Jay Hubbert**
Get out there then. Don't talk about it, be about it. People always wanna stand for something, but stand in the back and "preach." But go ahead, stoop to that level, but if you aren't going to do shit, don't post it, it's just

Message

 **Ken O'Neill**
**Austin Dunn** they LPD was lined up on main street last night.... so....

Like · Reply · 6d

 **Jay Hubbert**
Get out there then. Don't talk about it, be about it. People always wanna stand for something, but stand in the back and "preach." But go ahead, stoop to that level, but if you aren't going to do shit, don't post it, it's just stirring the pot.

👍 2

Like · Reply · 6d

 **Corey Dodd**
**Jay** that's literally what the internet is for. This isn't real life. Everyone already thinks it's ready player 1 up in this bitch. Blood in, blood out.

👍 1

Like · Reply · 6d

Write a comment...

Press Enter to post.

 **Austin Dunn**
June 3 at 9:41 AM ·

We won't ask the national government for military help... but we'll sure as fuck use the national guard that's already here. Fuck you I hope you get a flat tire and fall out of your wheelchair and no ones there to help you back up.

· More ·