IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:20CR142 |
| | § | Judge Jordan |
| | § | |
| DANIEL AUSTIN DUNN | § | |

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 1 | **Military Records** | 7/22/20 |
| 2 | **Lubbock Police Reports** | 7/22/20 |
| 3 | **Detention Hearing Transcript - June 18, 2020** | 7/22/20 |
| 4 | **Detention Hearing Transcript - June 30, 2020** | 7/22/20 |
| 5 | **Facebook Posts - drug use** | 7/22/20 |
| 6 | **FBI Interview of Bailey Decker** | 7/22/20 |
| 7 | **Lubbock County motion regarding probation** | 7/22/20 |
| 8 | **Twitter Messages** | 7/22/20 |
| 9 | **Dunn Facebook Returns** | 7/22/20 |
| 10 | **Jail Call 16716102_376057_06-12-2020_14-01-30_1-253-241-1618_7108** | 7/22/20 |
| 11A | **Recording of Attempted Interview with Ms. Decker** | 7/22/20 |
| 11B | **Recording of Attempted Interview with Ms. Decker** | 7/22/20 |
| 12 | **ATF Firearm Trace - Savage** | 7/22/20 |
| 13 | **ATF Firearm Trace - Taurus** | 7/22/20 |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 14 | **Defendant's Living Room Pictures from Search** | 7/22/20 |
| 15 | **Zig Zag Rolling Papers – Google Images** | 7/22/20 |
| 16 | **Marijuana Roller Raw – Google Images** | 7/22/20 |
| 17 | | |
| 18 | | |