```
**** conversationId: 321471227-1324127016 ****
, {
  "dmConversation" : {
    "conversationId" : "321471227-1324127016",
    "messages" : [ {
      "messageCreate" : {
        "id" : "1220793845862010884",
        "senderId" : "321471227",
        "recipientId" : "1324127016",
        "text" : "I think he grows them, because he said he always has plenty of them",
        "createdAt" : "2020-01-24T19:41:48.843Z",
        "mediaUrls" : [ ]
      }
    }, {
      "messageCreate" : {
        "id" : "1220793770259681284",
        "senderId" : "321471227",
        "recipientId" : "1324127016",
        "text" : "He showed me pictures and he's got tons of them. Like egg crates full of them",
        "createdAt" : "2020-01-24T19:41:30.781Z",
        "mediaUrls" : [ ]
      }
    }, {
      "messageCreate" : {
        "id" : "1220789057208377348",
        "senderId" : "1324127016",
        "recipientId" : "321471227",
        "text" : "I love mushrooms",
        "createdAt" : "2020-01-24T19:22:47.093Z",
```

```
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220789031782486021",
      "senderId" : "1324127016",
      "recipientId" : "321471227",
      "text" : "Fuuuuck yeah!!!",
      "createdAt" : "2020-01-24T19:22:41.028Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220788308759977999",
      "senderId" : "321471227",
      "recipientId" : "1324127016",
      "text" : "He's got mushrooms, lsd, and dmt",
      "createdAt" : "2020-01-24T19:19:48.646Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220788213779968005",
      "senderId" : "321471227",
      "recipientId" : "1324127016",
      "text" : "I'm meeting up with him tonight to make a first buy and see what he's all about. A buddy knows him and said he's legit, so we'll see",
      "createdAt" : "2020-01-24T19:19:26.013Z",
      "mediaUrls" : [ ]
```

```
      }
    }, {
      "messageCreate" : {
        "id" : "1220781543859408900",
        "senderId" : "1324127016",
        "recipientId" : "321471227",
        "text" : "Hook me up bro!!! https://t.co/8DC41lCnCw",
        "createdAt" : "2020-01-24T18:52:55.791Z",
        "mediaUrls" : [ ]
      }
    } ]
  }
}


**** conversationId: 321471227-1038547093445660673 ****
, {
  "dmConversation" : {
    "conversationId" : "321471227-1038547093445660673",
    "messages" : [ {
      "messageCreate" : {
        "id" : "1248720807913758724",
        "senderId" : "321471227",
        "recipientId" : "1038547093445660673",
        "text" : "Hahaha oh I'll bring plenty with me. I haven't been allowed to "legally" posses a gun in 7 years. I'm staying strapped now haha",
        "createdAt" : "2020-04-10T21:13:35.416Z",
        "mediaUrls" : [ ]
      }
    }, {
```

```
      "messageCreate" : {

        "id" : "1248719441904484356",

        "senderId" : "1038547093445660673",

        "recipientId" : "321471227",

        "text" : "Bring some to trade haga",

        "createdAt" : "2020-04-10T21:08:09.745Z",

        "mediaUrls" : [ ]

      }

    }, {

      "messageCreate" : {

        "id" : "1248712694590582790",

        "senderId" : "321471227",

        "recipientId" : "1038547093445660673",

        "text" : "Ok that's what I thought. I'll be down there after I hit up lbk and get all my guns back finally lol",

        "createdAt" : "2020-04-10T20:41:21.050Z",

        "mediaUrls" : [ ]

      }

    }, {

      "messageCreate" : {

        "id" : "1248685294578253835",

        "senderId" : "1038547093445660673",

        "recipientId" : "321471227",

        "text" : "Yessir",

        "createdAt" : "2020-04-10T18:52:28.371Z",

        "mediaUrls" : [ ]

      }

    }, {

      "messageCreate" : {
```

```
      "id" : "1248681436800000004",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "Where are you at now again? Bandera, right?",

      "createdAt" : "2020-04-10T18:37:08.602Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248679419960528905",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "Lol shops open and you can give me some pointers on my lil girls",

      "createdAt" : "2020-04-10T18:29:07.750Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248675081900998660",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "Oh your shop. I'm gonna be down there within the next week probably. Got a "party" tonight for me getting off probation that my buddies have been planning for 7 years lol. Then Monday I'm headed out to Lubbock to get my guns, I'll be there for a day or two, then I may go from there down to you or run home first and then come down",

      "createdAt" : "2020-04-10T18:11:53.475Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {
```

```
      "id" : "1248673996717068294",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "Huh",

      "createdAt" : "2020-04-10T18:07:34.757Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248673811387559940",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "Why aren't ya headed to the shop?",

      "createdAt" : "2020-04-10T18:06:50.575Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248344110785802244",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "Okay cool. Hoping I can find someone to pay as much, right now, as everyone's saying they think it's worth",

      "createdAt" : "2020-04-09T20:16:43.820Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248305362559799303",
```

```
      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "Say a hundred a day and a couple hundred for supplies.",

      "createdAt" : "2020-04-09T17:42:45.519Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248304972439183364",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "I spent about a week and a half on it, I winged it and figured it out step by step hoping it would turn out right. Id say probably 4-5 days, letting the glue set overnight on everything, now that I know what I'm doing lol",

      "createdAt" : "2020-04-09T17:41:12.516Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1248299496267710468",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "Yo. How long did the bag take to make?",

      "createdAt" : "2020-04-09T17:19:26.881Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1226843309655678980",
```

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "I need shrroooommmssss",

      "createdAt" : "2020-02-10T12:20:13.368Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1226472307318820868",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "I need stickers",

      "createdAt" : "2020-02-09T11:45:59.503Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1226378152257216522",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "You got your own stickers yet homie? I need a couple for the cooler and work bench",

      "createdAt" : "2020-02-09T05:31:51.189Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1222358751316992004",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

```
      "text" : "https://t.co/ql1sx4t1Mc",

      "createdAt" : "2020-01-29T03:20:11.353Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1220890500573679627",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "I'm meeting up with him in about an hour",

      "createdAt" : "2020-01-25T02:05:53.081Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1220880777510039558",

      "senderId" : "1038547093445660673",

      "recipientId" : "321471227",

      "text" : "Lol howd it go, im giddy",

      "createdAt" : "2020-01-25T01:27:14.912Z",

      "mediaUrls" : [ ]

    }

  }, {

    "messageCreate" : {

      "id" : "1220767622683295748",

      "senderId" : "321471227",

      "recipientId" : "1038547093445660673",

      "text" : "Deal. I'll see what I can do tonight when I meet up with him.",

      "createdAt" : "2020-01-24T17:57:36.706Z",
```

```
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220767161389592582",
      "senderId" : "1038547093445660673",
      "recipientId" : "321471227",
      "text" : "If you can get me a half of shrooms ill pay you or trade you in weed hahaha",
      "createdAt" : "2020-01-24T17:55:46.738Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220766638762577925",
      "senderId" : "321471227",
      "recipientId" : "1038547093445660673",
      "text" : "My buddy that knows him personally said he's no bullshit. I'm meeting up with him later this evening to get some and see what he's all about. What he showed me was egg crates full of them",
      "createdAt" : "2020-01-24T17:53:42.151Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220765329711927301",
      "senderId" : "1038547093445660673",
      "recipientId" : "321471227",
      "text" : "I need some shrooms.",
      "createdAt" : "2020-01-24T17:48:30.035Z",
      "mediaUrls" : [ ]
```

```
    }
  }, {
    "messageCreate" : {
      "id" : "1220765281125093380",
      "senderId" : "1038547093445660673",
      "recipientId" : "321471227",
      "text" : "Dont fuck with me i need him in my life",
      "createdAt" : "2020-01-24T17:48:18.432Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220764173556232202",
      "senderId" : "321471227",
      "recipientId" : "1038547093445660673",
      "text" : "I've seen documentaries that didn't have as much acid or as many mushrooms as this dude has. DMT as well.",
      "createdAt" : "2020-01-24T17:43:54.406Z",
      "mediaUrls" : [ ]
    }
  }, {
    "messageCreate" : {
      "id" : "1220763017081761801",
      "senderId" : "1038547093445660673",
      "recipientId" : "321471227",
      "text" : "No joke you found one? I need oneee",
      "createdAt" : "2020-01-24T17:39:18.642Z",
      "mediaUrls" : [ ]
    }
```

```
    }, {
      "messageCreate" : {
        "id" : "1217813438640132100",
        "senderId" : "1038547093445660673",
        "recipientId" : "321471227",
        "text" : "Follow me on Instagram so i can send you shit @jmohon",
        "createdAt" : "2020-01-16T14:18:44.359Z",
        "mediaUrls" : [ ]
      }
    } ]
  }
}
```