Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-10 00:38:13 UTC
**Body** You ever gonna come over again to make some more videos with me? :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-15 02:28:49 UTC
**Body** Got a valentines date? 🥰

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 04:27:13 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:40:58 UTC
**Body** We ever gonna talk or see each other again? Lol

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:45:17 UTC
**Body** Omg I can't talk to youuuuu. I have a bf 🙈🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:47:20 UTC
**Body** How about not having a boyfriend tonight? 🙈🙈🙈

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:48:41 UTC
**Body** Nah I'm fucked up. Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:49:19 UTC
**Body** Well you'll enjoy riding me even more then :) we gotta make some new updates videos

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:49:36 UTC
**Body** Wanna see the old ones? 🙈

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:50:07 UTC
**Body** Omg no!!! Never!!! Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:50:19 UTC
**Body** Haha why not

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:51:17 UTC
**Body** Bc🙈🙈🙈

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:51:30 UTC
**Body** lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:51:44 UTC

**Body**
> They're pretty good ones, but we need to make some new ones 😊

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 05:52:07 UTC
**Body** I can't

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:55:32 UTC
**Body** Yeah you can, come over

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 06:15:25 UTC
**Body** Nooooo I can't!

**Author** Alyssa Weinstein (Facebook: 29602154)
**Sent** 2020-03-14 06:15:35 UTC
**Body** For real

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 06:27:12 UTC
**Body** Yeah you can :) come over, I'm about to be home. Me and you are gonna have some of that amazing sex we always had again

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 08:34:22 UTC
**Body** We need to do that again ;)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 08:34:34 UTC
**Body** You sent a video.
**Attachments** video-1584174874.mp4 (234651861022962)
> **Type** video/mp4
> **Size** 12177369
> **URL** https://attachment.fbsbx.com/messaging_attach
> ment.php?aid=234651861022962&mid=mid.%2
> 4cAAAAAClJ7w93CXOHSlw2C1RX0bPv&uid=680
> 156773&accid=680156773&preview=0&hash=
> AQDDmVl7MpDlWX-9-ZdC0Uok3RDgPhLx5LZ4iH
> NY76Q4mA

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 09:04:24 UTC
**Body** You sent a video.
**Attachments** video-1584176663.mp4 (2673231052804856)
> **Type** video/mp4
> **Size** 12082725
> **URL** https://attachment.fbsbx.com/messaging_attach
> ment.php?aid=2673231052804856&mid=mid.%
> 24cAAAAAClJ7w93CY7V41w2Eg_-FhRt&uid=680
> 156773&accid=680156773&preview=0&hash=
> AQDOoczti8N2OednwYryG8a0E0vjwSg_LPdybTz
> whDe7_g

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 06:35:01 UTC
**Body** Hey

**Author**
　　　　Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 10:10:56 UTC
**Body** You not gonna respond to our amazing videos? :(

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 15:08:54 UTC
**Body** Hey you. We got a new video to make

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-21 22:38:56 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 02:32:00 UTC
**Body** I've got a blunt ready for you to come over and smoke while you're
　　　　riding me tonight 🫦

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 13:09:11 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-19 18:08:51 UTC
**Body** Hey come smoke and hangout :)


**Thread** (10155316718511774)
　　**Current** 2020-07-03 01:53:40 UTC
**Participants** Michael O'Shea (Facebook: 1043944469)
　　　　　　Austin Dunn (Facebook: 680156773)


**Author** Michael O'Shea (Facebook: 1043944469)
**Sent** 2020-01-04 00:42:54 UTC
**Body** Michael sent a photo.
**Attachments** image-2487335731519427 (2487335731519427)
　　　　　　**Type** image/jpeg
　　　　　　**Size** 24901
　　　　　　**URL** https://attachment.fbsbx.com/messaging_attach
　　　　　　ment.php?aid=2487335731519427&mid=mid.%
　　　　　　24cAAAAABazCnB1n0aOR1vbgFBy1oV1&uid=68
　　　　　　0156773&accid=680156773&preview=0&hash
　　　　　　=AQBsXfUpLjEr3LSmplt9US8YPemLjdSy-5K30Os
　　　　　　T6cNmjA

| Facebook Business Record | Page 2380 |
|---|---|

**Photo ID**

2276885472618623

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 09:40:15 UTC
**Body** Just have them choke you both together 🤷‍♀️ problem solved

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:59:14 UTC
**Body** What are you doin tonight

**Author** Madilyn Mae Gates (Facebook: 100000061163660)
**Sent** 2020-04-15 07:19:13 UTC
**Body** Just in bed, I have a day full of drinking planned for tomorrow that I have to mentally prepare for 🙃🙃

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 07:20:35 UTC
**Body** Hahaha well damn, I was gonna see if you wanted to smoke but that's fair enough I guess

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-05-03 02:23:08 UTC
**Body** Happy birthday! Slut it up tonight and have fun

**Author** Madilyn Mae Gates (Facebook: 100000061163660)
**Sent** 2020-05-05 04:21:08 UTC
**Body** I'm just seeing this!! Thank you ❤️❤️

**Author** Madilyn Mae Gates (Facebook: 100000061163660)
**Sent** 2020-05-05 04:21:14 UTC
**Body** I got so fucking drunk lmao

**Author** Madilyn Mae Gates (Facebook: 100000061163660)
**Sent** 2020-05-16 09:38:39 UTC
**Body** Where have you been I feel like I haven't seen you in forever

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-05-19 17:58:56 UTC
**Body** Haha I've been around. Been super busy with leather work and I got a lady friend that just moved here

**Thread** (10158119838106774)
**Current** 2020-06-18 19:55:46 UTC
**Participants** Ryan Edgmon (Facebook: 100004594982270)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-08 10:44:23 UTC
**Body** Hey man. We don't know each other, but me and your wife do. We got together a couple summers back and she took some videos of

us that she said she was sending to you while you were at work. I ended up going out of the country the week after me and her got together and got a new phone and lost the videos that she had sent to me of me and her. All I have left are 3 Videos of her giving me head. I was wondering if y'all still had the rest of the videos of us? And I would send you the ones I have if you didn't still already have them.

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-08 23:49:58 UTC
**Body** You can now call each other and see information like Active Status and when you've read messages.

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-08 23:49:58 UTC
**Body** ?

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-15 05:47:03 UTC
**Body** Na got new phones and lost everything

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 06:34:28 UTC
**Body** You and her want her and I to make some new videos?

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-15 19:02:19 UTC
**Body** I would just have to ask her send old videos if you have them

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 21:36:45 UTC
**Body** I've got these three, they're the only ones I ever had saved. I wish I had the rest of them from that night

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-15 21:54:24 UTC
**Body** Send them if u would

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 21:54:44 UTC
**Body** I sent them, did they not go through?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 21:55:03 UTC
**Body** You sent a video.
**Attachments** video-1584309302.mp4 (224581872061604)
**Type** video/mp4
**Size** 5077954
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=224581872061604&mid=mid.%2
4cAABa9ArWQxt3EXbCX1w4CFKEoKVj&uid=680
156773&accid=680156773&preview=0&hash=
AQALVHoV4izcV15Y_cJZbS6RsTAjvjQdHXt_gFWin
cjaCg

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-15 21:56:19 UTC
**Body** No

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 01:00:43 UTC
**Body** You sent a video.
**Attachments** video-1584320443.mp4 (479181139631355)
**Type** video/mp4
**Size** 10975629
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=479181139631355&mid=mid.%2
4cAABa9ArWQxt3EiC97lw4CFKO9uBV&uid=680
156773&accid=680156773&preview=0&hash=
AQBCeEinfayRYdzA2xUHyb6WNatDk9AE0vn10h
eGU39TOg

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 01:01:00 UTC
**Body** You sent a video.
**Attachments** video-1584320459.mp4 (135482417892848)
**Type** video/mp4
**Size** 10975629
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=135482417892848&mid=mid.%2
4cAABa9ArWQxt3EiD9WFw4Nu0Kw4LT&uid=68
0156773&accid=680156773&preview=0&hash
=AQAJxErzldvULWlias_WqzC-
CqvPNRCgyoQdH7jh0eZJpg

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 01:04:59 UTC
**Body** You sent a video.
**Attachments** video-1584320699.mp4 (2851322248246841)
**Type** video/mp4
**Size** 12037590
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=2851322248246841&mid=mid.%
24cAABa9ArWQxt3EiSkA1w4CFLM9uBV&uid=68
0156773&accid=680156773&preview=0&hash
=AQCnMd1pJfPsL1SxNiqyz5SN-
SqgDAouZZJiqfL5IbH-mQ

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 01:07:53 UTC
**Body** You sent a video.
**Attachments** video-1584320873.mp4 (206228090596179)
**Type** video/mp4
**Size** 12043094
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=206228090596179&mid=mid.%2
4cAABa9ArWQxt3EidKplw4Nu0iQ4LT&uid=6801
56773&accid=680156773&preview=0&hash=A
QD0vhoVjXO89sLI4v2C6Yq3HB7mxMi9osG2YZx
MJZ3Zkg

**Author** Austin Dunn (Facebook: 680156773)

**Sent**
    2020-03-16 02:46:55 UTC
**Body** You sent a video.
**Attachments** video-1584326815.mp4 (194810891941461)
    **Type** video/mp4
    **Size** 12045969
    **URL** https://attachment.fbsbx.com/messaging_attach
    ment.php?aid=194810891941461&mid=mid.%2
    4cAABa9ArWQxt3EoH4olw4NvsEEPb0&uid=680
    156773&accid=680156773&preview=0&hash=
    AQAoz2nVQQVPBwfk5L8LwqfrLfNVCrT_kOV2yqh
    FguwPGw

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-16 03:25:01 UTC
**Body** I got one of them

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:49:12 UTC
**Body** The others didn't go through?

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-03-16 03:49:58 UTC
**Body** Na

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:52:50 UTC
**Body** I sent them to her just now and they went through

**Author** Ryan Edgmon (Facebook: 100004594982270)
**Sent** 2020-05-14 22:05:17 UTC
**Body** AND SO IT BEGINS...
**Share**   **Date Created** 2020-05-14 22:05:17 UTC
    **Text**
    **Url**

**Thread** (10110073646334030)
    **Current** 2020-06-18 19:55:46 UTC
**Participants** Jamie Smith (Facebook: 23911838)
    Austin Dunn (Facebook: 680156773)

**Author** Jamie Smith (Facebook: 23911838)
**Sent** 2020-05-24 18:10:29 UTC
**Body** Hey - I'm not into public shaming, but I would self-edit your use of
the term retarded on your FmC thread. That's pretty disgusting
and makes people pretty quick to dismiss your feedback as you
come across as an ignorant bigot, instead of having a credible
perspective.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-05-24 19:21:41 UTC
**Body** Well I have a severely mentally retarded brother who I take care of,
so definitely not an ignorant bigot. I'll say retarded all I want, I'm
not in charge of how people choose to interpret it on their own. A

| Facebook Business Record | Page 2402 |
| --- | --- |

**Thread**

(10158093270766774)
**Current** 2020-06-18 19:56:15 UTC
**Participants** Lauren Bilderback (Facebook: 100001629558035)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 04:37:53 UTC
**Body** Hey

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-02-29 04:39:58 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 04:40:31 UTC
**Body** What happened to your snapchat

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-02-29 04:41:17 UTC
**Body** It's working

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-02-29 04:41:23 UTC
**Body** Why?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 04:42:06 UTC
**Body** We ain't friends on there anymore :(

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-02-29 04:42:30 UTC
**Body** What is ur snap name

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 04:43:10 UTC
**Body** Austindunn08

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 04:26:59 UTC
**Body** Hey

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-03-14 16:09:43 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 15:17:42 UTC
**Body** You gonna come over to let me eat your pussy and ride me?

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-03-15 18:57:05 UTC
**Body** When would u want to?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 18:59:12 UTC
**Body** Whenever you want

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 08:05:36 UTC
**Body** Hey

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-04-11 14:10:06 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 14:12:49 UTC
**Body** What are you doin today?

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-04-11 14:14:03 UTC
**Body** I am chillin why?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 14:18:57 UTC
**Body** Was gonna see if you wanted to hang out. I was thinking about those pictures you had sent me and I really wanted to see it in person :)

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-04-11 14:22:57 UTC
**Body** U know we r not supposed to be seeing each other rn there is a virus going around I haven't even seen my best friends

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 14:29:08 UTC
**Body** Oh I self quarantined at my house the last two weeks and that was up the other day

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-04-11 14:29:50 UTC
**Body** Ohh really?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 14:31:16 UTC
**Body** Yup. Figured I'd get it out of the way and better safe than sorry.

**Author** Lauren Bilderback (Facebook: 100001629558035)
**Sent** 2020-04-11 14:31:35 UTC
**Body** Yes true

**Thread** (10155615354421774)
**Current** 2020-06-18 19:56:15 UTC
**Participants** Linnea Loree (Facebook: 1345159518)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 06:47:08 UTC
**Body** Want to come over and smoke?

**Author** Linnea Loree (Facebook: 1345159518)
**Sent** 2020-03-13 06:53:39 UTC

**Body** I always want to smoke lol.. but i'm not in the mood to go anywhere to do it atm.. but I appreciate the offer (random as it was) its been a while..

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 06:55:47 UTC
**Body** Ahhh ok. I just got home and wanted to smoke but didn't wanna smoke alone, figured you were always down

**Author** Linnea Loree (Facebook: 1345159518)
**Sent** 2020-03-13 06:57:10 UTC
**Body** I'm a real home body these days.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 06:57:13 UTC
**Body** It's been a little while yeah haha after last time I was hoping you'd come over some more to smoke and stay here again

**Author** Linnea Loree (Facebook: 1345159518)
**Sent** 2020-03-13 06:57:37 UTC
**Body** been that way way for more than a year now. But like I said, I still do appreciate the offer

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 06:59:30 UTC
**Body** Ahhh okay, well there's nothin wrong with that. Wanna make plans to get a drink and come smoke this weekend? If you're free

**Author** Linnea Loree (Facebook: 1345159518)
**Sent** 2020-03-13 07:07:03 UTC
**Body** I don't know that I want to make plans for anything because i'm not big on going out lately and don't want to be flaky and end up ditching. But i have been wanting to go sing karaoke sometime soon.. so how about if and when I do that, I'll message you and maybe we can catch up then?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 07:09:29 UTC
**Body** Are you just not wanting to go out to a bar or somewhere much? You could just come over and hang out here then. And when you wanna go do karaoke we can meet up then, too

**Author** Linnea Loree (Facebook: 1345159518)
**Sent** 2020-03-13 07:55:07 UTC
**Body** It's an any where thing. Not just bars. I've just had a lot of things going on in the last couple weeks and to be quite honest I'm exhausted. I had a friend in the ICU for several weeks and was up there for basically 18 hours a day every day and now I have a family member on mom side who is probably about to die and i just know myself well enough by now to know that when dealing with everything becomes a bit much.. i end up needing a few weeks of decompression. And the way i usually do that is by staying home

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 05:04:34 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)

**Size**
0

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAABa9FlNtoZ3lnyrV1xZTWlp0v2A&uid=68015
6773&accid=680156773&preview=0&hash=AQ
CGu7UlimlBQ8Yhaw4XdNEolQFN97onxA-
cHmZ2cnaWlQ



**Photo ID** 369239263222822

**Author** Evan Shelton (Facebook: 100005927446755)
**Sent** 2020-04-10 18:04:25 UTC
**Body** No covid caused the company i work for to furlough everybody

**Author** Evan Shelton (Facebook: 100005927446755)
**Sent** 2020-04-10 18:05:00 UTC
**Body** I am starting my new job in June but he would have to have
airframe and powerplant license

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-10 18:28:18 UTC
**Body** Ahhh I gotcha. I didn't even think about the virus shit shutting stuff
down. All good homie, just thought I'd ask

**Author** Evan Shelton (Facebook: 100005927446755)
**Sent** 2020-04-10 18:58:01 UTC
**Body** Yea its been rough going in aviation.

**Thread** (10153491754271774)
**Current** 2020-06-18 19:56:15 UTC
**Participants** Natalie Fangman (Facebook: 100000421855976)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:21:23 UTC
**Body** Hey

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 05:30:14 UTC
**Body** heyy

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:31:27 UTC
**Body** Whatcha doin tonight sweetheart

**Author** Natalie Fangman (Facebook: 100000421855976)

**Sent**

2020-03-11 05:32:31 UTC

**Body** i just pulled up to the house and now bout to smoke me a bowl and relax

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:33:22 UTC
**Body** Wanna smoke a bowl and hang out? :)

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 05:34:13 UTC
**Body** i just got home from your neck of the woods lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:34:37 UTC
**Body** Haha well I'll come up to see you and smoke with you :)

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 05:36:32 UTC
**Body** if i didn't have to work in the morning, i'd be 100% game

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:37:47 UTC
**Body** Well I won't keep you up too late. And if I do I promise to make being a little tired in the morning worth it. I just left the shop and wanna smoke with someone

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 06:00:23 UTC
**Body** hit me up another night and i'm down to chill and smoke!

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 06:00:41 UTC
**Body** also, aren't you on probation?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 06:01:18 UTC
**Body** What are you doin tomorrow night? I'm done with probation. I'm off April 11 but I don't have to go check in or anything anymore so I can smoke now

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-11 06:05:13 UTC
**Body** i just remember seeing one of your tweets about it lol but tomorrow evening i may be at the ranch in sturgeon but i'm not 100%

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 06:05:56 UTC
**Body** Oh yeah, I'm done now. Well we should smoke tonight then if you'll be gone tomorrow :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 04:26:28 UTC
**Body** Whatcha doin tonight

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-14 05:09:33 UTC
**Body** i'm at the hospital with my grandma

**Facebook Business Record**                                    Page 2408

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:19:29 UTC
**Body** Oh that's no bueno

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-03-14 05:31:25 UTC
**Body** no sir, what you up to

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 05:35:46 UTC
**Body** Just leaving the shop, was gonna head home and see if you wanted to come smoke

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 05:04:30 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 13:09:00 UTC
**Body** Hey

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-04-11 15:37:26 UTC
**Body** hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 18:05:08 UTC
**Body** Wanna come smoke later?

**Author** Natalie Fangman (Facebook: 100000421855976)
**Sent** 2020-04-11 18:20:36 UTC
**Body** i'm working all day and evening

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 18:29:03 UTC
**Body** What about tonight

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-11 18:29:07 UTC
**Body** After work

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-19 18:08:37 UTC
**Body** Wanna come smoke tonight?

**Thread** (10155012629656774)
**Current** 2020-06-18 19:56:15 UTC
**Participants** Clay Auxier (Facebook: 1006200023)
Austin Dunn (Facebook: 680156773)

**Author** Clay Auxier (Facebook: 1006200023)
**Sent** 2020-04-18 01:18:01 UTC
**Body** What happened to hannah bro?!!

**Thread**

    (10156014032141774)
       **Current** 2020-06-18 19:56:15 UTC
  **Participants** Lauren Edwards (Facebook: 813193959)
                Austin Dunn (Facebook: 680156773)

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:21:16 UTC
           **Body** Hey

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:22:31 UTC
           **Body** I've seen some of you and your mans ads online. Was seeing if y'all
                 were still in the lifestyle

         **Author** Lauren Edwards (Facebook: 813193959)
           **Sent** 2020-03-11 05:24:24 UTC
           **Body** lol damn mustve been from a long time ago. where,craigslist?

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:25:30 UTC
           **Body** Yes ma'am I think so. We had talked a few years back through
                 emails and I added you on here but then I moved out of state.

         **Author** Lauren Edwards (Facebook: 813193959)
           **Sent** 2020-03-11 05:26:40 UTC
           **Body** ohok cool. so you back in town now? and imassuming youre
                 referring to the vouyer stuff right?

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:27:28 UTC
           **Body** Yes ma'am I'm back in town now. We had talked about mfm and
                 vouyer

         **Author** Lauren Edwards (Facebook: 813193959)
           **Sent** 2020-03-11 05:28:34 UTC
           **Body** mfm?

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:29:46 UTC
           **Body** Straight threesome with me, you, and your husband.

         **Author** Lauren Edwards (Facebook: 813193959)
           **Sent** 2020-03-11 05:31:40 UTC
           **Body** no no no.sorry, we never did threesomes. it was strictly just me
                 and him but allowed the person to be in the room and watch it all

         **Author** Austin Dunn (Facebook: 680156773)
           **Sent** 2020-03-11 05:33:04 UTC
           **Body** Hmmm. I thought we talked about that. Maybe it was me bringing
                 another girl as well and the four of us? If not, are y'all still into the
                 vouyer?

         **Author** Lauren Edwards (Facebook: 813193959)
           **Sent** 2020-03-11 05:34:28 UTC
           **Body** yes

         **Author** Austin Dunn (Facebook: 680156773)

**Sent**

2020-03-11 05:34:51 UTC
**Body** Want to set that up?

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:36:29 UTC
**Body** ok yeah, lets talk details.

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:37:14 UTC
**Body** I have my own place. no roommates or anything so total privacy

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:38:51 UTC
**Body** youre allowed to watch, pleasure yourself ifyou desire, but no filming or physical involvement with us

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:41:18 UTC
**Body** Okay. You don't do anyone one on ones do you? Cool if you don't, just wasn't sure since you said you have your own place, wasn't sure if that meant with him or not. When's the next time you'd like to do that, me come over and watch

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:42:47 UTC
**Body** well its my place but hes  here now. when would you want to come?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:44:49 UTC
**Body** So you do or don't do one on ones? I'll come over now and watch if you want

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:45:53 UTC
**Body** I can talk to you about one onones another time when hes not here, but yeah tonights cool

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:50:16 UTC
**Body** Okay :) So what exactly do you want from me tonight? Just wanna make sure we don't make it awkward. Just come in, meet y'all, stay in the room and watch you and him? Anything else?

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 05:56:26 UTC
**Body** don't worry its not awkward were super chill  and laid back. ive already had a few drinks so having  a little buzz on always seems to help get me in the mood if youknow what im saying lol. but yeah, just come on over and make yourself at home, sit  back and relax. ill put some lingerie on and some music and we get eachother warmed up pretty quickly with foreplay and oral then we have awesome sex lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:58:34 UTC
**Body** Okay that sounds good then haha what's your address

**Author**

Lauren Edwards (Facebook: 813193959)

**Sent** 2020-03-11 05:59:44 UTC

**Body** I will give it to you as soon as were done discussing the final details$$$

**Author** Austin Dunn (Facebook: 680156773)

**Sent** 2020-03-11 06:00:23 UTC

**Body** Oh what's that

**Author** Lauren Edwards (Facebook: 813193959)

**Sent** 2020-03-11 06:03:15 UTC

**Body** we usuallysay $125 if its your first time seeing us. its a great discount in hopes that you enjoy it so much you want to come back and see us again and again! :)

**Author** Austin Dunn (Facebook: 680156773)

**Sent** 2020-03-11 06:05:19 UTC

**Body** Ahhhh okay I didn't know y'all charges anything. I can't do that tonight. But this weekend I probably could. Do you charge for one on ones, and how much if you do

**Author** Lauren Edwards (Facebook: 813193959)

**Sent** 2020-03-11 06:06:22 UTC

**Body** oh for just one on one with me its a 300 minimum

**Author** Lauren Edwards (Facebook: 813193959)

**Sent** 2020-03-11 06:07:07 UTC

**Body** depending on if ther are any fetishes involved tc

**Author** Austin Dunn (Facebook: 680156773)

**Sent** 2020-03-11 06:07:08 UTC

**Body** Alright this weekend I'll do that then :)

**Author** Lauren Edwards (Facebook: 813193959)

**Sent** 2020-03-11 06:07:34 UTC

**Body** Lauren: 🥰

**Attachments** sticker (369239263222822)

**Type** image/png

**Size** 0

**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAABjyBIJ2-XneUlwyDSTmjfcS&uid=680156 773&accid=680156773&preview=0&hash=AQA dKbt_xuTr6edpUbjyen-0Fz8nnVBhFj1qK6JUlxfEG g



**Photo ID** 369239263222822

**Author** Austin Dunn (Facebook: 680156773)

**Sent**

2020-03-11 06:08:31 UTC
**Body** No, no fetishes. Just want to go down on you for a while and then have some amazing sex

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-03-11 06:10:25 UTC
**Body** cool w me

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 06:11:03 UTC
**Body** Do you have any pictures I can see? More than what's on fb I mean

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 06:47:51 UTC
**Body** Are you free Saturday night?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 04:28:35 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:41:04 UTC
**Body** Hey

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 06:42:31 UTC
**Body** Hi who's this?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:42:56 UTC
**Body** We had talked about having a one on one meet up

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:43:11 UTC
**Body** Met from a craigslist ad a while back

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 06:44:26 UTC
**Body** Oh yeah that was something I was doing together with my husband back then. Not alone though

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:45:54 UTC
**Body** Oh okay I thought you had said you were down for one on ones

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 06:46:28 UTC
**Body** Oh no, sorry

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 06:47:10 UTC
**Body** Do you do mfm at all or is it just watching? Would you be done for a one on one if I paid

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 06:50:46 UTC
**Body** No unfortunately it's only every been for People interested in voyeurism and watching. Nothing in inclusive with any third parties

lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 07:03:50 UTC
**Body** Oh. I could have sworn you told me it was $300 for a one on one me and you meet up

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 07:24:05 UTC
**Body** Lol nope sorry. Either was a different girl or I was probably very intoxicated if I said that

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 07:26:20 UTC
**Body** Oh, well if you were intoxicated again would you consider it lol I'd be willing to pay that for some time spent with you

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 07:33:05 UTC
**Body** Prob not hun. Sorry

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-15 07:34:53 UTC
**Body** Ahh well damn, I've got $300 ready to let go tonight if you were. If you ever change your mind and want to, let me know :)

**Author** Lauren Edwards (Facebook: 813193959)
**Sent** 2020-04-15 07:35:10 UTC
**Body** Lauren: 🙈🙈
**Attachments** sticker (369239263222822)
     **Type** image/png
     **Size** 0
     **URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAABjyBIJ3rgikRFxfMNadZ6wO&uid=68015
6773&accid=680156773&preview=0&hash=AQ
AGr6F5hL83m0NR50nbbQDmzc0IcIeC5HkCZPa5
IMHAaQ



**Photo ID** 369239263222822

**Thread** (3059138964149840)
**Marketplace Id** 2592215521016708

**Current** 2020-06-18 19:56:15 UTC
**Participants** Austin Dunn (Facebook: 680156773)
Drew Rubio (Facebook: 100003176588941)

| | |
|---|---|
| Facebook Business Record | Page 2416 |

**Author**

 Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 09:55:32 UTC
**Body** Ooooohhhh that's no fun

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 09:55:48 UTC
**Body** It was that or become single 🙄

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 09:56:08 UTC
**Body** Might as well get in all the trouble tonight then 🙄

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 09:57:42 UTC
**Body** Negative lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 09:59:35 UTC
**Body** Well that's no fun 🙄

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:01:32 UTC
**Body** Lol sorry! Time to call the girlfriend

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:03:32 UTC
**Body** But I'd rather call you :)

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:03:48 UTC
**Body** Noooo

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:04:02 UTC
**Body** I gotta go back to sleep. I have to work in a couple hours 😴😴😴😴

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:06:36 UTC
**Body** Yeeeaaaahhhh. You can bring your clothes and everything with you to get ready for work here 🙄

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:08:56 UTC
**Body** Notttt gonna happen

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:11:35 UTC
**Body** That's no fun :(

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:11:55 UTC
**Body** I still wanna fuck you senseless 🙈🙈🙈♀

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:12:08 UTC
**Body** Boy 🙈🙈🙈♀🙈🙈🙈♀🙈🙈🙈♀

**Author** Madeline Watson (Facebook: 631297683)

**Sent**
2020-02-29 10:12:21 UTC
**Body** I'm going to sleep. Behave yourself

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:13:06 UTC
**Body** Oh I'm gonna make you scream for more when I get you bent over in my bed... or the back of this '67 convertible camaro we've got at the shop 😈

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 10:13:29 UTC
**Body** Goodnight Austinnnn

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:14:20 UTC
**Body** That wasn't a no 😏

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:17:07 UTC
**Body** I'm gonna get you up to the shop one night and bend you over one of the race cars or muscle cares and just fuck you stupid. You're gonna be begging for more and not gonna know which way is up when we're done

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:38:02 UTC
**Body** I've seen you pictures, your ass is fuckin amazing. I can't wait to get behind you and grab on it and smack it 😈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 10:58:06 UTC
**Body** You stop by on your way to work and I'll fuck you so good you won't care about any clients givin you a hard time the rest of the day. I'm gonna lay you down on the bed and you'll beg for more. Even if going down on you isn't what really gets you off, I'm gonna wrap your legs around my head and bury my face in your pussy and eat you out until you're as wet as you can get, then fuck your brains out 😈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:04:50 UTC
**Body** Let's play a game of "how wet can I get you first thing in the morning" 😏

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:05:11 UTC
**Body** Quit it lol

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:05:20 UTC
**Body** I'm not coming over or anything

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:08:15 UTC
**Body** I ain't quitting until I get you in bed and under or on top of me

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:08:20 UTC

**Body**
    🫤

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:08:24 UTC
  **Body** Or both

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:10:02 UTC
  **Body** You don't have to come over this morning to still try and see how wet I can get you, getting you to think about how I'll give you the best "just woke up" morning fuck you've ever had

**Author** Madeline Watson (Facebook: 631297683)
  **Sent** 2020-02-29 13:11:43 UTC
  **Body** You're not doing a good job lol

**Author** Madeline Watson (Facebook: 631297683)
  **Sent** 2020-02-29 13:12:04 UTC
  **Body** It's not gonna happen.

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:14:19 UTC
  **Body** Not doing a good job? How is bending you over and fucking you stupid not doing a good job in the morning?

**Author** Madeline Watson (Facebook: 631297683)
  **Sent** 2020-02-29 13:15:24 UTC
  **Body** Bc you're not actually doing it

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:16:27 UTC
  **Body** I'm gonna bend you over and get a whole hand full of your ass when I smack it. Then I'll hold your arms back behind you or grab your hair back and fuck you until your legs start shaking and you can't sit up anymore

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:17:33 UTC
  **Body** That's when I get to lay you down on the bed and go down on you until your legs start shaking again and lock up because you can't take it anymore

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:19:06 UTC
  **Body** Then I get to pin your legs back and fuck you even more, until you're begging me to cum because your pussy can't handle anymore dick

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:20:07 UTC
  **Body** I'm not actually doing it? Stop by the house on your way to work and I'll make every bit of that come true. I know you pass right by on your way in

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 13:22:51 UTC
  **Body** By the way, I think you still Lee me a few more pictures 🫤

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:30:45 UTC
**Body** God damn I keep looking at those ones you sent me and your ass is amazing. I can't wait to see it bent over from behind and smack the hell out of it

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:34:19 UTC
**Body** Pictures are as close as you're getting dear

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:35:04 UTC
**Body** Guess you'll have to send me some more of those then

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:36:01 UTC
**Body** I wanted to be able to take my own, and some videos :) but I guess that'll take some more convincing

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:38:42 UTC
**Body** Since you won't come over and let my actually fuck you, I wanna see some pictures with your legs spread, and of you bent over from behind so I can at least imagine what it's like to have you in front of me and taking my dick

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:46:27 UTC
**Body** No sir

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:46:57 UTC
**Body** No sir what

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:49:59 UTC
**Body** No pictures

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:50:08 UTC
**Body** And no Fucking

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:51:07 UTC
**Body** You said pictures were as close as I would get, so you gotta send me at least a few more new ones for that

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:51:21 UTC
**Body** Since I'm gonna have to just imagine

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:51:29 UTC
**Body** Yeah, the pictures you already have

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:52:42 UTC
**Body** Yeah but you should send me some new ones, so I can imagine me

spreading you legs apart and bending you over :)

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:54:41 UTC
**Body** Nope

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:55:57 UTC
**Body** Pretty please, just two more. I've never seen your pussy so I can't imagine it without a picture

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:56:04 UTC
**Body** 🙂🙂

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:58:23 UTC
**Body** No. That's never been for pictures

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:58:26 UTC
**Body** In person only

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:58:28 UTC
**Body** So like

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:58:35 UTC
**Body** Wtf is up with your girl tho 🙂🙂

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:59:06 UTC
**Body** Madeline sent a photo.
**Attachments** image-328621118098048 (328621118098048)
**Type** image/jpeg
**Size** 30510
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=328621118098048&mid=mid.%2
4cAAAAAA0qiPZ2woOfl1wkT5USHHHy&uid=680
156773&accid=680156773&preview=0&hash=
AQBFXIMcILgFtli94KeiMzJL-
yLgLxiIZTGBKkP30XezIQ



**Photo ID**

328621118098048

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:59:09 UTC
**Body** Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:59:30 UTC
**Body** Mmmmm I think I should get one. I've put in years of effort, I deserve one :)

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 13:59:51 UTC
**Body** Negative lol that's my rule

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:59:52 UTC
**Body** Yeah she's a lot more attached than I am lol

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:00:40 UTC
**Body** .... you're a horrible liar lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:00:43 UTC
**Body** Rules are meant to be broken. And since you won't come over and let me bury my face and/or dick in it, I think I should get to see it just once

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:01:03 UTC
**Body** Noooo.

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:01:12 UTC
**Body** I'm in a relationship. And so are you 🙄🙄

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:01:23 UTC
**Body** You don't go places together if you aren't attached genius

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:01:37 UTC
**Body** Mmmhmmm. So I get one. That's it, just you

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:01:44 UTC
**Body** One*

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:01:49 UTC
**Body** No sir

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:02:17 UTC
**Body** Yes ma'am

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:02:41 UTC
**Body** It's either that or you have to come over one time. One picture or come over one time

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:04:18 UTC
**Body** If I'm ever single maybe

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:05:01 UTC
**Body** Well I guess I get one picture until then

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:05:25 UTC
**Body** And if you're ever single, I'm gonna fuck you a lot more than once lol

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:05:42 UTC
**Body** No picture lol you're not the boss

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:06:44 UTC
**Body** Just one

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:08:06 UTC
**Body** I'm gonna be the boss when I have you bent over and you're screaming out from cumming so hard while I'm behind you fucking you

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:08:58 UTC
**Body** Sounds good but not in the foreseeable future my friend

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:10:14 UTC
**Body** See I gotta have one picture so I can know it when I'm imagining my dick going in and out of you 😈😈

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:11:04 UTC
**Body** Nooooo sir

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:11:10 UTC
**Body** I gotta get ready for work now

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:13:10 UTC
**Body** Perfect time to take a picture :)

**Author** Madeline Watson (Facebook: 631297683)

**Sent**
2020-02-29 14:15:01 UTC
**Body** ▢▢▢▢♀

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:15:06 UTC
**Body** I don't think you understand how bad I wanna bury my face in you and eat your pussy until you can't take it anymore. I wanna get my tongue all over and in it. So I gotta be able to see it once since you won't let me even go down on you

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:18:06 UTC
**Body** I want you on top of me giving me head while I'm eating your pussy. God damn your ass is perfect to hold onto with both hands while I'm eating you out

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:19:10 UTC
**Body** You're just obsessed with my ass

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:19:26 UTC
**Body** I love it. It's amazing

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:19:39 UTC
**Body** Lol that's all you like ▢▢▢▢

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:21:40 UTC
**Body** Bc she has like no tits or ass

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:22:33 UTC
**Body** No no no, I like every bit of you... when I'm behind you fucking you im gonna have you pulled up and grabbing your tits. I can't wait to play with them and suck on them and bite them... your ass is just huge and perfect... but I haven't seen your pussy yet to know if I like it better so I need another picture

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:24:12 UTC
**Body** Dude lol it's not happening

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:24:18 UTC
**Body** Have you not slept tonight wtf ▢▢

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:24:52 UTC
**Body** On that topic, do you like you ass played with? Finger in it, fucking it, eating it when I'm eating your pussy too, any of that? Or is it a no fly zone

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:25:53 UTC
**Body** Ok then send me some more pictures of everything else :)

**Author**

Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:33:19 UTC
**Body** Lol no one does it. I had a really bad experience one time so I've
been hesitant lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:34:07 UTC
**Body** Well I'll start slow and if you like it keep going

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 14:35:17 UTC
**Body** My goal is to have you in my bed and  make you scream out from
cumming so hard/much

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-02-29 14:43:59 UTC
**Body** 🙆🏻‍♀️ you're a mess

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 15:36:34 UTC
**Body** 😂😂😂😂 gonna leave a mess behind once we're done fucking each
other :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:07:33 UTC
**Body** Whatcha doin tonight

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 15:14:14 UTC
**Body** Whatcha doin today sweetheart

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 15:26:08 UTC
**Body** Doing my hair lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 16:33:28 UTC
**Body** Hmmm. Want to come over after that? 😏😏

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 16:37:26 UTC
**Body** Lol I can't

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 16:38:50 UTC
**Body** :( why not

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 16:40:00 UTC
**Body** I want you to come over so I can bend you over and fuck you
senseless 😜😜

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 16:43:29 UTC
**Body** No thanks

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 16:44:06 UTC

Facebook Business Record                    Page 2426

**Body**
Go fuck around with your girlfriend you always say you don't want
🤷

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 16:44:16 UTC
**Body** With her shower curtain 😂😂😂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 16:48:51 UTC
**Body** Mmmm id rather lay you down in my bed and fuck you 🤤😍😋♀

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 16:53:03 UTC
**Body** 😂😂😂😂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 16:59:19 UTC
**Body** So you should come over so we can try that out

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:00:38 UTC
**Body** Not happening

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:00:45 UTC
**Body** Idk why you're so set on me coming over 😂😂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:03:54 UTC
**Body** Ummm because you look hot as fuck naked and I want to get you
over finally so I can lay you down in bed and fuck you stupid...
since we've been trying to get together forever now

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:13:40 UTC
**Body** You're such a pain lol

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:13:44 UTC
**Body** I'm not coming over

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:14:02 UTC
**Body** You gotta girlfrienddddd I don't do that shir

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:21:42 UTC
**Body** Yeah but she's in Washington and you're right down the road.
We've been trying to get together for years now so we might as
well. It's gonna be the best sex you've ever had, so 🤤😍♀😋😋

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:25:54 UTC
**Body** That's no damn excuse 😂😂

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:26:00 UTC
**Body** My boyfriends down the road too

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:32:43 UTC
**Body** I bet I can fuck you better than he can, so 🤷‍♀️

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:34:20 UTC
**Body** I'll have to take your word for it lol

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:34:25 UTC
**Body** Are you drunk 😂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:35:22 UTC
**Body** Hahaha no, just wanting to fuck you. You can come find out for yourself instead of taking my word for it 😂

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:37:41 UTC
**Body** You're a mess lol. I'm not cheating on my boyfriend

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:42:43 UTC
**Body** It's not really cheating since we have the same name. I'll have you screaming my name and you won't have to worry about saying the wrong name with him when you're thinking about how I fuck you better

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:45:52 UTC
**Body** Hahah your excuse for cheating sucks

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:45:58 UTC
**Body** What happens if I left him for you 🤷‍♀️

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:46:31 UTC
**Body** Then I'd be fucking you every single day

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:46:42 UTC
**Body** You'd show up to work happy as hell every day

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 17:48:38 UTC
**Body** You're a mess lol. While you still get to fuck your girlfriend

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 17:59:17 UTC
**Body** Guess I'll have to fuck both of y'all together then 🤷‍♀️

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 18:00:42 UTC
**Body** She's not that cute for that

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 18:05:26 UTC

**Body**    Well I guess I'm just gonna have to fuck you then

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 18:10:46 UTC
**Body** ▯▯▯▯♀

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 18:12:13 UTC
**Body** You should come over then and we can do that ▯▯

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 18:17:05 UTC
**Body** Not today lol. Kiddo is sick

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 18:26:24 UTC
**Body** Well dammit

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 18:26:36 UTC
**Body** Send me some pictures then ▯▯

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-15 18:31:47 UTC
**Body** Not today lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 21:55:03 UTC
**Body** Take some tonight :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 05:04:16 UTC
**Body** Hey

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 13:25:16 UTC
**Body** Hello

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 13:26:36 UTC
**Body** You decided to come over yet? ▯▯

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 13:26:48 UTC
**Body** We're in quarantine ▯▯▯▯♀

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 13:27:26 UTC
**Body** You can quarantine in my bed for a few hours

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 13:30:28 UTC
**Body** I don't think that's how it works lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 13:32:22 UTC
**Body** Hmmm, well we should probably try it out, ya never know

**Author**
    Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 13:38:48 UTC
**Body** Lol I'm not leaving my house

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 13:50:14 UTC
**Body** Well damn, I guess we'll have to wait until quarantines over. But I
    wouldn't mind you sending me some pictures for now though 🙈🙈

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 14:04:51 UTC
**Body** Hahah no

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 14:05:00 UTC
**Body** You're more needy than my boyfriend damn lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 14:05:53 UTC
**Body** Haha why not? I love getting nudes from you 🙈🙈

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 14:06:09 UTC
**Body** I'm so sunburnt right now. No nudes for anyone lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 14:07:24 UTC
**Body** Mmmmmmm idc if you're sunburnt, I still love seeing your tits and
    your ass. Gotta have something to hold me over during the
    quarantine since you won't come over and let me fuck you

**Author** Madeline Watson (Facebook: 631297683)
**Sent** 2020-03-27 14:07:31 UTC
**Body** Lol no sir

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 14:08:17 UTC
**Body** Pretty please 🙈🙈

**Thread** (10158214199441774)
**Current** 2020-06-18 19:56:18 UTC
**Participants** Nick Fitzgerald (Facebook: 1525050451)
    Austin Dunn (Facebook: 680156773)

**Author** Nick Fitzgerald (Facebook: 1525050451)
**Sent** 2020-04-01 18:00:05 UTC
**Body** Why are you trying to friend me? I am not your friend.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-02 19:22:36 UTC
**Body** You can now call each other and see information like Active Status
    and when you've read messages.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-02 19:22:36 UTC

with all the stitching to make it pop out even more and it'll look badass

**Author** Jarrod Hennen (Facebook: 1080630689)
**Sent** 2020-03-06 03:08:50 UTC
**Body** Rock on, I'm excited

**Author** Jarrod Hennen (Facebook: 1080630689)
**Sent** 2020-03-31 00:54:55 UTC
**Body** Happy Birthday Cowboy!


**Thread** (10157288165691774)
**Current** 2020-06-18 19:56:18 UTC
**Participants** Deanna Brooke (Facebook: 100000079971623)
Austin Dunn (Facebook: 680156773)


**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-15 05:44:58 UTC
**Body** I've got some videos of us from a couple summers ago and was wondering if you had the rest of them still

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-09 15:51:34 UTC
**Body** No. That's was many phones ago.

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-09 15:51:34 UTC
**Body** You can now call each other and see information like Active Status and when you've read messages.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:12:52 UTC
**Body** Ahhh well damn. Want to make some more videos?

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 02:31:40 UTC
**Body** That was a weird one time deal for me and I only did it for him. I hope you're a good person and don't do me wrong with that stuff... I have 4 babies one with a heart defect and I just don't want to be worried about those videos... I honestly try to forget about it. Crazy how you tracked us down though. Did you send them to him yet?

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 02:46:09 UTC
**Body** You can send them to me if it won't go through on his

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:50:10 UTC
**Body** You don't have to worry, the videos aren't going anywhere. Theyre not even in my camera roll on my phone, they're in a locked app

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:50:31 UTC
**Body** You sent a video.
**Attachments** video-1584330631.mp4 (598747537377638)
**Type** video/mp4

**Size**
12037590
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=598747537377638&mid=mid.%2
4cAABa8z2020J3ErwyOlw4Xbo_kYgJ&uid=68015
6773&accid=680156773&preview=0&hash=AQ
D6zBvVmsUKFPKVge8UAsUn802cAZ704NRfX_x
Wqh6p3Q

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:50:41 UTC
**Body** You sent a video.
**Attachments** video-1584330640.mp4 (532394620642085)
**Type** video/mp4
**Size** 10975629
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=532394620642085&mid=mid.%2
4cAABa8z2020J3ErxWy1w4XcNJGZqE&uid=6801
56773&accid=680156773&preview=0&hash=A
QAw2QpZvlT8aDk6V0p3xMGtJFsUYuvmToO3b_Y
WKrtvyw

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:50:48 UTC
**Body** You sent a video.
**Attachments** video-1584330648.mp4 (834076627104061)
**Type** video/mp4
**Size** 5077954
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=834076627104061&mid=mid.%2
4cAABa8z2020J3ErxzVlw4XcqlS3lN&uid=680156
773&accid=680156773&preview=0&hash=AQC
dDt--JjuGgRi07Z1PZ5_v7BmgSDaWVpxXehvNQ2
BYbg

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 03:51:34 UTC
**Body** 🙈🙈🙈🙈 thank you. 🙈🙈 maybe I don't want to see them 🙈🙈🙈🙈♀🙈🙈🙈🙈🙈 god
🙈🙈🙈🙈♀🙈🙈🙈🙈♀🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:52:28 UTC
**Body** Haha why not? I've always thought they were great. I wish I still
had all the others

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 03:53:54 UTC
**Body** I guess I just don't think I'm anything special 🙈🙈🙈🙈♀ kinda
embarrassed

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 03:54:40 UTC
**Body** Did you send them to him again

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 03:57:11 UTC

Facebook Business Record                                    Page 2434

**Body**
Well I always thought you were. Always wanted to get together again. I tried sending them to him again but only the one will go through idk why

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 03:58:16 UTC
**Body** I'll send them to him.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 04:01:11 UTC
**Body** Okay

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 04:01:43 UTC
**Body** So, no interest in getting together to do that again?

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 04:02:18 UTC
**Body** I'm scared to watch them lol it looks like I look terrible in them 🙈🙈

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-16 04:02:34 UTC
**Body** You don't have a woman to do that for you?? Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-16 04:03:51 UTC
**Body** Haha it's just the still frame, believe me you look great in them. Lol nah, it's just me.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 05:04:11 UTC
**Body** Hey

**Author** Deanna Brooke (Facebook: 100000079971623)
**Sent** 2020-03-27 13:53:46 UTC
**Body** Hello

**Thread** (10154410192371774)
**Current** 2020-06-18 19:56:18 UTC
**Participants** Cambria Battaile (Facebook: 692406693)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-08 08:37:55 UTC
**Body** You know... I may not go down in history, but I will definitely go down on you

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-02-08 09:48:45 UTC
**Body** 🤣🤣🤣🤣🤣🤣

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-08 09:50:52 UTC
**Body** Hahaha did it work?

**Author**
    Cambria Battaile (Facebook: 692406693)
**Sent** 2020-02-08 20:09:21 UTC
**Body** Any time bubba

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-08 20:55:08 UTC
**Body** Say when 🤭🤭

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-15 02:29:27 UTC
**Body** You workin tonight?

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-02-15 02:29:45 UTC
**Body** Nope

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-15 02:30:45 UTC
**Body** Wanna cash in one of your mustache ride tickets? 🤭🤭

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-02-15 03:27:11 UTC
**Body** What does this entail?

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-02-15 03:27:13 UTC
**Body** Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-15 03:28:02 UTC
**Body** It starts with a mustache ride and then goes wherever you say it
goes haha

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 08:11:23 UTC
**Body** What are you up to tonight?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-22 05:46:15 UTC
**Body** Whatcha doin tonight sweetheart

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 09:19:07 UTC
**Body** Hey

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-01 05:17:58 UTC
**Body** Hiii

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 05:25:08 UTC
**Body** Hey there sweetheart

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 05:53:29 UTC
**Body** You can't hit me up and then not respond 🤭🤭🤭🤭🤭

**Author** Cambria Battaile (Facebook: 692406693)

**Sent** 2020-03-01 07:55:56 UTC
**Body** I'm working 🙃🙃

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 07:58:37 UTC
**Body** Ahhh no bueno. Whatcha doin when you get off? :)

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-01 10:51:16 UTC
**Body** Can't home to my pup

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-01 10:51:19 UTC
**Body** She was alone

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-01 10:51:24 UTC
**Body** 🙃🙃

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 10:54:14 UTC
**Body** Awwww 🥺🥺 poor puppy

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 10:54:47 UTC
**Body** I was gonna invite you over if you wanted :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:22:01 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:14:10 UTC
**Body** Hey

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-11 04:58:42 UTC
**Body** Hey love

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:58:59 UTC
**Body** Whatcha doin tonight sweetheart

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:02:22 UTC
**Body** You workin tonight?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-13 07:35:30 UTC
**Body** Want to come over?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-15 15:15:25 UTC
**Body** Hey

**Author** Cambria Battaile (Facebook: 692406693)
**Sent** 2020-03-15 15:15:42 UTC
**Body** Hiiiii

**Url**

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-26 09:50:23 UTC
**Body** What are you still doin up sweetheart

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:05:52 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 10:02:42 UTC
**Body** I may not go down in history, but I am definitely gonna go down on you... again 🙂🙂... if you ever come over

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-21 06:49:24 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-27 06:27:54 UTC
**Body** Hey :) want to come smoke?

**Thread** (10156772157276774)
**Current** 2020-06-18 19:56:18 UTC
**Participants** Rex A Bush (Facebook: 100002059038194)
Austin Dunn (Facebook: 680156773)

**Author** Rex A Bush (Facebook: 100002059038194)
**Sent** 2020-03-31 13:44:31 UTC
**Body** Austin, I hope you have a fantastic birthday and the lock down doesn't kill the fun!

**Thread** (10154681933611774)
**Current** 2020-06-18 19:56:18 UTC
**Participants** Catarina Gomes (Facebook: 1800481717)
Austin Dunn (Facebook: 680156773)

**Author** Catarina Gomes (Facebook: 1800481717)
**Sent** 2020-04-06 19:53:35 UTC
**Body** Hey! Hope you guys are staying safe during all of this going on! Wanted to reach out and give you guys an update on our wedding. Russell and I have decided at this time it would be best to postpone the wedding due to everything going on in the world! I have attached a card for you that has the new wedding date 🙂🙂

**Author** Catarina Gomes (Facebook: 1800481717)
**Sent** 2020-04-06 19:53:37 UTC
**Body** Catarina sent an attachment.
**Attachments** Postpone Card.pdf (523053451743806)
**Type** application/pdf

**Size**
513224

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=523053451743806&mid=mid.%2
4cAAAAEPbddB3glN6U1xUQ4qt6gDa&uid=680
156773&accid=680156773&preview=0&hash=
AQDvGAxyP3YDwdM1Jsk_PNlQMDAU4JzPpVvADT
yyi0GOsw

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-04-08 00:08:25 UTC
**Body** Ruh roh. I saw we still party though. And I'll be there in January!

**Author** Catarina Gomes (Facebook: 1800481717)
**Sent** 2020-04-08 00:12:18 UTC
**Body** Awesome

**Thread** (10154042810456774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Shelby Ross (Facebook: 1022244835)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:58:25 UTC
**Body** Am I allowed to late night drunk message/hit on you? Well I'm doin
it anyways.

**Author** Shelby Ross (Facebook: 1022244835)
**Sent** 2020-03-07 08:59:07 UTC
**Body** Where's your gf at doe 🙈🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:59:57 UTC
**Body** Weren't you sleepin with a married man for while? You ain't got
room to talk 🙄

**Author** Shelby Ross (Facebook: 1022244835)
**Sent** 2020-03-07 09:00:32 UTC
**Body** You payin? Cause he did 🙈🙈🙈🙈🙈🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:00:58 UTC
**Body** I'm tryin to get my 2nd place position back 🙄

**Author** Shelby Ross (Facebook: 1022244835)
**Sent** 2020-03-07 09:01:04 UTC
**Body** 🙈🙈🙈🙈🙈🙈🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:01:33 UTC
**Body** 🙈🙈🙈9🙈🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:48:53 UTC
**Body** I may not go down in history, but I will definitely go down on you

**Facebook Business Record**                          Page 2440

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-14 04:28:15 UTC
**Body** Whatcha doin tonight

**Author** Shelby Ross (Facebook: 1022244835)
**Sent** 2020-03-14 17:01:00 UTC
**Body** I was sleeping

**Thread** (10154496770126774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Ashley Null (Facebook: 100000487265374)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 11:45:50 UTC
**Body** Little out of left field, but I'm up still and seein if you were too 🙂🙂

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 12:45:03 UTC
**Body** I'm awake!

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 12:48:55 UTC
**Body** Welllllllll I feel like you might know what I was gettin at

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 12:54:24 UTC
**Body** I'm oblivious atm. I'm fuuuuucked up.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 12:58:44 UTC
**Body** Hahaha so that's a not tonight, huh? If it's not, I'll come give you
the best time you've had in a hot minute 🙂🙂

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 13:17:47 UTC
**Body** Promises promises

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 13:18:02 UTC
**Body** I am in my Tahoe going to Tom thumb to pick up cheese and
crackers.

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 13:19:53 UTC
**Body** Still wanna bone? Lmao

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 13:20:32 UTC
**Body** Absolutely lmao

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 13:23:31 UTC
**Body** Let's go

Facebook Business Record                                     Page 2441

**Author**
        Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 13:31:40 UTC
**Body** ?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 13:45:08 UTC
**Body** :(((

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 14:26:31 UTC
**Body** I know

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 14:27:55 UTC
**Body** Offer still stands 🥺🥺🥺♀

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-18 14:35:16 UTC
**Body** I'm in Carrollton smashed.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-18 14:36:11 UTC
**Body** Offer still stands lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-25 10:59:09 UTC
**Body** Wanna try again tonight?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-25 11:39:56 UTC
**Body** Can't boo

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-25 11:40:49 UTC
**Body** :((( okayy

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-30 10:38:43 UTC
**Body** Third times a charm?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-30 10:43:36 UTC
**Body** It's shark week boo.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-30 10:48:52 UTC
**Body** 🥺🥺🥺🥺🥺

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-01-30 10:49:21 UTC
**Body** Maaaaybe message me next week before 4:30 am

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:05:48 UTC
**Body** Ok ok, fair. We'll plan on something soon then, deal? :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-08 08:31:43 UTC

**Body**
230 is before 430, right? 🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 08:12:15 UTC
**Body** You workin tonight?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-02-18 08:16:22 UTC
**Body** I was

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 08:16:59 UTC
**Body** Dooooeeeesssss that mean you're off and free? :)

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-02-18 08:18:57 UTC
**Body** Sorry boo. Got an early morning.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 08:21:30 UTC
**Body** Ahhhh booooo

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-26 08:35:59 UTC
**Body** Hey

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-26 10:07:15 UTC
**Body** I may or may not be awake enough to keep you up until daylight 🙂

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-02-26 10:20:55 UTC
**Body** Sorry boo.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 09:20:16 UTC
**Body** I know it's late, but I'm up late and have to shoot my shot

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-01 00:52:17 UTC
**Body** You're killing me smalls

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 00:54:28 UTC
**Body** 🙍‍♀️🙍‍♀️🙍‍♀️

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 00:55:02 UTC
**Body** Could be killin somethin else if you'd respond not a whole day later
🙂

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-01 02:00:01 UTC
**Body** Hey-O

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 02:00:46 UTC
**Body** 🙌🙌🙌🙌🙌🙌

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 07:10:11 UTC
**Body** You workin tonight?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-01 07:10:48 UTC
**Body** Yeah

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 07:11:37 UTC
**Body** Whatcha doin after work

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-01 07:36:59 UTC
**Body** Going home to die.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 07:40:18 UTC
**Body** You got the corona virus, huh?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-01 07:52:24 UTC
**Body** Something. I think it's the Irish flu.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 07:59:38 UTC
**Body** Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-01 08:18:47 UTC
**Body** Well damn, I was really hoping I'd be able to convince both you and
Cambria to come over tonight when y'all get off work

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:44:12 UTC
**Body** We ever gonna find each other successfully at 3am? 🙁🙁

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:52:39 UTC
**Body** 1. Want to one day get you over again. 2. Want to get both you
and Cambria over together. Y'all got some notes to compare

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-07 09:21:58 UTC
**Body** Hahahahaha pleeeease

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:22:38 UTC
**Body** Hahaha is that a pleeeease yes or a pleeeease yeah whatever

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:25:48 UTC
**Body** 🙁🙁

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:46:44 UTC
**Body** I may not go down in history, but I will definitely go down on you

**Author**
Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 10:56:53 UTC
**Body** Didn't work tonight? :(

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-07 13:20:16 UTC
**Body** I did.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 14:11:34 UTC
**Body** Lol I meant my try

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-08 04:18:14 UTC
**Body** You workin tonight?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-08 04:30:03 UTC
**Body** Yup

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-08 06:58:02 UTC
**Body** Whatcha doin after work?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-08 06:58:11 UTC
**Body** Going to Dallas proper

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-08 07:41:51 UTC
**Body** You?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-08 08:07:59 UTC
**Body** Well I mean hopefully you

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-08 08:18:28 UTC
**Body** In Dallas bud. Let's make a plan for soon!

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-08 10:08:07 UTC
**Body** Plans up to you. When do you want?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:12:58 UTC
**Body** Hey

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-11 04:14:25 UTC
**Body** Yo

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:15:06 UTC
**Body** Whatcha doin tonight

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-11 04:15:27 UTC

**Body**
Ashley sent a photo.

**Attachments** image-800572160433904 (800572160433904)

**Type** image/jpeg

**Size** 186301

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=800572160433904&mid=mid.%2
4cAABa8wUPCjt2-RM5UFwx83mMLsra&uid=680
156773&accid=680156773&preview=0&hash=
AQBfRqfOnyK_l8P1N_uOEtvO_ejCPDatAmBg-3EB
P1MdbQ

**Facebook Business Record**                    Page 2447

**Photo ID**

800572160433904

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:16:26 UTC
**Body** What time do you get off?

**Author** Ashley Null (Facebook: 100000487265374)
**Sent** 2020-03-11 04:24:23 UTC
**Body** Idk. But I just showed one of my coworkers your leather work, we're getting a couple of beanies. And Howard asked if you can do phone cases

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:35:15 UTC
**Body** If it's made of leather, I can do it

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:55:28 UTC
**Body** Wanna get together after your off?

**Thread** (10154747984071774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Audie Chantelle Hobbs (Facebook: 100001718995441)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-30 09:02:33 UTC
**Body** I am absolutely sort of drunk messaging you right now 🙈 are you still seein that same guy or are you free now?

**Author** Audie Chantelle Hobbs (Facebook: 100001718995441)
**Sent** 2020-01-30 13:27:35 UTC
**Body** Haha hello stranger! I'm not seeing the other guy but I am kind of seeing someone new 🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:05:22 UTC
**Body** Awwww boooo. I saw one of your posts and started looking at your page (I barely get on fb anymore) and noticed you weren't really with that dude anymore so I thought I'd see if you were free to meet up and get a drink and see each other like we used to 🙈

**Author** Audie Chantelle Hobbs (Facebook: 100001718995441)
**Sent** 2020-02-02 05:12:15 UTC
**Body** Uggghhhhh terrible timing!! 🙈

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:23:07 UTC
**Body** Ugggghhhh well I'm down if you are. You can see whoever you want and still have some fun with me until it's serious :)

**Author**
Audie Chantelle Hobbs (Facebook: 100001718995441)
**Sent** 2020-02-02 05:31:18 UTC
**Body** Haha I'll let you know 🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:34:40 UTC
**Body** I still owe you a couple things from a few years back that we talked about that I know you like 🙂🙂

**Author** Audie Chantelle Hobbs (Facebook: 100001718995441)
**Sent** 2020-02-02 05:45:23 UTC
**Body** 🙂🙂🙂🙂🙂🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:47:26 UTC
**Body** We could always make up for lost time tonight if you're not doin anything 🙂🙂🙂🙂

**Author** Audie Chantelle Hobbs (Facebook: 100001718995441)
**Sent** 2020-02-02 05:51:19 UTC
**Body** I'm working late and I gotta go home to my kid. I'm sorry

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 05:55:10 UTC
**Body** Ahhhh all good. Let's get together sometime this week when you have a free night :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-02 06:25:26 UTC
**Body** Since you're working late, what if I tried getting you wet while you're working like I used to? 🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-08 06:07:08 UTC
**Body** What are you doin tonight? :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 08:12:03 UTC
**Body** You workin tonight? :)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:20:07 UTC
**Body** Hey

**Thread** (10158048282036774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Elizabeth Becker (Facebook: 100008758895363)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-21 06:48:46 UTC
**Body** Hey

**Author** Elizabeth Becker (Facebook: 100008758895363)
**Sent** 2020-03-21 06:49:16 UTC

**Body**   What's up

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:42:57 UTC
**Body** Hangin out at the shop, what are you doin tonight?

**Author** Kaitlyn Brown (Facebook: 100005302845660)
**Sent** 2020-03-11 04:43:17 UTC
**Body** I'm in san antonio on a little mini vaca

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:53:49 UTC
**Body** Ahhh okay. I was gonna see if you wanted to come hang out

**Author** Kaitlyn Brown (Facebook: 100005302845660)
**Sent** 2020-03-11 04:54:11 UTC
**Body** Not tonight. Sorry. Thanks for invite though!

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 04:55:08 UTC
**Body** Yes ma'am :)

**Thread** (10158169186626774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Dylan Jack Young (Facebook: 100011131273529)
Austin Dunn (Facebook: 680156773)

**Author** Dylan Jack Young (Facebook: 100011131273529)
**Sent** 2020-03-21 23:03:03 UTC
**Body** Call me asap 9402050939

**Author** Dylan Jack Young (Facebook: 100011131273529)
**Sent** 2020-03-21 23:03:16 UTC
**Body** Got crawfish

**Thread** (10156285453361774)
**Current** 2020-06-18 19:56:20 UTC
**Participants** Samantha Glidewell (Facebook: 100001861615390)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:43:27 UTC
**Body** Should I be messaging and hitting on you right now when I'm a
little tipsy? Probably not the best idea. Am I doing it anyways?
Absolutely

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:45:39 UTC
**Body** 🤣🤣 definitely worthy of a response.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:48:43 UTC

**Body**

Well that's good haha

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:49:52 UTC
**Body** How much have you drank?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:50:54 UTC
**Body** Not a whole lot, just drinkin beer after work while grilling and then a few more after that

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:52:09 UTC
**Body** I'm watching the one of the most ratchet things I've ever seen. Lmfao

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:52:59 UTC
**Body** Haha what is it?

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:53:22 UTC
**Body** Bro if I could record it. Lmfaooo

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:53:41 UTC
**Body** This hood rat acting fucking awful. Lmfao

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:53:57 UTC
**Body** Hahahaha I wanna see that

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:55:34 UTC
**Body** I'm pretty sure her outfit is just supposed to be lingerie...

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:56:06 UTC
**Body** Samantha sent a video.
**Attachments** video-1583906166.mp4 (193882758543043)
**Type** video/mp4
**Size** 250575
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=193882758543043&mid=mid.%2
4cAABa81f6YXt2-W9fbFwyCn-PcJa7&uid=68015
6773&accid=680156773&preview=0&hash=AQ
AKIjiIXt6ZlK54XPLj65vIssAvNueK7OR0cPjV6Jqcw
Q

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-11 05:56:43 UTC
**Body** Oh lord

**Author** Samantha Glidewell (Facebook: 100001861615390)
**Sent** 2020-03-11 05:57:40 UTC
**Body** She was on the pool table dancing....

**Author**
  Samantha Glidewell (Facebook: 100001861615390)
  **Sent** 2020-03-11 05:57:49 UTC
  **Body** Meanwhile, I'm laughing hysterically.

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-03-11 05:58:27 UTC
  **Body** Oh Jesus Christ. That's pretty hilarious lmao

**Author** Samantha Glidewell (Facebook: 100001861615390)
  **Sent** 2020-03-11 05:58:55 UTC
  **Body** You have no idea. I'm about to head out myself though.

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-03-11 05:59:19 UTC
  **Body** Lol whatcha doin the rest of the night?

**Author** Samantha Glidewell (Facebook: 100001861615390)
  **Sent** 2020-03-11 06:01:30 UTC
  **Body** Just gonna go crash. I was just here for practice.

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-03-11 06:04:17 UTC
  **Body** Ahhh I gotcha. Well I was gonna see if you wanted to hangout if
  you weren't doin anything else or goin home to pass out

**Author** Samantha Glidewell (Facebook: 100001861615390)
  **Sent** 2020-03-11 06:05:26 UTC
  **Body** I'm gonna go crash but I appreciate the invite.

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-03-11 06:06:08 UTC
  **Body** Another time? :)


**Thread** (10153730073354921)
  **Current** 2020-06-18 19:56:20 UTC
  **Participants** Lyndsey Rannabargar (Facebook: 617229920)
  Austin Dunn (Facebook: 680156773)

  **Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-03-14 07:27:50 UTC
  **Body** Wanna come over? :)


**Thread** (10156690168541774)
  **Current** 2020-06-18 19:56:20 UTC
  **Participants** Helen Gean Thrasher (Facebook: 100028159930549)
  Austin Dunn (Facebook: 680156773)

  **Author** Helen Gean Thrasher (Facebook: 100028159930549)
  **Sent** 2020-03-04 14:49:56 UTC
  **Body** Helen Gean sent an attachment.
  **Share**     **Date Created** 2020-03-04 14:49:56 UTC
                    **Text**

| Facebook Business Record | Page 2458 |
|---|---|

**Body**

:)

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-01-30 09:33:42 UTC
**Body** Lol of course! How have you been?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-01-30 09:34:53 UTC
**Body** Haha. I've been good! Just workin like crazy. The company me and a couple buddies started has finally started to take off so we're super busy. How about you?

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-01-30 11:45:51 UTC
**Body** Life has been very wild for me but coming to Vegas has definitely pushed me to the happy side 🙂🙂 excited to get back home but also never wanna leave this place. Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:39:48 UTC
**Body** Am I still up from last night and sort of drunk messaging you? Yup. Any shame or remorse about it. Nope

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:40:05 UTC
**Body** LOLOLOL

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:40:22 UTC
**Body** How many girls did you send this to? 🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:40:40 UTC
**Body** Lmao literally just you

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:41:05 UTC
**Body** That's wild 🙂🙂🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:41:43 UTC
**Body** I can't help it that I get to drinkin and end up wanting to take your clothes off again 🙂🙂🙂🙂♀

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:42:00 UTC
**Body** 🙂🙂🙂🙂🙂

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:42:05 UTC
**Body** Very smooth

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:42:26 UTC
**Body** But I'm back with the hubs, ya missed your chance hahaha

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:42:56 UTC

**Body**
Well that's no fun

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:43:03 UTC
**Body** I tried

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:44:13 UTC
**Body** You sure did, that's some effort there doing it twice. would have worked if the situation was different lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:45:26 UTC
**Body** Hmmm. Well my situation is I've been here working on cars all night and have the shop to myself and would love to get you in the back of this '67 convertible camaro 🤤🤤🤤

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:45:48 UTC
**Body** Lol omg

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:46:15 UTC
**Body** You should try this on someone single and let me know how it goes 🤤🤤🤤

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:47:35 UTC
**Body** Yeah but I wanna try it on you though. Your hubby already doesn't like me so we might as well give him a reason to not...if he ever figures out you come out here 🤤🤤

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:51:52 UTC
**Body** A+ for effort 🤣🤣🤣🤣🤣 I'm not a cheater. Ya really messed up letting me go 🤤🤤🤤

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:52:58 UTC
**Body** You know I'd wrap your legs around my head and go to town until you made me get up and bend you over the back seat onto the ragtop of this convertible of this badass car, so we can break it in 🤤🤤

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:53:32 UTC
**Body** 🤤🤤

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:55:39 UTC
**Body** Come to the shop. I'm gonna put you in the back of this car, pin your legs back, and go down on you until you beg me to get up and lay you out on the back of it 🤤🤤

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 11:57:55 UTC
**Body** Naw

**Author**
    Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:58:32 UTC
**Body** Aww why not

**Author** Miranda Lynn Schimmel (Facebook: 590549848)
**Sent** 2020-02-29 12:03:59 UTC
**Body** I'm married and not a cheater, simple. But I hope you have a great night Austin

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:04:32 UTC
**Body** Mmmm you were a little interested

**Thread** (10156774107541774)
**Current** 2020-06-18 19:56:27 UTC
**Participants** Sydney Evans (Facebook: 1515330056)
    Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:57:43 UTC
**Body** Am I allowed to late night drunk message/hit on you? Well I'm doin it anyways.

**Author** Sydney Evans (Facebook: 1515330056)
**Sent** 2020-03-07 08:58:25 UTC
**Body** Cause I posted two badass posts in a row at 2 am? Lol.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 08:59:34 UTC
**Body** Yeah that sprinkler post gave me a new goal for you 🙈🙈

**Author** Sydney Evans (Facebook: 1515330056)
**Sent** 2020-03-07 09:01:05 UTC
**Body** Oh gosh!

**Author** Sydney Evans (Facebook: 1515330056)
**Sent** 2020-03-07 09:01:50 UTC
**Body** I don't mean to be a total kill joy. But I will let you know I've been seeing someone since Christmas. I'm on good behavior these days.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:02:49 UTC
**Body** Ahhh well boooo on good behavior. But okayyy I'll give you that one lol

**Author** Sydney Evans (Facebook: 1515330056)
**Sent** 2020-03-07 09:03:10 UTC
**Body** I just wanted to be honest.

**Author** Sydney Evans (Facebook: 1515330056)
**Sent** 2020-03-07 09:03:17 UTC
**Body** How you been doing though?

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-03-07 09:03:34 UTC

**Sent**

2020-02-29 21:10:20 UTC
**Body** Well I have a boyfriend

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 21:10:46 UTC
**Body** Ok?

**Author** Meghan Van Voast (Facebook: 1104620655)
**Sent** 2020-02-29 21:11:07 UTC
**Body** Soo there for don't be messaging me

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 21:13:42 UTC
**Body** I literally just explained to you that I didn't mean to do it, and I
didn't it to a bunch of other random people as well on accident

**Thread** (10155524697381774)
**Current** 2020-06-18 19:56:27 UTC
**Participants** Sarah Stanley (Facebook: 1290841002)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 13:00:17 UTC
**Body** You waved at Sarah!
**Share** **Date Created** 2020-02-29 13:00:17 UTC
**Text**
**Url**

**Thread** (10155833582013238)
**Current** 2020-06-18 19:56:27 UTC
**Participants** Kahla Miller (Facebook: 521653237)
Austin Dunn (Facebook: 680156773)

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:40:46 UTC
**Body** Hey

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:41:52 UTC
**Body** Hi

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:42:32 UTC
**Body** Oh hell, I just saw you had a boyfriend after I messaged you 🤦🏻‍♂️

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:42:48 UTC
**Body** Hahahahah reallly

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:42:58 UTC

**Body**

I was wondering why you randomly said hi

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:44:13 UTC
**Body** Hahaha yeah. I was up drinking and workin on cars all night and saw you were on here and clicked our messages and as your last message to me 🙄 so I figured I'd see if you still wanted to do that 😉

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:47:25 UTC
**Body** If I was single ! Sorry !!!

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:50:26 UTC
**Body** Ahhh that's not fun. I've got the shop all to my self and wanted to get you into the back of this new '67 camaro convertible I've got.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:51:51 UTC
**Body** I got the rag top down and there's plenty of room for you to wrap your legs around my head and let me go down on you until you scream. I've still got videos of you and I havin a good time 😉

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:52:05 UTC
**Body** Oh geeze you do

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:53:43 UTC
**Body** Oh yeah. We need to make a few new ones. I just got this car and it's here at the shop and I'm by myself so we should break it in 😉

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:54:34 UTC
**Body** If I was single ... I don't cheat and my boyfriend wouldn't like it

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:56:15 UTC
**Body** Well he won't be upset if he doesn't know about it

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:56:24 UTC
**Body** Wanna see those videos? ;)

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:56:37 UTC
**Body** Still won't cheat ! And no thank you I'm good ..

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 11:57:02 UTC
**Body** Mmmmm they're pretty good ones 😉

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:58:36 UTC
**Body** Well I'm faithful and in love with my boyfriend & not going to ruin anything with him. & actually going back to bed for awhile

**Author** Austin Dunn (Facebook: 680156773)

**Sent**
    2020-02-29 11:59:16 UTC
**Body** You won't ruin anything if he doesn't know about it

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 11:59:49 UTC
**Body** Still won't do it .. & I'm going back to bed before we go fishing today

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:01:17 UTC
**Body** I'm sorry but respect I won't cheat & a loyal girl

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:04:07 UTC
**Body** We gotta make some new ones of these when you want

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:05:13 UTC
**Body** You sent a video.
**Attachments** video-1582977911.mp4 (277578446539580)
    **Type** video/mp4
    **Size** 13554045
    **URL** https://attachment.fbsbx.com/messaging_attach
    ment.php?aid=277578446539580&mid=mid.%2
    4cAAAAADedlZB2whtaulwkNS5LovlM&uid=6801
    56773&accid=680156773&preview=0&hash=A
    QALjHIv62hePLhO7RkgPmjrRDEAZtgXNqp3PO7k
    D2lbfw

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:09:30 UTC
**Body** You sent a video.
**Attachments** video-1582978166.mp4 (894998344293037)
    **Type** video/mp4
    **Size** 23209280
    **URL** https://attachment.fbsbx.com/messaging_attach
    ment.php?aid=894998344293037&mid=mid.%2
    4cAAAAADedlZB2wh9GaVwkNS5OAiFl&uid=680
    156773&accid=680156773&preview=0&hash=
    AQD6PmStVJ35wlgtYJwrN0kcJFaLOxMY1Xv0l0YV
    2vh_ow

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:09:51 UTC
**Body** Austin stop please

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:10:58 UTC
**Body** You sent a video.
**Attachments** video-1582978257.mp4 (208705847169112)
    **Type** video/mp4
    **Size** 18425250
    **URL** https://attachment.fbsbx.com/messaging_attach
    ment.php?aid=208705847169112&mid=mid.%2
    4cAAAAADedlZB2wiCdHVwkNS5PTP0b&uid=680

156773&accid=680156773&preview=0&hash=
AQDtGfDv1WlZL17dSF1DUGCJd8lziC4LEGBsoMV
YTB4YMg

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:11:17 UTC
  **Body** I'm just sayin, I've got this new camaro and I wanna break it in with
you on top of me in the back seat with some new versions of those
videos

**Author** Kahla Miller (Facebook: 521653237)
  **Sent** 2020-02-29 12:12:02 UTC
  **Body** Okay well I have a boyfriend and I'm sorry it won't happen while I
have a boyfriend .

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:13:33 UTC
  **Body** If he doesn't ever know about it then it's just between us. You can
still be with him. Just come out and have one more good time with
me 🙂🙂

**Author** Kahla Miller (Facebook: 521653237)
  **Sent** 2020-02-29 12:18:06 UTC
  **Body** Sorry not today

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:19:12 UTC
  **Body** You got somethin goin on this early?

**Author** Kahla Miller (Facebook: 521653237)
  **Sent** 2020-02-29 12:19:41 UTC
  **Body** Yeah getting ready to go fishing

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:20:20 UTC
  **Body** Damn I keep looking at those videos and imaging you on top me,
making some new ones

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:21:26 UTC
  **Body** They're pretty good ones. You can tell you enjoyed yourself in
them 🙂🙂

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:21:31 UTC
  **Body** What are you doin later or tonight?

**Author** Kahla Miller (Facebook: 521653237)
  **Sent** 2020-02-29 12:22:00 UTC
  **Body** With my boyfriend we live together and have a life together and
spend our time off together

**Author** Austin Dunn (Facebook: 680156773)
  **Sent** 2020-02-29 12:23:15 UTC
  **Body** Oh well take some personal time to you out tonight and you can
come over :)

**Author** Kahla Miller (Facebook: 521653237)

**Sent**
2020-02-29 12:23:42 UTC
**Body** We have plans

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:23:48 UTC
**Body** Already

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:24:08 UTC
**Body** You'll have to wait till I'm ever single again

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:25:04 UTC
**Body** Ahhh okay. Well one day this next week you should make up somethin for goin out and you can come over to the house or out to the shop for some fun

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:34:13 UTC
**Body** That second video is so perfect, with you riding me and I'm smacking your ass. I promise I won't leave marks this time 😈... but I also like the third video where I choked you and you got louder 😈

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:37:45 UTC
**Body** Please stop. You said after you said hi you saw I had a boyfriend so please .

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:38:53 UTC
**Body** Yeah but that doesn't mean you can't go have some extra fun that he doesn't know about

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:39:42 UTC
**Body** I'm not like that . Never have been . Never will be.. this man is the man I want to Marry

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:40:16 UTC
**Body** You can't tell me you didn't love it in those videos. You were moaning like crazy. So we should make a few more, just for us.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:43:25 UTC
**Body** I know you loved riding my dick, and your super tight pussy was fuckin amazing. I loved grabbing and smacking your ass and I know you loved it to. Then reaching g up around to put my hand around your neck and choke you while you were grinding on my dick.. oh my god that makes me want to cum in you again right now about 4 or 5 times

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:44:56 UTC
**Body** Austin please stop. That was a long time ago& I'm in a very happy relationship & I'm not gonna cheat or do something he doesn't know about & im sorry. I love him with all my heart . Please respect and understand that I'm a loyal girl.

| | Facebook Business Record | Page 2467 |

**Author** Kahla Miller (Facebook: 521653237)
**Sent** 2020-02-29 12:45:21 UTC
**Body** And that for once I'm in a very happy place in my life and with a good man & im not going to do anything to ruin it.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:53:32 UTC
**Body** You won't ruin anything g. You can still be with him and have your relationship with him. But with me you can come over and we'll have a night of just you riding my face until you beg for me to fuck your, or you bouncing up and down on my dick, riding me, with your tight pussy taking it in and out until you scream. I can tell from the videos you loved it and loved getting smacked around and choked, so I'll make sure of all of that getting

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 12:55:39 UTC
**Body** I'm pretty sure you even liked my putting my thumb in Yyur ass while you rode me reverse cowgirl :)

**Thread** (10158092455606774)
**Current** 2020-06-18 19:56:33 UTC
**Participants** Bar X Custom Leather (Facebook: 310588462394216)
Austin Dunn (Facebook: 680156773)

**Author** Bar X Custom Leather (Facebook: 310588462394216)
**Sent** 2020-02-28 20:53:37 UTC
**Body**

**Author** Bar X Custom Leather (Facebook: 310588462394216)
**Sent** 2020-02-28 20:53:37 UTC
**Body** Found it on eBay last spring
**Share** **Date Created** 2020-02-28 20:53:36 UTC
**Text** Facebook
**Title** The same but different #handmade #customleather @ Gooding, Idaho
**Url** https://www.facebook.com/BarXCustomLeather/posts/2691485654304473?comment_id=2691649690954736

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-29 04:41:01 UTC
**Body** Shit I'm gonna have to keep an eye on eBay. I love that blue LV

**Thread** (10100366189656737)
**Current** 2020-06-18 19:56:33 UTC
**Participants** Chrissy Powers (Facebook: 194604721)
Austin Dunn (Facebook: 680156773)

**Author** Chrissy Powers (Facebook: 194604721)
**Sent** 2020-02-26 02:20:36 UTC

| | Facebook Business Record | Page 2475 |
|---|---|---|

**Body**
Haha wanna come hang out at the next shop party? Wouldn't be too bad havin a good lookin girl like you around :)

**Author** Taylor Seely (Facebook: 100005435522914)
**Sent** 2020-02-18 09:31:25 UTC
**Body** Haha you do know who i am right? Lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 09:31:48 UTC
**Body** What do you mean?

**Author** Taylor Seely (Facebook: 100005435522914)
**Sent** 2020-02-18 09:33:03 UTC
**Body** Haha you don't remember me.. or remember meeting me lol

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 09:33:43 UTC
**Body** I was probably drunk, so no haha refresh my memory

**Author** Taylor Seely (Facebook: 100005435522914)
**Sent** 2020-02-18 09:37:38 UTC
**Body** I was engaged to colton for the last 2 years 🙄 we split up like 5 months ago.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 09:44:05 UTC
**Body** Ahhhhh ok. I think I only met you like once... and I was probably drinkin lol

**Author** Taylor Seely (Facebook: 100005435522914)
**Sent** 2020-02-18 09:45:06 UTC
**Body** lol it was a few times 🙄 but probably.

**Author** Austin Dunn (Facebook: 680156773)
**Sent** 2020-02-18 09:50:02 UTC
**Body** Haha well, since y'all aren't together anymore, there's no problem talkin to me at 4 in the morning and comin to hang out 🙂

**Author** Taylor Seely (Facebook: 100005435522914)
**Sent** 2020-02-18 10:24:33 UTC
**Body** That's very true.

**Thread** (10153724575766774)
**Current** 2020-06-18 19:56:34 UTC
**Participants** Michael Welch (Facebook: 100004444030933)
Austin Dunn (Facebook: 680156773)

**Author** Michael Welch (Facebook: 100004444030933)
**Sent** 2020-01-21 04:13:15 UTC
**Body** Michael sent an attachment.
**Share** **Date Created** 2020-01-21 04:13:15 UTC
**Text**
**Title** Status Update
**Url** https://www.facebook.com/craigpconant/posts/2697380890489493