



014002