# EXHIBIT A

| | |
|---|---|
| **From:** | Eason, Chris (USATXE) |
| **To:** | Batson, Tracey (USATXE); Varadarajan, Anand (USATXE); Roque-Jackson, Glenn (USATXE) |
| **Subject:** | FW: 4:20-cr-142 |
| **Date:** | Monday, August 24, 2020 5:42:50 PM |

**From:** Temani Adams <Temani@TemaniAdamsLaw.com>
**Sent:** Sunday, July 26, 2020 4:06 PM
**To:** Eason, Chris (USATXE) <CEason@usa.doj.gov>
**Subject:** 4:20-cr-142

Chris,

    Mr. Dunn is willing to agree to the government's request for a continuance, if the government agrees to withdraw it's motion to revoke his pretrial release. Please let me know your position by tomorrow at 12pm. Have a great day .