UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. 4:20-CR-142 |
| | § | |
| DANIEL AUSTIN DUNN | § | |

## ORDER

On July 22, 2020, the Government filed a Motion to Inquire, requesting a hearing to investigate a potential conflict of interest involving Defendant Daniel Austin Dunn's counsel, Temani Adams. (Dkt. #46). On August 14, 2020, Dunn filed a Response to the Government's Motion. (Dkt. #62). Dunn's Response was filed under seal without an accompanying motion for leave, as required by this Court's Local Rules CR-49(a) and CV-5(a)(7)(C). The Response was therefore deemed deficient and terminated by the Clerk's Office on August 17, 2020. Upon issuance of the deficiency notice, the Clerk's Office emailed Adams, explaining the nature of the deficiency and how to correct it. To date, Adams has neither filed a motion for leave to file the Response under seal, nor has she refiled the Response unsealed.

It is **ORDERED** that Dunn's Response to the Government's Motion to Inquire, (Dkt. #62), **shall be deemed filed as of August 27, 2020**. The Response contains sensitive information and, therefore, **will be filed under seal**. The Clerk's Office is directed to email a copy of Dunn's Response, (Dkt. #62), to the Government's counsel of record.

It is further ORDERED that the Government may file a reply to Dunn's Response, and that any such reply must be filed no later than **September 3, 2020**.

**So ORDERED and SIGNED this 27th day of August, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE