IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:20CR142 |
| | § | Judge Jordan |
| DANIEL AUSTIN DUNN | § | |
| a/k/a Whiskey.Tango10 | § | |
| a/k/a Osama bin Drinkin | § | |
| a/k/a @SirAustinOfDunn | § | |

## NOTICE OF PLEA AGREEMENT

The Government and the defendant, **Daniel Austin Dunn**, have entered into a plea agreement in relation to the pending charges.

Respectfully submitted,

STEPHEN J. COX
United States Attorney
Eastern District of Texas

_/s/_
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Email: Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this 17th day of December 2020.

_/s/_
TRACEY M. BATSON