IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR142 |
| | § | Judge Jordan |
| DANIEL AUSTIN DUNN | § § | |
| a/k/a Whiskey.Tango10 | § | |
| a/k/a Osama bin Drinkin | § | |
| a/k/a @SirAustinOfDunn | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Daniel Austin Dunn**, is charged in Count One of the Indictment with a violation of 18 U.S.C. § 875(c), Interstate Communications (Threats). The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of this section are:

### 18 U.S.C. § 875(c) (Threats)

1. That the defendant intentionally transmitted a communication containing a true threat to injure the person of another, as charged; and

2. That the threat was transmitted in interstate commerce through an internet communications platform.

Respectfully submitted,

STEPHEN J. COX
United States Attorney
Eastern District of Texas

/s/
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Email: Tracey.Batson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on this 17th day of December 2020.

/s/
TRACEY M. BATSON