


**FILED**

DEC 2 1 2020

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR142<br>Judge Jordan |
| DANIEL AUSTIN DUNN<br>  a/k/a Whiskey.Tango10<br>  a/k/a Osama bin Drinkin<br>  a/k/a @SirAustinOfDunn | § § § § § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Daniel Austin Dunn**, defendant, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Patrick McLain**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offenses to which he is pleading guilty:

1. That the defendant, **Daniel Austin Dunn**, who is changing his plea to guilty, is the same person charged in the Indictment;

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere;

3. That on June 3, 2020, at approximately 10:58 AM, **Dunn** posted the following to Facebook:

> So far I've seen people shot in the head and eye with rubber bullets, directly and not from a ricochet or bounce, tear gas canisters shot directly at people from point blank range, and children being maced and tear gassed. Why aren't more cops being shot? Why aren't people actually fighting back? You want cops to stop doing this shit, but

you roll over immediately and let them. The cops won't use a peaceful protest to get us to stop doing something they don't like, they'll tear gas, mace, and shoot you instead. Time for us to do the same. If you're a cop and don't like that I suggest you find a new profession, one where you don't get to escalate force because you felt like it, because I don't fucking care.

4.  I, **Daniel Austin Dunn**, with the intent to make a true threat and with knowledge that the communication would be understood as a true threat, transmitted in interstate and foreign commerce, through Facebook, an internet communication platform, the above referenced threat to injure police officers who were responding to civil unrest.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 875(c).

Dated: 20201215

DANIEL AUSTIN DUNN
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **Daniel Austin Dunn**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 12/15/2020

PATRICK McLAIN
Attorney for Defendant