UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| | § | CASE NUMBER 4:20-CR-00142-SDJ |
| v. | § | |
| | § | |
| | § | |
| DANIEL AUSTIN DUNN, | § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The Court referred this matter to the Honorable Kimberly C. Priest Johnson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Johnson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11, and issued her Findings of Fact and Recommendation on Guilty Plea before the United States Magistrate Judge Kimberly C. Priest Johnson. Judge Johnson recommended the Court accept Defendant's guilty plea. She further recommended the Court adjudge Defendant guilty of Count One of the Indictment filed against Defendant.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge Kimberly C. Priest Johnson are **ADOPTED.** The Court accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. It is further **ORDERED** that in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Daniel Austin Dunn, is adjudged guilty of the charged offense under Title 18 U.S.C. § 875(c).

**So ORDERED and SIGNED this 12th day of January, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE