IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.  § <br>  § <br> DANIEL AUSTIN DUNN § <br> a/k/a Whiskey.Tango10 § <br> a/k/a Osama bin Drinkin § <br> a/k/a @SirAustinOfDunn § | No. 4:20-CR-00142 <br> Judge Jordan |

## **MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case. In support of its motion, the government states as follows:

1. On June 11, 2020, a Grand Jury sitting in the Eastern District of Texas returned an Indictment against Defendant **Daniel Austin Dunn,** charging seven violations of 18 U.S.C. § 875(c) and one violation of 18 U.S.C. § 922(g)(3).

2. The Indictment included a Notice of Intention to Seek Criminal Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), that provided notice that the government intended to seek forfeiture of Defendant's interest in the following:

   a. Taurus Millenium PT 140 Pro .40 caliber handgun, serial # SES45244

   b. J.C. Higgins 12 gauge shotgun, model 60

   c. Savage .270 caliber rifle, bolt action Axis model, serial #H382688; and

   d. Any ammunition related to the case.

3. **Daniel Austin Dunn** appeared before United States Magistrate Judge Kimberly C. Priest Johnson for the Eastern District of Texas, on December 21, 2020, and pleaded guilty to Count One of the Indictment.

4. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property to be forfeited, and will publish notice at www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property to be forfeited in such manner as the Attorney General may direct.

## Conclusion

The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government Defendant's interest in the aforementioned property.

Respectfully submitted,

NICHOLAS J. GANJEI
Acting United States Attorney

*s/ Christopher A. Eason*
Christopher A. Eason
Assistant United States Attorney
Oklahoma State Bar No. 20197
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Email:  chris.eason@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on July 16, 2021.

*s/ Christopher A. Eason*
Christopher A. Eason
