UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CASE NUMBER 4:20-CR-00142-SDJ |
| DANIEL AUSTIN DUNN | § § § § | |

**WAIVER OF DETENTION HEARING**

**FILED**

AUG 0 2 2021

Clerk, U.S. District Court
Eastern District of Texas

I, **DANIEL AUSTIN DUNN,** having been charged in a Violation of Pretrial Release, having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

_____
Defendant

_____
Defendant's Attorney

Date: August 3, 2021