**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 4:20-CR-00142-SDJ** |
| v. | § § | |
| | § § | |
| **DANIEL AUSTIN DUNN** | § § § | |

# ORDER

The Court held an initial appearance on a Violation of Pretrial Release and considered the matter of Defendant's right to a preliminary hearing.  Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that the allegations have been committed by Defendant, **DANIEL AUSTIN DUNN**.

**So ORDERED and SIGNED this 2nd day of August, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE